# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# EASTERN DIVISION AT COVINGTON
# CASE NO. 2:21-CV-00072

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

## UNOPPOSED MOTION TO DISMISS MARK RICHARDSON AS A DEFENDANT

Plaintiff, Jeffrey Cundiff through counsel, pursuant to Fed. R. Civ. Pro. 21, moves to dismiss Mark Richardson as a Defendant in this case. This dismissal will be with prejudice. Defendants do not object to the dismissal of Mark Richardson as a Defendant and this motion is being filed as unopposed.

"On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. "Rule 21 may be used for the dismissal of a single defendant." *Stapleton v. Vincente*, 2019 WL 2194564 at 1 (E.D. Ky. June 14, 2019) (citing *Philip Carey Manufacturing Company v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961)).

After review of discovery obtained to date since the close of fact discovery, Plaintiff has decided to dismiss Mark Richardson as a Defendant in this case. Plaintiff respectfully requests that the Court dismiss all claims against Mark Richardson with prejudice. This motion for dismissal is only related to the claims against Mark Richardson and is not related to the claims against any other Defendant.

Respectfully submitted,

s/ Christopher D. Roach
Christopher D. Roach (95007)
Benjamin T.D. Pugh (94032)
PUGH & ROACH, ATTORNEYS AT LAW, PLLC
28 West Fifth Street
Covington, KY 41011
859.291.5555
chris@prlaw.legal; tom@prlaw.legal

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022, a copy of the foregoing notice was served upon all counsel of record via the Court's CM/ECF system.

/s/ Christopher D. Roach
Christopher D. Roach