# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# EASTERN DIVISION AT COVINGTON
# CASE NO. 2:21-CV-00072

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

## ORDER

Plaintiff, having moved pursuant to Fed. R. Civ. Pro. 21, Defendants being not opposed to the motion, and the Court being in all ways duly and sufficiently advised, the Court finds the motion should be GRANTED.

IT IS HEREBY ORDERED, that all claims against Mark Richardson are dismissed with prejudice. This dismissal does not effect the claims of Plaintiff against any other Defendant.

SO ORDERED THIS _____ DAY OF _____, 2022.

_____
JUDGE UNITED STATES DISTRICT COURT