Eastern District of Kentucky
**FILED**

NOV 21 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072**

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| V. | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

**ORDER**

Plaintiff, having moved pursuant to Fed. R. Civ. Pro. 21, Defendants being not opposed to the motion, and the Court being in all ways duly and sufficiently advised, the Court finds the motion should be GRANTED.

IT IS HEREBY ORDERED, that all claims against Mark Richardson are dismissed with prejudice. This dismissal does not effect the claims of Plaintiff against any other Defendant.

SO ORDERED THIS 21st DAY OF November, 2022.

Signed By:
David L. Bunning
United States District Judge