# EXHIBIT 1 – ULLRICH BODY WORN CAMERA VIDEO

*Filed Conventionally*