COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

**COURT**

## OFFENDER / VIOLATOR

| AGENCY | ORI: |
|---|---|
| COVINGTON POLICE DEPARTMENT | 0590100 |

| NAME: LAST, FIRST, MI, FILIAL | ATTN: | HOME PHONE |
|---|---|---|
| CUNDIFF, JEFFERY BRUCE II | | UNKNOWN |

| ALIAS NAME: LAST, FIRST, MI, FILIAL | EMERGENCY PHONE |
|---|---|

| ADDRESS (NUMBER, NAME, SUFFIX) | KENTUCKY RESIDENT STATUS |
|---|---|
| 1614 EUCLID AVE | ☐ F: FULL-TIME ☐ P: PART-TIME ☐ N: NON RESIDENT |

| CITY | STATE | ZIP CODE/EXTENSION | MARITAL STATUS | VICTIM'S RELATIONSHIP TO OFFENDER |
|---|---|---|---|---|
| COVINGTON | KY | 41014 | | |

| ID TYPE | ID ST | ID NUMBER | S. S. NUMBER | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|---|
| OPERATOR'S LICENSE | KY | C04060040 | [redacted] | 5' 07" | 195 | BROWN | BLUE |

☐ COMMERCIAL VEHICLE  ☐ PLACARDED HAZARDOUS VEHICLE

ETHNIC ORIGIN: ☐ HISPANIC  ☑ NON HISPANIC

ALCOHOL/DRUG INVOLVEMENT

| DATE OF BIRTH | SEX | RACE |
|---|---|---|
| [redacted] | ☑ MALE ☐ FEMALE | ☑ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN |

B.A. RESULTS
- BREATH: NOT REQUESTED
- BLOOD: NOT REQUESTED
- URINE: NOT REQUESTED

☐ ALCOHOL  ☐ DRUGS  ☐ UNKNOWN

| PLACE OF EMPLOYMENT / OCCUPATION | CITY | STATE |
|---|---|---|

## VEHICLE

| VEHICLE MAKE | VEHICLE MODEL | VEH. YEAR | VEHICLE COLOR |
|---|---|---|---|
| NISSAN | ALTIMA | 2004 | BGE |

| VEH. TYPE | REGISTRATION: STATE, YEAR, NUMBER | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. KEY |
|---|---|---|---|---|---|
| 4D | KY 2020 ADH201 | | | | |

## DATE / TIME

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | MILES | DIRECTION | CITY |
|---|---|---|---|---|---|
| 06 08 2020 | 2:22 AM | LINDEN ST/MAY ST | | | COVINGTON |

COUNTY: KENTON  SECTOR: 3

| ARREST DATE | TIME OF ARREST | EXACT LOCATION OF ARREST | MILES | DIRECTION | CITY |
|---|---|---|---|---|---|
| | | | | | |

COUNTY | SECTOR

## CHARGES AND POST-ARREST COMPLAINT

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 00111 | 0 | 189.330 | 1 | 20-027107 | | |
| of | | | | | | | |
| of | | | | | | | |
| of | | | | | | | |

POST-ARREST COMPLAINT

Charge 1: DISREGARDING STOP SIGN

^ was observed disregarding the stop sign on Kavannaugh at 14th at approximately 40mph. ^ then refused to stop for lights and sirens for an extended period and was reaching all around his vehicle.

## COURT

| COURT DATE | COURT TIME | ☑ PAYABLE ☐ COURT | COURT LOCATION |
|---|---|---|---|
| 07 27 2020 | 9:30 AM | | KENTON |

| COURT CASE NUMBER | TOTAL PREPAYABLE AMOUNT | $154.00 |
|---|---|---|

## CASE

| WITNESS 1 NAME: LAST, FIRST, MI, FILIAL | STATE | ZIP CODE |
|---|---|---|
| WITNESS 1 ADRRESS (NUMBER, STREET, SUFFIX) | CITY | |
| WITNESS 2 NAME: LAST, FIRST, MI, FILIAL | STATE | ZIP CODE |
| WITNESS 2 ADRRESS (NUMBER, STREET, SUFFIX) | CITY | |

☐ SERVING WARRANT FOR OTHER AGENCY  SPECIFY: -

☑ IN-CAR VIDEO
☐ FINGERPRINTS
☐ PHOTOS
☐ EVIDENCE HELD

| OFFICER SIGNATURE | BADGE/I.D. NUMBER | ASSIGNMENT |
|---|---|---|
| Ullrich, D. | 0265 | 3C68 |

YEAR: 20  CONTROL NUMBER: DN06764  TYPE: 1

**EXHIBIT 2**

DEF000008