**EXHIBIT 3 – ULLRICH BODY WORN CAMERA VIDEO**

*Filed Conventionally*