# Curriculum Vitae 5-19-2021

Douglas Ullrich
1 Police Memorial Dr.
Covington, KY 41014
859-292-2258

**Education:**

Currently pursuing a Bachelor in Psychology: University of Louisville, Louisville, KY, 2019-present

Master of Science, Criminal Justice: University of Cincinnati, Cincinnati, OH, 2016. Concentration in Law Enforcement and Crime Prevention

Bachelor of Science, Criminal Justice: Xavier University, Cincinnati, OH, 2008.  Double minor in Criminalistics and Gender & Diversity Studies.  Graduated on the Dean's List

**Certifications:**

Advanced Law Enforcement Officer, KLEC, September, 2018

Intermediate Law Enforcement Officer, KLEC, June, 2017

Drug Recognition Expert – *Class Valedictorian*, International Association of Chiefs of Police/National Highway Traffic Safety Administration, September, 2016

Advanced Roadside Impaired Driving Enforcement Officer, Department of Criminal Justice Training, October, 2015

Law Enforcement Basic Training – Class 430, Department of Criminal Justice Training, September 2011 - February 2012

Basic Police Academy Training – *Class President,* Ohio Peace Officer Training Academy, Great Oaks Police Academy, November, 2010

**Current and Past Positions:**
Police Officer for the Covington Police Department, Third Shift Patrol, September 2011 – Present, assigned as the Traffic Accident Prevention (TAP) Specialist since February 2014

Adjunct Professor of Criminal Justice at Brown Mackie College, September 2016 –August 2017

Police Officer for the City of Valdez, AK, June 2009 - October 2009

**Professional Activities:**
Completed 572 DUI arrests

Been a part of over 2,500 DUI investigations

Conducted a total of 25 drug evaluations

Trained 37 new officers in Traffic Enforcement and DUI Investigations as part of their Field Training

Took part in a Custom Training Exercise with the United States Army Special Forces 5th Group in 2019 and 2020

Took part in a DRE Task Force event in Los Angeles hosted by the Los Angeles Police Department and the California Highway Patrol in September, 2016

Attended the 61st Annual Fraternal Order of Police National Biennial Conference and Expo as a delegate representing Covington FOP Lodge #1, Cincinnati, OH, 2013

**Professional Affiliations:**
Brown Mackie College Criminal Justice Program Advisory Committee 2016 - 2017
Northern Kentucky Police Crisis Intervention Team Steering Committee 2016 - 2017
Covington Fraternal Order of Police – Scholarship Committee Chairman 2014 - present

**Law Enforcement Education:**
*The following courses were taken through Kentucky's Department of Criminal Justice Training unless otherwise noted.*

Total: 2,135.6 hours of documented training
1. The Cannabis Impairment Detection Workshop – Green Labs, National Sheriff's Association, online, May, 2021, 1.5 hours

2. The Implications of Field Sobriety Test Evidence in Drug Impaired Driving Cases, National Association of Prosecutor Coordinaors – online, May, 2021, 1.5 hours
3. Three Day Criminal and Terrorist Interdiction Workshop, Desert Snow, October, 2020, 24 hours
4. Lessons Learned: Crash Investigation Involving DUI Cannabis, Oklahoma District Attorneys Council, September, 2020, 2 hours
5. Medical Conditions That Mimic Alcohol or Drug Impairment, Oklahoma District Attorneys Council, August, 2020, 1.5 hours
6. Jury Selection for the Marijuana Impaired Driving Case, Oklahoma District Attorneys Council, August, 2020, 1.5 hours
7. The Eyes Have It: Horizontal Gaze Nystagmus in the Impaired Driving Case, Oklahoma District Attorneys Council, August, 2020, 2 hours
8. High In Plain Sight: Current and Evolving Drug Trends, Oklahoma District Attorneys Council, August, 2020, 1.5 hours
9. Field Training Officer, Butler Tech, September, 2019, 24 hours
10. Certified LIDAR Operator, Covington Police Department, March, 2019, 8 hours
11. ID Law Enforcement Training Guide, DOCJT, Online, March, 2019, .5 hours
12. Ignition Interlock Course for Law Enforcement, National Highway Traffic Safety Administration, Online, August, 2018, 2 hours
13. Pursuit Policy, International Association of Directors of Law Enforcement Standards and Training, Online, August, 2018, 1 hour
14. Legalizing Marijuana in Colorado: The Good, The Bad & The Ugly, National Sheriff's Association, Online, May, 2018, 1.5 hours
15. Legal Update: Constitutional Procedure, March, 2018, 16 hours
16. Breath Test Operator, March, 2018, 24 hours
17. From Crime Scene to the Courtroom – Telling the Story to the Jury, National Children's Advocacy Center, Online, November, 2017, 1 hour
18. Drug Endangered Children, National Children's Advocacy Center, Online, November, 2017, 1 hour
19. Treating Victims of DUI/Impaired Driving Crashes as Crime Victims, National Sheriff's Association, Online, October, 2017, 1 hour
20. Protest on the Prairie: Law Enforcement Response and Lessons Learned, National Sheriff's Association, Online, May, 2017, 1.5 hour
21. Drugs and Young People, e-learning WMB, Online, April, 2017, .3 hours
22. Prosecuting the Drugged Driver, Office of the Attorney General, Covington, KY, April, 2017, 20 hours
23. Advanced Negotiations Training, Ohio SERB, Columbus, OH, April, 2017, 8 hours
24. Prescription Drug Crimes, ROCIC, Nashville, TN, March, 2017, 6 hours
25. Illicit Drug Investigations, February, 2017, 40 hours
26. Emotional Survival For Law Enforcement, Dr. Gilmartin, Covington Police Department, January, 2017, 8 hours
27. Ethical Issues and Decisions in Law Enforcement, St. Petersburg College – online, December, 2016, 16 hours
28. Surveillance Operations Overview, St. Petersburg College – online, December, 2016, 16 hours

#2500538v1

DEF000003

29. Traffic Incident Management, Kentucky Transportation Cabinet, Highland Heights, KY, November, 2016, 4 hours
30. Clandestine Laboratory Investigations, St. Petersburg College – online, November, 2016, 16 hours
31. Highway-Rural Drug Investigation, St. Petersburg College – online, November, 2016, 16 hours
32. Patrol Drug Investigation 1, St. Petersburg College – online, November, 2016, 16 hours
33. The Abuse of E-Cigs, the Impact On Criminal Justice, National Institute of Justice – webinar, October, 2016, 1.3 hours
34. Computer Based In-Service Training Program for the Alco-Sensor FST, Intoximeters - web based training, October, 2016, 1 hour
35. Learning From Armstrong: Preparing Officers for Interaction with Persons with Mental Illness, Lexipol – webinar, October, 2016, 1 hour
36. Priority of Life: A Model for Improving Officer Safety and Reducing Risk, Lexipol – webinar, October, 2016, 1.5 hours
37. Drug Recognition Expert 7-Day School, September, 2016, 56 hours
38. Vehicle Tactics Shooting Course, Tactical Intelligence Group, Hamilton Township, OH, August, 2016, 4 hours
39. Below 100, Covington Police Department, August, 2016, 8 hours
40. Drug Recognition Expert Pre-School, July, 2016, 16 hours
41. Current Issues for Patrol Officers, June, 2016, 40 hours
42. Mandatory Training – online, December, 2015, 6 hours
43. Response to Special Needs Persons, October, 2015, 40 hours
44. Advanced Roadside Impaired Driving Enforcement Officer, October, 2015, 16 hours
45. PTSD Awareness and De-Escalation Tactics, Cincinnati Police Department, May, 2015, 8 hours
46. Breath Test Operator Recertification – online, March, 2015, 4 hours
47. Rapid Deployment, October, 2014, 40 hours
48. Basic Defensive Driving Skills Course, Kentucky League of Cities, Independence, KY, August, 2014, 8 hours
49. Legal Issues: 2014 – online, June, 2014, 8 hours
50. Breath Test Operator Recertification – online, February, 2014, 4 hours
51. Mandatory Training – online, December, 2013, 7.5 hours
52. Crisis Intervention Team Training, November, 2013, 40 hours
53. Conducting Complete Traffic Stops, MAGLOCLEN & the Northeast Counterdrug Training Center, Cincinnati, OH, October, 2013, 16 hours
54. Identifying & Combating Outlaw Motorcycle Gangs, MAGLOCLEN, Centerville, OH, August, 2013, 8 hours
55. Breath Test Operator Recertification – online, January, 2013, 4 hours
56. MDT Recertification – online, November, 2012, 2 hours
57. Breath Test Operator Recertification – 8000, February, 2012, 4 hours
58. Breath Test Operator – Basic, November, 2011
59. Mobile Data Terminal Access – online, October, 2011
60. ***Law Enforcement Basic Training, September 2011-February 2012, 768 hours***
61. Basic Mediation, Ohio Department of Job and Family Services – Ohio Child Welfare Training Program, January, 2011, 18 hours

62. Gang Specialist, Butler Tech Law Enforcement Institute, Cincinnati, OH, February, 2011, 16 hours
63. Defensive Knife Skills, Butler Tech Law Enforcement Institute, Cincinnati, OH, January, 2011, 8 hours
64. Biker Gangs "101", Butler Tech Law Enforcement Institute, Cincinnati, OH, January, 2011, 8 hours
65. Glock Armorer's Course, Glock Professional, Winchester, KY, December, 2010, 8 hours
66. Investigating Animal Abuse for Law Enforcement, ASPCA – online, December, 2010, 3 hours
67. Combating Dogfighting, ASPCA – online, December, 2010, 1.5 hours
68. Officer Safety – Dog Bite Prevention, ASPCA – online, December, 2010, 1 hour
69. Ka-Bar TDI Defensive Knife Training, Tactical Defense Institute, West Union, OH, November, 2010, 4 hours
70. Basic Police Academy Training – Class President, Ohio Peace Officer Training Academy, Great Oaks Police Academy, November, 2010, 582 hours
71. Alcohol Detection, Apprehension and Prosecution (ADAP/SFST), Great Oaks Police Academy, October, 2010, 32 hours (within the OPOTA Basic Police Academy Training)
72. Calibre Press: Street Survival Seminar, Kenai, AK, September, 2009, 16 hours
73. Advanced Course on The Reid Technique of Interviewing and Interrogation, Cincinnati Police Department, May, 2007, 8 hours
74. The Reid Technique of Interviewing and Interrogation, Cincinnati Police Department, May, 2007, 24 hours

**Awards/Honors:**

Governor's Award for Impaired Driving Enforcement, 2015, 2016 (Division Five Winner), 2017 (Division Five Winner), 2018 (Division Five Winner), 2019 (Division Five "All Star"), and 2020

Governor's Award for Occupant Protection Enforcement, 2013

**Community Service:**

Volunteer coach of the Miami University Mock Trial Team, Oxford, OH, 2018 – present
- Work with undergraduate students in court room skills, rules of evidence, case interpretation and presentation.

Volunteer for the Covington Independent School District, Covington, KY, 2015 – 2017
- Participate in a program in which uniformed police officers come in to read to young students to provide positive police interactions.

Volunteer for the Cincinnati Chapter of the American Red Cross, 1997 – 2017
- Participated in numerous programs acting in various roles, to cover several thousand hours of service. Most service hours surrounding the Leadership Development Center program.

**Personal:**

Avid motorcycle enthusiast, completing the Motorcycle Safety Foundation's Basic Rider Course, Basic Rider Course – 2, and Advanced Rider Course

#2500538v1

**DEF000005**

#2500538v1

**DEF000006**