**EXHIBIT 5 – ULLRICH BODY WORN CAMERA VIDEO**

*Filed Conventionally*