# Deployment Report

**Case: 20-027107**
Mark Richardson and K9 Zino at Patrol, Covington Police Department
Monday, June 8, 2020 at 2:18 AM

## Overview

**Category:** Detection Deployment
**Location:** May St
**Address:** May St, Covington, KY, United States
**Report Reviewed:** No                     **Requesting Agency:** Covington Police
**Dog-Assisted Arrests:** 0                  **Alerts / Indications:** 1
**Search Areas:** 1 (Vehicles: 1)

**Alerts Without Items Seized:** There is independent information that a target odor is present

**Comments:** My team examined the ambient air around the suspect vehicle. K-9 Zino gave a positive alert on the vehicle. While performing the first detail of the vehicle PSD Zino jumped up at the driver's window and then headed towards the rear of the vehicle, he stopped and returned to the rear seam of the driver side rear passenger door seam and his body became rigid with his nose on the vehicle. A positive indication signifies that the Police Service Dog has detected the presence of narcotic odor on or about the vehicle. K-9 Zino and I have been working as a patrol and narcotics detection team since March of 2017. My current narcotic certification through the North American Police Working Dog Association began September 11, 2019.

The driver of the vehicle has a history of narcotic use and while searching the purse of the front passenger, officers located an unrecoverable amount of Marijuana.

## Indication #1:  Vehicle Environment

**Name:** Gold Nissan Altama. Type: Passenger car
**Description:** Registered in KY , US. License Plate #: ADH-201
**Number of Items Seized:** 0


**EXHIBIT 6**                     **CPD001244**