# EXHIBIT 7 – BODY WORN CAMERA VIDEO

## *Filed Conventionally*