**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:21-CV-00072-JMH**

**JEFFREY CUNDIFF**  PLAINTIFF

v.

**DOUGLAS ULLRICH,** *et al.*  DEFENDANTS

## ORDER

Upon Motion of the Defendant, Douglas Ullrich, in his individual capacity as a Covington, Kentucky Police Officer, and the Court being sufficiently advised and informed, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (Doc. 28) be and is GRANTED as he is entitled to judgment as a matter of law.

SO ORDERED this _____ day of May, 2022

_____
HON. JOSEPH M. HOOD
Magistrate Judge, U.S. District Court