UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

NORTHERN DIVISION AT COVINGTON

CASE NO. 2:21-CV-00072-JMH


JEFFREY CUNDIFF                              PLAINTIFF

vs.

DOUGLAS ULLRICH, ET AL.                      DEFENDANTS




* * * * * * * *

DEPONENT:          JEFFREY CUNDIFF

DATE:              JULY 11, 2022

* * * * * * * *




Tina M. Barlow, CCR

Certified Court Reporter




B  a  r  l  o  w
Raising the Bar
Reporting & Video Services, LLC
620 Washington Street
Covington, Kentucky  41011
(859) 261-8440

Page 2

INDEX

| | Page |
|---|---|
| Cross-Examination by Mr. Mando | 4 |
| Direct Examination by Mr. Roach | 116 |

NO EXHIBITS WERE MARKED

---

Page 3

1    The deposition of Jeffrey Cundiff, taken for
2  the purpose of discovery and/or use as evidence in
3  the within action, pursuant to notice, heretofore
4  taken at the Kenton County Detention Center, on
5  July 11, 2022 at 9:30 a.m., upon oral examination,
6  and to be used in accordance with the Kentucky Rules
7  of Civil Procedure.
8
9              * * * * * * * *
10              APPEARANCES
11
12
13  REPRESENTING THE PLAINTIFF:
14  CHRISTOPHER D. ROACH, ESQ.
15
16  REPRESENTING THE DEFENDANTS,
17  JEFFREY C. MANDO, ESQ.
18
19  ALSO PRESENT:
    Ms. Emily Mentzel
20  Mr. Matthew Ward
21              * * * * * * * *
22
23
24
25

---

Page 4

1              JEFFREY CUNDIFF, after having been first
2  duly sworn, testified as follows:
3              CROSS-EXAMINATION
4  BY MR. MANDO:
5    Q.  Mr. Cundiff, can you state your full name
6  for the record?  And I need you to speak up a little
7  bit, because of this air conditioning and the
8  acoustics in this room.
9    A.  It's Jeffrey Bruce Cundiff.
10    Q.  Have you ever given a deposition before?
11    A.  I have not.
12    Q.  Let me go over a few ground rules, just so
13  it will help you, it will help me and more
14  importantly it will help Ms. Barlow here, our court
15  reporter.  I'm going to ask you questions about your
16  background.  I'm going to ask you questions about
17  the traffic stop and search that took place with
18  Officers Ullrich and Richardson that brings us here
19  today.  Ask you questions about your damages.  A
20  wide range of topics.
21              It's really important that you let me
22  finish my question before you begin to answer so you
23  know exactly what's being asked of you.  It's
24  entirely possible that I'll ask a question that
25  doesn't make sense, probably because I poorly worded

---

Page 5

1  it.  If you don't understand a question,
2  Mr. Cundiff, please stop me and tell me.  I'll do my
3  best to rephrase it, to repeat, to make sure you
4  understand what I'm asking you, okay?
5    A.  Yes, sir.
6    Q.  And if you don't do that, I'm going to
7  assume that you understood the question and you
8  answered it truthfully.  Does that sound fair?
9    A.  Yes, sir.
10    Q.  All right.  Secondly, try and let me
11  finish my question before you begin your answer.
12  That way you know exactly what's being asked.  I'll
13  try and reciprocate and let you finish your answer
14  before I begin my next question, okay?
15    A.  Yes, sir.
16    Q.  If you need to stop and take a break, use
17  the restroom, just raise your hand.  We'll make sure
18  the staff here accommodates you, okay, if you need
19  to do that.
20    A.  Okay.
21    Q.  You understand you're under oath today.
22  You're giving testimony here in this courtroom at
23  the jail.  That's no different than if you were
24  actually in the Kenton Circuit Court building in the
25  courtroom itself on the witness stand.  You

Page 6

1  understand the significance of that?
2      A.  Yes, sir.
3      Q.  All right.
4          MR. ROACH:  Make sure you speak up when
5  you answer.
6      Q.  Especially as I've gotten older, you know,
7  I tell people all the time I listened to way too
8  much rock and roll in my little car, and as a result
9  I now have these hearing aids I have to wear.  So
10  that's why I ask people to keep their voice up a
11  little bit.  All right.
12          What did you do, if anything, to prepare
13  for this deposition today?
14      A.  Just woke up.
15      Q.  Okay.  Have you looked at any documents
16  that pertain to the case?
17      A.  No, sir.
18      Q.  All right.  Have you looked at the traffic
19  citation that Officer Ullrich wrote?  Did you look
20  at that to prepare for your testimony today?
21      A.  I have not.
22      Q.  What about any of the CAD reports that
23  were generated by the Covington Police Department
24  for this traffic stop?  Have you looked at any of
25  those?

Page 7

1      A.  I don't believe so.
2      Q.  All right.  And then what about any of the
3  body-worn camera footage of Officer Ullrich or
4  Officer Richardson for this particular traffic stop,
5  have you looked at that body-worn camera footage?
6      A.  I was given a copy of it.  I have not --
7  it was probably about a year or so ago.  I haven't
8  looked at anything, or did anything to prepare for
9  this.  I literally just woke up.
10      Q.  Okay.  Have you talked with any witnesses
11  about your testimony today?
12      A.  No, sir.
13      Q.  And specifically, my understanding at the
14  time of this traffic stop, there was a female in the
15  car with you?
16      A.  Yes.
17      Q.  Ms. Sprague?
18      A.  It's my kids' mom.  I haven't spoke with
19  her.
20      Q.  Am I correct that that's her name?
21      A.  That is her name.
22      Q.  All right.  But you've not spoken with her
23  recently?
24      A.  No, sir.
25      Q.  Are you on any medications today,

Page 8

1  Mr. Cundiff, that would affect your memory or your
2  ability to understand and answer my questions?
3      A.  No, sir.
4      Q.  This particular incident occurred on
5  June 8, 2020, so over two years ago.  Have you given
6  any prior testimony about that traffic stop and the
7  search that took place?
8      A.  Just what I've talked to my lawyer about.
9  Other than that, I haven't talked to anybody else
10  about it, no.
11      Q.  Okay.  So just your consultations with
12  your lawyer, which are privileged.  I'm not allowed
13  to ask about that.
14          But you've never been in a courtroom where
15  you've had to testify under oath about what happened
16  the night of that traffic stop?
17      A.  No, sir.
18      Q.  Have you prepared any written statements
19  about what happened on the night of the traffic
20  stop?
21      A.  No, sir.
22      Q.  Have you made any -- some people keep
23  notes, or they put reminders in their -- like on
24  their phone or on a computer where they'll generate
25  notes of what happened.

Page 9

1          Have you done anything like that?
2      A.  No, sir.
3      Q.  You said that you, at one point, got
4  copies of the video footage from the officers'
5  body-worn cameras.
6          Do you recall when you got that?
7      A.  It was probably a little bit over a year
8  ago, I would say.
9      Q.  Okay.  How did you get that?
10      A.  From my lawyer.
11      Q.  Did you look at it at the time?
12      A.  I did.
13      Q.  How much time did you spend reviewing it?
14      A.  Just a couple of minutes.
15      Q.  Did you look only at Officer Ullrich's
16  video, or only at Officer Richardson's body-worn
17  camera video, or did you look at both?
18      A.  I don't recall.
19      Q.  But you just spent a couple minutes
20  looking at it?
21      A.  Yeah.
22      Q.  And when you were looking at that video,
23  were you looking at that with your lawyer present?
24      A.  I was not.
25      Q.  I'm sorry.  I know you said Jeffrey

3 (Pages 6 to 9)

Page 10

1 Cundiff, but I missed your middle name.
2 A. Bruce.
3 Q. Bruce?
4 A. Yes, sir.
5 Q. Have you ever gone by any other name?
6 A. No, sir.
7 Q. What's your age, Mr. Cundiff?
8 A. I'm 35.
9 Q. What's your date of birth?
10 A. 10/7/86.
11 Q. June?
12 A. Ten.
13 Q. '76?
14 A. 10/7/86.
15 Q. 10/7/86. I'm sorry.
16       MR. ROACH: Just remember to speak up.
17 Q. We're here today taking your deposition at
18 the Kenton County Detention Center.
19       How long have you been in custody?
20 A. About three months.
21 Q. Before you were incarcerated here at the
22 Kenton County Detention Center approximately three
23 months ago, where did you live?
24 A. 16 -- well, about four -- what did you
25 say, about three or four months ago? Before this, I

Page 11

1 had a house. It was -- I'm not sure exactly what
2 the address is, but it was on 29th Street in
3 Covington.
4 Q. How long did you live there?
5 A. Probably about a year.
6 Q. Were you living at that address on 29th
7 Street in Covington on June 8, 2020, the night of
8 this traffic stop?
9 A. No, sir.
10 Q. Where were you living on June 8, 2020?
11 A. I was living at -- me and my father shared
12 a house. It was 1614 Euclid Avenue, Covington,
13 Kentucky.
14 Q. How long did you live at that address at
15 1614 Euclid?
16 A. Probably seven years.
17 Q. Did you move from 1614 Euclid to the house
18 on 29th Street?
19 A. I did.
20 Q. Why did you move out of 1614 Euclid?
21 A. My dad ended up going with my sister.
22 Q. Did they move somewhere?
23 A. Yeah.
24 Q. What's your father's name?
25 A. Same as mine.

Page 12

1 Q. Does he still live in Northern Kentucky?
2 A. He does not.
3 Q. Where does he reside now?
4 A. Somewhere in Ohio. I'm not sure exactly
5 where it's at.
6 Q. What does he do for a living?
7 A. He's on Social Security. He's retired.
8 Q. Where were you born and raised, primarily?
9 A. Covington, Kentucky.
10 Q. Do you have any family that still live in
11 Kenton County?
12 A. I don't.
13 Q. Do you have any family that reside here in
14 Northern Kentucky?
15 A. My brother.
16 Q. Where does he live?
17 A. Erlanger.
18 Q. What's his name?
19 A. Mike Herdman.
20 Q. Mike Helman?
21 A. Herdman.
22 Q. Herdman, H-E-R-D-M-A-N?
23 A. Yes, sir.
24 Q. What does he do?
25 A. Works at a factory.

Page 13

1 Q. Are you married, Mr. Cundiff?
2 A. I'm not.
3 Q. Have you ever been married?
4 A. I have not.
5 Q. Do you have any children?
6 A. I do.
7 Q. How many children do you have?
8 A. I have four.
9 Q. Give me their names and ages.
10 A. Malia.
11 Q. Malia?
12 A. She's three. Jakyra.
13 Q. Spell that.
14 A. J-A-K-Y-R-A. She's ten.
15 Q. Ten?
16 A. Yes. Karden.
17 Q. Harden?
18 A. Karden.
19 Q. A-R-D-E-N?
20 A. K-A-R-D-E-N. She's five. Elijah, he just
21 turned 18.
22 Q. Do any of your children live here in
23 Northern Kentucky?
24 A. Yes. All of them besides Elijah.
25 Q. Where does Elijah live?

Barlow Reporting & Video Services, LLC
(859) 261-8440

Page 14

1      A.  He lives in Alabama with his mom.
2      Q.  Do Malia, Jakyra and Karden all have the
3   same mother?
4      A.  They don't.
5      Q.  How many --
6      A.  Malia and Karden have the same mom.
7      Q.  Okay.  And Jakyra has --
8      A.  And Jakyra, she has a different mother.
9      Q.  So tell me who is Malia's mom?
10     A.  Megan.
11     Q.  Megan?
12     A.  Megan Sprague.
13     Q.  Megan Sprague.  Okay.
14         So if Malia is three now, then Malia would
15   have been born at the time of this traffic stop on
16   June 8, 2020?
17     A.  She was a baby.
18     Q.  She was a baby.  Okay.  Then who was
19   Arden's mom?
20     A.  Karden.  It's the same person.
21     Q.  One more time.
22     A.  It's the same woman.
23     Q.  Megan Sprague?
24     A.  Yes, sir.
25     Q.  And then Jakyra's mom?

Page 15

1      A.  Jakyra, her mom is Desiree Hensley.
2      Q.  I'm sorry.  Jakyra.  I keep mispronouncing
3   it.
4      A.  It's okay.
5      Q.  And who is her mother?
6      A.  Desiree Hensley.
7      Q.  Where do they live?
8      A.  They're actually deceased.
9      Q.  They're both deceased?
10     A.  Yes, they are.
11     Q.  When did Desiree pass?
12     A.  It's been about four years now.
13     Q.  What was their cause of death?
14     A.  They both died in a car wreck on 27, out
15   there on 27 in Alexandria.  Somebody hit them
16   head-on and killed both of them.
17     Q.  I remember that.  Yeah, I remember that.
18   They just picked her up from daycare or something?
19     A.  Yeah.
20     Q.  So that was your daughter and the mother
21   of your daughter?
22     A.  Yes, sir.
23     Q.  And how many years ago was that?
24     A.  It's about four or five years ago.
25     Q.  So, in terms of children that are alive,

Page 16

1   you've got --
2      A.  Three.
3      Q.  -- three, Malia, Karden and Elijah?
4      A.  Yes.
5      Q.  Do you know where Megan Sprague lives
6   today?
7      A.  10410 Vicksburg Lane, Independence,
8   Kentucky.
9      Q.  I'm sorry.  What lane again?
10     A.  Vicksburg.
11     Q.  Vicksburg.  What city?
12     A.  Independence.
13     Q.  Do you know what she does for a living?
14     A.  What?  Say that again.
15     Q.  What?
16     A.  What did you say?
17     Q.  What does she do for a living?
18     A.  She's like a waitress.
19     Q.  Okay.  What's your current -- how would
20   you describe the status of your relationship with
21   Ms. Sprague today?
22     A.  I mean, we're on good terms, I guess.  We
23   are not together, though.
24     Q.  You're no longer romantically involved?
25     A.  Right.

Page 17

1      Q.  But you're on good terms, because you
2   share a daughter?
3      A.  Right.  Two.
4      Q.  Have you ever served in the military?
5      A.  I have not.
6      Q.  How far did you go in school?
7      A.  Tenth grade, I believe.
8      Q.  Holmes High School?
9      A.  No, sir.
10     Q.  Did you drop out?
11     A.  I dropped out.  Yes, sir.
12     Q.  Did you get a GED?
13     A.  I have not.
14     Q.  Do you have any licenses or certificates
15   in any particular trade or industry?
16     A.  No, sir.
17     Q.  Are you active on social media, at least
18   before you were arrested and brought to jail?
19     A.  Here and there.
20     Q.  What do you use, Facebook, TikTok,
21   Snapchat?
22     A.  TikTok, Twitter, Snapchat.
23     Q.  Do you recall if you made any type of post
24   or social media entries regarding this traffic stop?
25     A.  I'm not sure.

Page 18

1    Q.  Do you have any friends or relatives that
2  are employed by the Covington Police Department?
3    A.  No, sir.
4    Q.  I need to talk a little bit about your
5  criminal history, okay?  So what is the easiest way?
6      Do we want to start way back in time, or
7  do we want to start current and go back?  And I'm
8  not sure how much there is.
9    A.  That's up to you.  It doesn't matter to
10  me.
11    Q.  All right.  Let's start with what brings
12  us here.  What charge are you in on today?
13    A.  It's called a handgun by a convicted felon
14  and strangulation.
15    Q.  So possession of a handgun by a convicted
16  felon and strangulation?
17    A.  Yes, sir.
18    Q.  Those are felony charges?
19    A.  They are.
20    Q.  Are those set for trial?
21    A.  They are.
22    Q.  When is your trial date?
23    A.  August 19th.
24    Q.  Does Mr. Roach represent you on those
25  criminal charges?

Page 19

1    A.  He does not.
2    Q.  Who is your attorney on those charges?
3    A.  Chris Meyer.
4    Q.  Public defender?
5    A.  Yes, sir.
6    Q.  Were those charges, the handgun by a
7  convicted felon and the strangulation, was that as a
8  result of an investigation and arrest by Covington
9  police officers?
10    A.  I don't know about how much investigating
11  that they did, but it was by the Covington Police
12  Department.  Yes, sir.
13    Q.  Was Officer Ullrich involved in that at
14  all?
15    A.  As a matter of fact, he was.
16    Q.  What role did he play?
17    A.  I'm not sure.
18    Q.  Then how do you know he was involved,
19  then?
20    A.  He was there when they arrested me.
21    Q.  Okay.
22    A.  He opened the door and asked me how he
23  knew who I was.
24    Q.  Where did the arrest take place?
25    A.  At my house.

Page 20

1    Q.  On 29th Street?
2    A.  Yes, sir.
3    Q.  Then were you arrested at your house by
4  Covington police officers on a warrant?
5    A.  On a warrant?
6    Q.  Was there a warrant for your arrest when
7  they came to arrest you at your house on 29th
8  Street?
9    A.  I'm not sure.  I think it was because of
10  this.
11    Q.  I'm sorry?
12    A.  I said I'm not sure.  I think it was
13  because of this, the investigation or the --
14  somebody saying something, and I don't know.
15    Q.  Okay.  Who was -- who was the alleged
16  victim of the strangulation?
17    A.  Nikki Dattilo.
18    Q.  Nikki Dattilo?
19    A.  Yes, sir.
20    Q.  And what is her relationship to you?
21    A.  Nothing now.
22    Q.  What, was her relationship to you?
23    A.  Just some girl that I was seeing, I guess.
24    Q.  Okay.  Has -- to your knowledge, has
25  Officer Ullrich testified in any of the preliminary

Page 21

1  hearings on these pending criminal charges?
2    A.  No, sir.
3    Q.  Have any Covington police officers
4  testified in any of the preliminary hearings in your
5  presence?
6    A.  I'm not sure.
7    Q.  Okay.  Was Officer Richardson present when
8  you were arrested at your house on 29th Street on
9  this possession of handgun by a felon and
10  strangulation charge?
11    A.  I don't remember what he looks like.
12    Q.  Was there a K9 present when you were
13  arrested on the -- at your house on 29th Street?
14    A.  There was.
15    Q.  Okay.  Then those are your -- are those
16  the only pending criminal charges that you have,
17  Mr. Cundiff?
18    A.  Yes, sir.
19    Q.  Okay.  Now, what about convictions?  What
20  convictions do you have on your record?
21    A.  Just like substance abuse, things like
22  possession of drugs.
23    Q.  And how many possession of drugs charges
24  do you have on your record?
25    A.  I believe two.

Page 22

1    Q.  Two.  Were those convictions here in
2  Kenton County?
3    A.  I think one of them is here and one of
4  them is Campbell County.
5    Q.  And on the Kenton County charge, did you
6  plead guilty to that?
7    A.  I'm sure I did, yeah.
8    Q.  And on the Campbell County charge, did you
9  plead guilty to that?
10   A.  Yeah, I'm sure I did.
11   Q.  Were those possession of drug charges,
12  were those felony level charges?
13   A.  Yeah.
14   Q.  And do you recall what type of drugs you
15  were convicted of possessing?
16   A.  I'm not sure.
17   Q.  Was it heroin?
18   A.  I'm not sure.
19   Q.  Methamphetamines?
20   A.  I don't recall.
21   Q.  In any of those -- on that possession of
22  drug charge in Kenton County that you pled guilty
23  to, was Officer Ullrich involved in that case at
24  all?
25   A.  No, sir.

Page 23

1    Q.  Was the Covington Police Department the
2  arresting agency in that case?
3    A.  I'm sure they were.
4    Q.  Other than your possession of -- your two
5  convictions for possession of drugs, one in
6  Campbell, one in Kenton, do you have any other
7  criminal convictions on your record?
8    A.  I'm sure I do.  Like minor things, you
9  know what I mean.  Not like felony-level.  Maybe an
10  A/I or something like misdemeanors or something like
11  that, but I'm not -- you know.
12   Q.  Okay.  On the current charge of possession
13  of a handgun by a convicted felon, was that felony
14  conviction one of your drug charges?
15   A.  Of handgun by a convicted felon?
16   Q.  Yeah.
17   A.  No.
18   Q.  Well, what I'm saying is, you're -- in
19  Kentucky, if you don't have -- if you're not
20  convicted of a felony, all things being equal, you
21  can lawfully possess a firearm?
22   A.  Right.
23   Q.  In this particular case, as I understand
24  it, one the charges is you -- they are charging you
25  with possession of a handgun by a convicted felon.

Page 24

1    A.  Right.
2    Q.  What I'm trying to understand is, that
3  underlying felony charge, was that one of the drug
4  possession charges?
5    A.  I'm guessing it's one of the possessions
6  that makes me a convicted felon.  So it doesn't
7  allow me to possess a handgun.
8    Q.  Do you recall a conviction back in 2018
9  for receiving stolen property?
10   A.  Yeah.  It was a like a group of them, but
11  the one that I ended up pleading out to I believe
12  was the possession charge.  There was a possession
13  of receiving stolen property, something else I can't
14  remember, and I pled guilty, I believe it was, to
15  the possession is what it ended up being.
16   Q.  Yeah, I've got here a document that says
17  you -- there was a guilty disposition on a receiving
18  stolen property charge, a guilty on a tampering with
19  physical evidence charge, guilty of possession of
20  controlled substances.  All of this took place -- it
21  was Fentanyl was the drug.  That was December of
22  2018, does that refresh your recollection?
23   A.  I remember the charges, but there was a
24  whole group of them.  There's actually a few more
25  charges, too.  I believe that I pled guilty to

Page 25

1  possession, but that could be true, too.
2    Q.  Do you recall another charge where you
3  went back in late 2018 that was disposed of on
4  February 7, 2019, where you were charged originally
5  with burglary, second degree, but it was pled down
6  to theft by unlawful taking?
7    A.  It's a misdemeanor?
8    Q.  I'm not sure if that -- yes, it would have
9  been a misdemeanor because it was under $500.
10   A.  Yeah.  I'm not sure what misdemeanors you
11  will find.  There's probably a few of them.
12   Q.  Do you recall a charge in Boone County
13  for possession of a controlled substances, heroin?
14   A.  There has been a couple possession charges
15  I've had.  Maybe it was -- if that's the two
16  possessions, maybe that's the one, Boone County
17  instead of Kenton County.  Boone County and Campbell
18  County are the two counties I have that.
19   Q.  I'm looking at -- it says here you were
20  charged with possession of controlled substances,
21  first degree -- first offense heroin?
22   A.  A long time ago?  How long is it?
23   Q.  It was 2012.
24   A.  Yeah.  Yeah.
25   Q.  And that you were found guilty of that

Page 26

1    charge on November 13, 2012, along with possession
2    of drug paraphernalia.
3            Was that your first drug conviction?
4        A.  Ten years ago, something like that, yeah,
5    I believe so.
6        Q.  All right.  Do you recall a menacing -- a
7    conviction for menacing in 2010 in Boone County?
8        A.  Is it a misdemeanor?
9        Q.  I can't tell.  I think it is, but I'm not
10   100 percent sure from this document.
11       A.  I'm not sure how many of those, or where
12   they're at.
13       Q.  Okay.  And I'm also showing a criminal
14   conviction back in 2005 in Kenton County for
15   possession of controlled substances.  There's a
16   guilty disposition on September 28, 2005 in Kenton
17   County?
18       A.  Kenton or Campbell?
19       Q.  I'm sorry?
20       A.  Kenton or Campbell?
21       Q.  Kenton, 2005.
22       A.  I'm not sure.  I don't recall.
23       Q.  But just looking at what I was able to
24   print out, it looks like you've got criminal
25   convictions for drug-related charges in Boone,

Page 27

1    Kenton and Campbell County on your record.
2            Does that sound right?
3        A.  I don't recall.  It's been a long time.
4        Q.  Okay.  I'm sorry if I asked you this.  The
5    strangulation and possession of a handgun by a
6    felon, those are your only pending criminal charges,
7    Mr. Cundiff?
8        A.  Yes, sir.
9        Q.  Okay.  Before June 8, 2020, the traffic
10   stop made by Officer Ullrich that brings us here,
11   had Officer Ullrich arrested you on any prior
12   occasion, to your knowledge?
13       A.  Not to my knowledge.
14       Q.  Had he conducted a traffic stop of you
15   for -- that's poorly worded.
16           Before June 8, 2020, had Officer Ullrich
17   ever pulled you over for a traffic stop?  May not
18   have arrested you, but pulled you over?
19       A.  I'm not sure.
20       Q.  Okay.  Same question with regard to
21   Officer Richardson, who is a K9 officer for the
22   Covington Police Department.  Before June 8, 2020,
23   do you have any recollection of Officer Richardson
24   arresting you?
25       A.  I'm not sure.

Page 28

1        Q.  And do you have any recollection before
2    June 8, 2020 of Officer Richardson pulling you over
3    for a traffic stop, for some type of traffic
4    violation?
5        A.  I'm not sure.
6        Q.  I think you told me that you were arrested
7    on the current charges three or four months ago,
8    right?
9        A.  Yes, sir.
10       Q.  Okay.  After June 8, 2020, when this
11   traffic stop occurred and before you were arrested
12   earlier this year on the strangulation and
13   possession of a handgun by a felon charges, were you
14   arrested at all in between that time?
15       A.  I don't believe so.
16       Q.  So you would have been free and not in
17   custody between June 8, 2020, up until you were
18   arrested three or four months ago?
19       A.  Yes, sir.
20       Q.  Do you recall any traffic stops that
21   Officer Ullrich may have made where he may have just
22   pulled you over after June 8, 2020 before you were
23   arrested earlier this year?
24       A.  I'm not sure.
25       Q.  Let me ask it in a more simple way.  Have

Page 29

1    you seen Officer Ullrich since the night of that
2    traffic stop on June 8, 2020?
3        A.  I really didn't know what he looked like,
4    if you want my honest opinion.  I really didn't
5    remember what he looked like, even when he came to
6    the window when they arrested me this night for
7    this.  And he comes to my window and he's saying,
8    how do I know you?  How do I know you?  And I was
9    looking at his name on his thing, and then me, being
10   able to read his name, I told him, I said, you put a
11   glove on and you sexually molested me in front of a
12   bunch of kids and a bunch of everybody on body cam
13   footage outside.  That's how you know me.  And he
14   shut the door on my leg.  So I really didn't
15   remember like what his face and everything looked
16   like.  It didn't ring a bell until I was able to
17   read his name on his name tag.
18       Q.  Okay.  So at this -- when you were
19   arrested a few months ago, Officer Ullrich was
20   present.  You kind of recognized him.  You weren't
21   sure who he was.  Then you saw the name tag, put two
22   and two together, right?
23       A.  No.  He came to the car asking me how did
24   he know me.
25       Q.  Oh, okay.  I'm sorry.  So that was

8 (Pages 26 to 29)

1    Officer Ullrich who came up to the -- were you in a
2    cruiser already?
3        A.  Yeah.  I was in the car.
4        Q.  Were you already cuffed and in custody?
5        A.  Yeah.
6        Q.  All right.  So you're cuffed and in
7    custody, you're in a cruiser.  Officer Ullrich comes
8    up and approaches you, approaches you through the
9    car window?
10       A.  Correct.
11       Q.  And that's when he says, how do I know
12   you?
13       A.  Well, he's got the door open.
14       Q.  Okay.
15       A.  He opens the back of the door.  I'm
16   sitting -- I'm just being detained at this point,
17   and I'm sitting there and being detained.  He's
18   asking me, how does he know who I am.  I don't know
19   how I know him, his face or everything else, it
20   doesn't ring a bell with me.  And then once I'm able
21   to read his name.
22       Q.  Okay.  So you didn't recognize him when he
23   came up to the car door?
24       A.  I didn't, not his face, no.
25       Q.  Okay.

1        A.  I recognized the name.
2        Q.  And then you said to him, you're the one
3    who pulled me over.
4            And what did you accuse him of?
5        A.  He sexually molested me.  I didn't accuse
6    him; that's what he did.
7        Q.  Did he respond to that?
8        A.  He shut the door on me.
9        Q.  Did he say anything?
10       A.  I don't recall.
11       Q.  And this particular arrest would have
12   occurred outside of your home on 29th Street?
13       A.  Yes, sir.
14       Q.  Do you know if Officer Ullrich's body-worn
15   camera footage -- body-worn camera was active when
16   he was talking with you while he opened that car
17   door?
18       A.  I don't -- I'm not sure.
19       Q.  We've established that you had been
20   arrested numerous times by law enforcement officers
21   before the traffic stop on June 8, 2020, correct?
22       A.  Yeah.  Yes, sir.
23       Q.  And on those prior arrests, had you gone
24   through pat down searches by the officers?
25       A.  Yes, sir.

1        Q.  And when they took you into jail on those
2    prior arrests, were you subjected to any type of
3    strip search?
4        A.  I've been through a strip search procedure
5    before, yes, sir.
6        Q.  Before June 8, 2020?
7        A.  Yes, sir.
8        Q.  How many times had you been strip searched
9    before June 8, 2020?
10       A.  I mean, maybe once or so before.  I'm not
11   sure.
12       Q.  Okay.  So you've been -- officers
13   generally when they conduct an arrest and they take
14   somebody into custody, for their own safety and
15   protection they'll do a pat down search.  You've
16   been through a number of those, correct?
17       A.  Pat down?
18       Q.  Yeah, where they pat you down to see if
19   you've got any weapons on your person?
20       A.  Where they put like gloves and put their
21   hands down your pants and stuff like that?
22       Q.  That's different.  We're going to get to
23   that later.  I'm just talking about a general pat
24   down search where they're patting the outside of
25   your body to see if --

1        A.  I mean, I've been through a regular police
2    pat down before.  I've never been through the other
3    stuff before, no.
4        Q.  Well, you've been through a general pat
5    down search where an officer will conduct a pat down
6    of your exterior?  Pat your arms, pat maybe your
7    rear, pat your legs, to make sure you don't have any
8    weapons, right?
9        A.  Absolutely.
10       Q.  And then you told me that in jail, you've
11   been through strip searches before, correct?
12       A.  Yeah.  You just take your clothes off, you
13   squat and cough.
14       Q.  Right.  And they are doing that to make
15   sure you're not smuggling any -- you understand
16   they're doing it to make sure you're not smuggling
17   any contraband into the jail?
18       A.  Yeah.  Absolutely.
19       Q.  Any time you were in jail, have you ever
20   had to undergo a body cavity search?
21       A.  Body cavity search?
22       Q.  Body cavity search.
23       A.  Absolutely not.
24       Q.  When you underwent these strip searches on
25   your prior arrest when you were strip searched at

Page 34

1    the jail, did you ever file any complaints against
2    the jail officials for doing that?
3        A.  No, sir.
4        Q.  Did you ever file any grievances for the
5    fact that they conducted those strip searches?
6        A.  No, sir.
7        Q.  When you were arrested most recently a few
8    months ago on the strangulation and possession of a
9    handgun by a convicted felon charge, they brought
10   you here to the detention center, correct?
11       A.  Correct.
12       Q.  Did they do a strip search of you at that
13   time?
14       A.  No, sir.
15       Q.  Other than this lawsuit that brings us
16   here today, Mr. Cundiff, have you ever sued anyone
17   before?
18       A.  Have I sued anybody before?
19       Q.  Yes, sir.
20       A.  I don't recall.  I don't -- I don't
21   remember suing anybody, like somebody doing
22   something wrong to me.
23       Q.  Right.  Like for an automobile accident or
24   a trip and fall accident where you were injured and
25   you sued somebody for damages?

Page 35

1        A.  No.  When I told you about my kid's mother
2    and my daughter who died --
3        Q.  Yeah.
4        A.  -- the insurance company gave -- they gave
5    me money that they had paid into -- the person who
6    hit them head-on had paid into the cause for.
7        Q.  Okay.  So when your daughter and your --
8    the mother of your child were killed in the
9    accident, the insurance company for the person who
10   was at fault in causing that accident, they paid
11   money to settle the claim?
12       A.  Yes, sir.
13       Q.  And you received some part of that
14   settlement as the father of the deceased child?
15       A.  You're right.
16       Q.  But that never got to the point where you
17   filed a lawsuit?
18       A.  Right.
19       Q.  It was settled pre-suit?
20       A.  Yeah.  Immediately.
21       Q.  Do you recall the name of the insurance
22   company that settled that claim with you?
23       A.  I don't.
24       Q.  Were you represented by a lawyer on that
25   claim?

Page 36

1        A.  I was.
2        Q.  Who represented you?
3        A.  Andy Busald.
4        Q.  What was the amount of the settlement?
5        A.  I'm not real sure.
6        Q.  Was it more than $100,000?
7        A.  No.
8        Q.  Less than $50,000?
9        A.  Yeah.  Less than 50.
10       Q.  Other than that claim, Mr. Cundiff, that
11   arose because of your daughter's tragic death in
12   that accident, have you had any other types of
13   claims of that nature, or claims where you were
14   seeking compensation because you were injured or
15   harmed in some way?
16       A.  No, sir.  My dad brought us up that we
17   don't sue people.  We don't do stuff like that.
18       Q.  You mentioned before that your dad lives
19   in Ohio.
20           Do you know what part of Ohio he lives
21   in?
22       A.  I'm not sure.  He's staying with my sister
23   somewhere.  They had just moved over there.  I've
24   actually never even been out there.
25       Q.  In any of the occasions in the past, have

Page 37

1    you ever made any complaints about the manner in
2    which law enforcement officers arrested you or
3    treated you?
4        A.  No, sir.
5        Q.  Sometimes people refer to it as citizen's
6    complaints.  Have you ever filed a citizen's
7    complaint with a police department about how an
8    officer treated you?
9        A.  No, sir.
10       Q.  In this particular case, as a result of
11   what happened on June 8, 2020, I know you filed a
12   lawsuit against Officer Ullrich and Officer
13   Richardson.  But before filing this suit, did you
14   register any complaints with the Covington Police
15   Department or the Covington City Manager about what
16   happened that night?
17       A.  No, sir.
18       Q.  Have you ever made a claim before that you
19   were wrongfully arrested?
20       A.  No, sir.
21       Q.  And have you ever made a claim before that
22   a search that an officer did was unlawful?
23       A.  No, sir.
24       Q.  Have you ever made a claim that an officer
25   used excessive force in taking you into custody?

10 (Pages 34 to 37)

Page 38

1      A.  No, sir.
2      Q.  Have you ever filed a claim for Social
3  Security Disability benefits?
4      A.  No, sir.
5      Q.  What about a claim for Workers' Comp.
6  benefits?
7      A.  Workers' comp.?
8      Q.  Have you -- were you ever injured on the
9  job and then filed a claim for Workers' Comp?
10      A.  No, sir.
11      Q.  Before you were arrested a few months ago,
12  who were you employed by?
13      A.  I was actually just painting, doing side
14  jobs and stuff like that for M & M Construction.
15      Q.  So you're in the construction field?
16      A.  I paint, I do a little bit of everything,
17  actually.
18      Q.  Are you self-employed, then?
19      A.  You could say that, yes, sir.
20      Q.  Do you work for a company?
21      A.  M & M Construction.
22      Q.  M & M Construction?
23      A.  Yes, sir.
24      Q.  And who is M & M Construction?
25      A.  It's a company that my buddy and his

Page 39

1  friend had started.
2      Q.  Who is the owner of the company?
3      A.  Wayne Brown.
4      Q.  Wayne Brown?
5      A.  Yes, sir.
6      Q.  How long did you work for them?
7      A.  I've worked there off and on for probably
8  about ten years.
9      Q.  Where are they based?
10      A.  Out of Covington.
11      Q.  Is M & M Construction still in business
12  today, to your knowledge?
13      A.  I believe so.
14      Q.  Do they do commercial, residential?
15  What's their specialty?
16      A.  Like, houses, like, painting houses.
17      Q.  Do they do primarily painting?
18      A.  Yeah.  Yes, sir.
19      Q.  And when you worked for M & M
20  Construction, were you an actual employee or were
21  you an independent contractor?
22      A.  I was an employee.
23      Q.  So they would take out taxes and take out
24  withholding and Social Security and all that stuff,
25  right?

Page 40

1      A.  Yes, sir.
2      Q.  Were you working for M & M Construction
3  on -- at the time of this traffic stop June 8, 2020?
4      A.  I don't recall.
5      Q.  When you say you've worked for M & M
6  Construction Company off and on for the last ten
7  years, what does that mean?  Help me understand
8  that.
9      A.  Like different jobs, you know what I mean?
10  Like, if I'm working somewhere else and they got a
11  job they need me on to paint or something on the
12  weekends, you know, I'd go help, you know.  Stuff
13  like that.
14      Q.  Were you -- in addition to working for
15  M & M on painting jobs, did you also do your own
16  jobs on your own, side jobs?
17      A.  No, sir.
18      Q.  So, I take it that if they had a project
19  and they needed help on it, they would call you and
20  say, hey, Jeff, come on over here, we need you to
21  help paint this house?
22      A.  Right.
23      Q.  And then once that house was painted, you
24  may not have work for a period of time until they
25  have another project?

Page 41

1      A.  Right.
2      Q.  Just so I'm clear, so it was not a steady
3  job where you were working 40 hours a week?
4      A.  Well, at times it was.
5      Q.  Where were they based in Covington?  Do
6  you know what street they were on?
7      A.  I'm not sure.
8      Q.  But Wayne Brown is the owner?
9      A.  Yes, sir.
10      Q.  In this particular case, as a result of
11  what happened on June 8, 2020, are you making any
12  claim for lost wages?
13      A.  Say that again.
14      Q.  Sure.  Are you making any claim -- because
15  of what happened on June 8, 2020, are you making any
16  claim that you were unable to work and earn money
17  because of what happened on June 8, 2020?
18      A.  No.  I don't think so.
19      Q.  Let me word it another way.  Did you miss
20  any work at M & M Construction because of the
21  traffic stop and the events that occurred on June 8,
22  2020?
23      A.  I don't recall.
24      Q.  I mean, you were not arrested and taken to
25  jail, correct?

11 (Pages 38 to 41)

Page 42

1    A.  Right.
2    Q.  There was a traffic stop, you were asked
3  to get out of the car.  You were on the curb for a
4  while.  You were searched and then the cuffs were
5  removed and you were free to go at that point,
6  right?
7    A.  Right.
8    Q.  Do you have any law enforcement
9  experience?
10    A.  No.
11    Q.  Have you ever worked as a police officer?
12    A.  No, sir.
13    Q.  Have you ever studied to be a police
14  officer?
15    A.  No, sir.
16    Q.  Are you familiar with the training that
17  law enforcement officers have to undergo before they
18  can ever serve as a police officer?
19    A.  No, sir.
20    Q.  Do you have any family members who are law
21  enforcement officers?
22    A.  No, sir.
23    Q.  Do you have any experience, personal
24  knowledge of what type of training or certification
25  a dog has to go through to be a lawfully used police

Page 43

1  K9?
2    A.  No, sir.
3    Q.  And in this particular case, do you have
4  any personal knowledge -- Zeno is the name of
5  Officer Richardson's dog, okay, that was involved in
6  the search of your vehicle on June 8, 2020.
7    Do you have any personal knowledge about
8  the training or certifications that Zeno had at the
9  time of this traffic stop?
10    A.  No, sir.
11    Q.  I want to talk a little bit more about
12  Officer Ullrich.  I think you told me that you don't
13  have any recollection of Officer Ullrich pulling you
14  over for a traffic stop, for a traffic violation,
15  before June 8, 2020, correct?
16    A.  Correct.
17    Q.  And you don't have any recollection of
18  Officer Ullrich pulling you over for a traffic
19  violation after June 8, 2020, correct?
20    A.  After?
21    Q.  Yes, after June 8, 2020.  In other words,
22  did he stop you again at some point in the future
23  for an alleged traffic violation?
24    A.  Like I said, I don't really -- I didn't
25  really remember what he looked like until the night

Page 44

1  of this, until I came here.  And the only reason how
2  I even knew that that was him was because I was able
3  to read his name tag.
4    Q.  Right.  Yeah, and we've talked about that,
5  his presence the night you were arrested a few
6  months ago, and what happened when you were in the
7  cruiser and he talked to you as you opened the car
8  door.
9    But he's not been -- to your knowledge,
10  has Officer Ullrich been involved in any of your
11  other arrests?
12    A.  Not to my knowledge, no, sir.
13    Q.  And the same question with regard to
14  Officer Richardson.  Do you have any recollection of
15  Officer Richardson pulling you over for an alleged
16  traffic violation before June 8, 2020?
17    A.  I was stopped, and I'm not sure which one
18  was there.  Like I said, I was stopped for a DUI.
19  They pulled me over for a DUI.  Nothing came up, and
20  then it was like that was probably maybe like a
21  couple days before this ended up happening, within I
22  think it was a few days or a week before that.
23    Q.  So let me make sure I understand what you
24  are telling me.
25    So we know this traffic stop that brings

Page 45

1  us here today was June 8, 2020.  If I understand
2  your testimony, you're saying that you were pulled
3  over for a suspected DUI a few days or up to a week
4  before then?
5    A.  That was a traffic stop, yes.  So that was
6  maybe a week or a couple days before then.  I don't
7  know, I'm not real sure.
8    Q.  Do you recall the names of the officers
9  who were involved in that traffic stop?
10    A.  I don't.
11    Q.  Do you remember if any of those officers
12  who were involved in that suspected DUI traffic stop
13  were present on the night of June 8, 2020?
14    A.  I don't --
15    Q.  Do you have any recollection of Officer
16  Richardson, the K9 officer, the officer with the dog
17  on the night of June 8, 2020, do you have any
18  recollection of him pulling you over for another
19  traffic violation after June 8, 2020?
20    A.  I don't.
21    Q.  And do you have any recollection of
22  Officer Richardson being involved in any of your
23  prior arrests?
24    A.  I'm not sure.  I can't recall.
25    Q.  Have you ever reviewed the Covington

Barlow Reporting & Video Services, LLC
(859) 261-8440

Page 46

```
 1    Police Department Policy and Procedure Manual?
 2        A.  I have not.
 3        Q.  Have you reviewed any of the
 4    certifications or training documents for Zeno,
 5    Officer Richardson's K9?
 6        A.  I have not.
 7        Q.  Do you have any understanding, familiarity
 8    or knowledge of what specific training
 9    Officer Richardson underwent to be a K9 officer?
10        A.  No, sir.
11        Q.  And do you have any personal knowledge,
12    familiarity or understanding of what training
13    Officer Ullrich had to undergo to be a police
14    officer for the City of Covington?
15        A.  No, sir.
16        Q.  How is your current health?
17        A.  It's all right, I guess.
18        Q.  Are you taking any medications today?
19        A.  I'm not.
20        Q.  Do you have a family physician, a primary
21    care physician, that you see for general health
22    issues?
23        A.  I have a doctor that I was going to before
24    I came in here.
25        Q.  Who is that?
```

Page 47

```
 1        A.  Her name is Dr. Harris.
 2        Q.  Dr. Harris?
 3        A.  Yes, sir.
 4        Q.  Where is she located?
 5        A.  She's at the Center of Innovative Learning
 6    in Cincinnati, Ohio.
 7        Q.  Center for Innovative Learning?
 8        A.  Cincinnati, Ohio.
 9        Q.  Yeah.  I think I saw on some documents
10    your lawyer supplied to me, specifically your
11    initial disclosures, Dr. Elana Harris?
12        A.  Yes, sir.
13        Q.  Okay.  Assistant professor, UC Department
14    of Psychiatry and Behavioral Neuroscience?
15        A.  Yes, sir.
16        Q.  Okay.  So she's a -- she must be a
17    psychiatrist?
18        A.  She is.
19        Q.  How long have you been treating with her?
20        A.  Probably a little over a year.
21        Q.  So it's June of -- right now it's July of
22    2022.  So you first saw her sometime in July of
23    2021?
24        A.  I would say give or take, yeah.  Somewhere
25    around there.
```

Page 48

```
 1        Q.  Give or take a month or so?
 2        A.  Yeah.
 3        Q.  How often have you seen her?
 4        A.  I would see her every -- I would see her
 5    every month.
 6        Q.  And what were you seeing her for?
 7        A.  I would see her for my anxiety and things
 8    like that.
 9        Q.  Okay.  What type of specific symptoms were
10    you experiencing that led you to see Dr. Harris?
11        A.  I have a wide range of symptoms.
12        Q.  Just tell me what they are.
13        A.  Shortness of breath, panicking.  I don't
14    know what symptoms -- when a bunch of people get
15    around you, like it makes me nervous.  Things like
16    that.
17        Q.  Crowds make you nervous?
18        A.  Yeah.
19        Q.  So you get panicky, you get shortness of
20    breath.  Did Dr. Harris diagnose your condition?
21        A.  She has.  I'm sure she did, yes, sir.
22        Q.  What did she tell you you suffered from?
23        A.  Anxiety, PTSD.
24        Q.  Anxiety and PTSD?
25        A.  Yes, sir.
```

Page 49

```
 1        Q.  And PTSD is post-traumatic stress
 2    disorder?
 3        A.  Yes, sir.
 4        Q.  Have you been able to -- you were seeing
 5    her monthly up and until you were arrested a few
 6    months ago, correct?
 7        A.  Correct.
 8        Q.  And have you undergone any medical care
 9    here at the Kenton County Detention Center?
10        A.  No, sir.
11        Q.  Have you been evaluated by any of the
12    medical staff here at the Kenton County Detention
13    Center?
14        A.  No, sir.
15        Q.  Have you seen any type of psychiatrist or
16    mental health care professional while you have been
17    here at the Kenton County Detention Center?
18        A.  No, sir.
19        Q.  Have you had any telephone conversations
20    or Zoom conferences with Dr. Harris since you've
21    been in custody here at the jail?
22        A.  No, sir.
23        Q.  Did Dr. Harris, once you started treating
24    with her -- once you started seeing her and she
25    started treating you, did she provide you with any
```

13 (Pages 46 to 49)

Page 50

1   prescription medications?
2       A.  She did.
3       Q.  Tell me what prescription medications she
4   prescribed.
5       A.  When I was -- first, I was put on Xanax.
6   I'm not sure what the milligram is.  And then I
7   ended up -- it ended up getting switched
8   to Clonazepam I think is the right name for it.
9       Q.  Okay.  Any other medications?
10      A.  No, sir.
11      Q.  So she started on Xanax, then switched you
12  over to a Clonazepam?
13      A.  Yes.  I'm not sure what the milligram --
14      Q.  I'm not going to hold you to the
15  pronunciation.
16          Were you taking those once a day?  Were
17  you taking those as needed?
18      A.  At one point in time, I was taking both of
19  them.
20      Q.  Okay.
21      A.  I'm not sure how many a day, or how
22  frequent to take them.  And then I got it to where I
23  was only taking the Clonazepam.
24      Q.  Did you have health insurance to pay for
25  Dr. Harris' services?

Page 51

1       A.  No, sir.
2       Q.  Was she -- did you have a medical card?
3       A.  No, sir.
4       Q.  How was she being paid?
5       A.  I would pay out of pocket.
6       Q.  How much money have you paid to
7   Dr. Harris?
8       A.  I'm not sure.
9       Q.  On June 8, 2020, the night of the traffic
10  stop that brings us here, did you have any
11  prescription medications at that time?
12      A.  I believe so.
13      Q.  What were you prescribed as of the date of
14  the June 8, 2020 traffic stop?
15      A.  I was still on those same prescriptions.
16      Q.  Okay.  Well, I didn't think that -- you
17  said you saw Dr. Harris for the first time about a
18  year ago.  So a year ago would have been July of
19  2021.  This traffic stop was a year before that.
20          Were you getting prescription medications
21  from another physician?
22      A.  I don't believe so.
23      Q.  So what I'm trying to get at is, I
24  understand what medications you were taking up to
25  the point you were arrested a few months ago, okay?

Page 52

1   I got that.
2           What I'm trying to understand now,
3   Mr. Cundiff, is whether you had any medication that
4   was prescribed to you by a physician that you were
5   taking on June 8, 2020, the night of this traffic
6   stop.
7       A.  No.
8       Q.  So let me circle it back this way, then.
9           As of June 8, 2020, the night of this
10  traffic stop, okay, you were in pretty good health?
11      A.  I believe so.
12      Q.  And you weren't taking any prescription
13  medications at that point; is that correct?
14      A.  That's correct.
15      Q.  Other than anxiety and PTSD, did
16  Dr. Harris diagnose you with any other ailments or
17  conditions?
18      A.  I don't recall.
19      Q.  As of June 8, 2020, did you suffer from
20  any type of vision impairment?
21      A.  No, sir.
22      Q.  Did you have to wear glasses?
23      A.  No, sir.
24      Q.  Contact lenses?
25      A.  No, sir.

Page 53

1       Q.  And what about hearing, did you suffer
2   from any hearing impairment as of June 8, 2020?
3       A.  No, sir.
4       Q.  Have you ever been treated for drug or
5   alcohol addiction?
6       A.  I have.
7       Q.  How many times?
8       A.  Twice, I believe.
9       Q.  What was the first time, ballpark, time
10  frame?
11      A.  I don't know.  You would have to look in
12  that thing.
13      Q.  Okay.  Were you treated for drug abuse?
14      A.  Just like a substance abuse program.
15      Q.  SAPP?
16      A.  Yes, something like that.
17      Q.  Okay.  And what were you addicted to?
18      A.  I was addicted to heroin.
19      Q.  And did you go through an in-house
20  substance abuse program somewhere?
21      A.  Yes, sir.
22      Q.  Where did you?
23      A.  Droege House.  It was in Dayton, Kentucky.
24      Q.  Did you successfully complete the program
25  at Droege House for your addiction to heroin?

Page 54

1    A.  Yes, sir.
2    Q.  Do you recall how many years that -- I'm
3  trying to put things together in time.  So if the
4  traffic stop was June 8, 2020, how many months or
5  years before then did you complete that Droege House
6  substance abuse program?
7    A.  I'm not sure.  Like I said, I'm not sure.
8  If you look in there, it will -- it's got the --
9    Q.  Yeah, all I've got is a CourtNet printout,
10  and it doesn't necessarily tell me when you went to
11  Droege House.
12    A.  Yeah, I'm not sure.
13    Q.  Then you indicated there was another time
14  where you went through a substance abuse program,
15  correct?
16    A.  Right.
17    Q.  Where was that one at?
18    A.  That one was, I believe, NorthKey on
19  Madison Avenue.
20    Q.  I'm sorry.  NorthKey where?
21    A.  On Madison Avenue.
22    Q.  And was that after you had completed the
23  Droege House program?
24    A.  I'm not sure which one was first, or which
25  one was second.

Page 55

1    Q.  And what was the drug you were addicted to
2  at that time that led you to go to NorthKey?
3    A.  It was the same thing.
4    Q.  Okay.  So let me kind of put it this way.
5  So as I understand it, your problem with drugs was
6  with heroin?
7    A.  Right.
8    Q.  So you were addicted to heroin to the
9  point where you were treated in-house on two
10  occasions, one at the Droege House and one at
11  NorthKey, correct?
12    A.  Right.
13    Q.  And both of those occurred -- both of
14  those substance abuse in-house treatment programs
15  for heroin addiction occurred before the traffic
16  stop of June 8, 2020?
17    A.  I believe so, yes, sir.
18    Q.  Have you been treated for substance abuse,
19  for drug addiction at any point after the traffic
20  stop of June 8, 2020?
21    A.  Not to my knowledge, no, sir.
22    Q.  Before you went to see Dr. Harris about a
23  year ago at UC, had you ever seen a psychiatrist or
24  mental health care professional before?
25    A.  No, sir.

Page 56

1    Q.  Well, I'm assuming that there are mental
2  health therapists and counselors when you go through
3  the drug addiction programs, right?
4    A.  I'm guessing.
5    Q.  But --
6    A.  They call them peer support specialists.
7    Q.  Right.  So other than what care you may
8  have been provided at Droege House, and other than
9  what care you may have been provided at NorthKey,
10  had you ever seen a psychiatrist before?
11    A.  No, sir.
12    Q.  Okay.  Or any other mental health care
13  professional?
14    A.  No, sir.
15    Q.  All right.  So, Dr. Harris would have been
16  the first psychiatrist you've ever seen in your
17  life?
18    A.  Right.
19    Q.  Have you been hospitalized as a patient at
20  any point within the last ten years?  I'm not
21  talking about emergency room visits, I'm talking
22  about in-patient admission in a hospital.
23    A.  What do you mean by that?
24    Q.  Where you were admitted as a patient where
25  you would have stayed overnight at a hospital.

Page 57

1    A.  I don't recall.  I can't --
2    Q.  You don't recall anything as we sit here
3  today?
4    A.  I can't recall anything.
5    Q.  All right.  Let's talk about the traffic
6  stop that took place on June 8, 2020.
7    My understanding is that that traffic stop
8  occurred about 2:20 in the morning on June 8, 2020.
9  Does that sound right?
10    A.  Something like that.
11    Q.  And I'm going to jump around a little bit.
12  But you were -- as a result of that traffic stop,
13  you were charged with disregarding a stop sign.  Do
14  you recall that?
15    A.  Yeah.
16    Q.  You were given a uniform citation for
17  disregarding a stop sign?
18    A.  Yeah.
19    Q.  What happened to that charge?
20    A.  I'm not sure.
21    Q.  Did you hire a lawyer to defend -- to
22  represent you on that charge?
23    A.  I'm not sure if it was that or another
24  one.  I don't recall.
25    Q.  Okay.  Did you ever have to go to court on

15 (Pages 54 to 57)

Page 58

1    that traffic charge from June 8, 2020, where you
2    were charged with disregarding a traffic control
3    device, a stop sign?
4        A.  I'm not sure.  I don't recall.
5        Q.  You're certain you never had to testify in
6    court on the charge, though?
7        A.  Right.
8        Q.  So tell me, what do you recall about -- if
9    the traffic stop occurred on June 8th at 2:20 in the
10   morning, do you recall your activities the night of
11   June 7th?
12       A.  The day before?
13       Q.  Yeah, the night before.  So the traffic
14   stop occurs two hours and 20 minutes after midnight.
15   I'm interested in what you were doing from like 7:00
16   or 8:00 on the 7th up until the time of the traffic
17   stop.  Do you recall what you were doing?
18       A.  Vaguely.
19       Q.  Tell me what you recall.
20       A.  I recall cooking dinner and laying down
21   and watching TV.  That's about all.
22       Q.  Where were you watching TV?
23       A.  At home.
24       Q.  On Euclid?
25       A.  On Euclid.

Page 59

1        Q.  Who was there with you?
2        A.  Megan was there.
3        Q.  Megan Sprague?
4        A.  Yes, sir.
5        Q.  Was anyone else present?
6        A.  My dad.  He lived there, too.
7        Q.  Okay.  Do you recall going out anywhere
8    before the traffic stop?
9        A.  The night before?
10       Q.  Yeah.
11       A.  I don't think that we went anywhere that
12   day.
13       Q.  Okay.  Do you recall if you worked on
14   June the 7th?
15       A.  I'm not sure.
16       Q.  Do you even recall what day of the week
17   June 7th was?
18       A.  I do not.
19       Q.  So at some point, you and Megan leave the
20   house on Euclid and get in the car and go, right?
21       A.  Right.
22       Q.  Okay.  Tell me a little bit about the car.
23   Whose car was it?
24       A.  I believe it was my car.
25       Q.  Okay.  It looks like a 2004 Nissan Altima?

Page 60

1        A.  Yeah.  That's my car.
2        Q.  Okay.  So you were the titled owner of
3    that car?
4        A.  Yes, sir.
5        Q.  Did you drive that car every day?
6        A.  I did.
7        Q.  How long had you owned it?
8        A.  Probably a couple years.
9        Q.  Did Megan regularly drive that car?
10       A.  She drove it before, yes, sir.
11       Q.  So what prompted you guys going out?  Do
12   you recall what time you left the house?
13       A.  I don't.
14       Q.  Okay.  Do you recall if you made any stops
15   between the time that you left your house on Euclid
16   and being pulled over by Officer Ullrich at 2:20 in
17   the morning?
18       A.  No, sir.
19       Q.  So you don't recall where you stopped or
20   where you -- let me back up.  You don't recall if
21   you made -- you're not saying you made a stop or you
22   didn't, you just don't recall?
23       A.  I don't believe that we made any stops.
24       Q.  Okay.  Do you recall how long you had been
25   driving around in the car between the time you left

Page 61

1    your house and the time of the traffic stop?
2        A.  Minutes.
3        Q.  Okay.  So the traffic stop occurred
4    shortly after you left the house?
5        A.  Yes.
6        Q.  So you would have left your house, then --
7    if the traffic stop was at 2:20 a.m., you would have
8    left your house, what, within 20 minutes before
9    that?
10       A.  Yeah.
11       Q.  Okay.  And do you recall why you and Megan
12   left the house at 2:00 a.m. on June 8?
13       A.  I'm not sure if it was to get cigarettes,
14   or what it was.
15       Q.  Did you have to work that day, June 8th,
16   that morning?
17       A.  I don't remember.
18       Q.  Do you know if Megan had to work the
19   morning of June 8th?
20       A.  I don't remember.
21       Q.  Do you know where she was working at the
22   time?
23       A.  She would have probably been working at
24   Cheddar's in Florence.
25       Q.  Where was the baby?

16 (Pages 58 to 61)

Page 62

1    A.  Probably with her mom.
2    Q.  With her mom?
3    A.  With Megan's mother.
4    Q.  The baby was not with you guys, though,
5  that night?
6    A.  No, sir.
7    Q.  While you were at home that night watching
8  TV, cooking dinner before you and Megan decided to
9  leave at around 2:00 a.m., did you drink any beer or
10 alcohol?
11   A.  No, sir.
12   Q.  Did Megan drink any beer or alcohol during
13 that time frame?
14   A.  No, sir.
15   Q.  Did you consume any type of drug,
16 marijuana, meth, heroin, anything, the night of June
17 7th while you were at home?
18   A.  No, sir.
19   Q.  Or into the early morning hours of June
20 the 8th?
21   A.  No, sir.
22   Q.  Did Megan do any illegal drugs during that
23 same time frame, June 7th, the evening of June 7th,
24 early morning hours of June 8th?
25   A.  No, sir.

Page 63

1    Q.  To your knowledge, had Megan ever been
2  treated for any type of drug abuse?
3    A.  I'm not sure.
4    Q.  Had she ever been treated for any type of
5  alcohol abuse?
6    A.  I'm not sure.
7    Q.  So what you do recall at this point is, is
8  you left sometime 2:00 a.m. or so with Megan --
9  you're in your car.  You can't recall exactly where
10 you were going or why you were going out before the
11 traffic stop?
12   A.  Right.
13   Q.  Do you recall the location of where the
14 traffic stop occurred?
15   A.  I don't.
16   Q.  Do you recall when you first noticed the
17 lights or the sirens from the police officer?
18   A.  I remember it, but I don't remember what
19 street -- what street I was on, or things like that.
20   Q.  Do you recall blowing through a stop sign
21 at or near the time of the traffic stop?
22   A.  I don't.
23   Q.  You're not saying you didn't, you're not
24 saying you did, you're just saying I don't recall?
25   A.  I don't remember running through a stop

Page 64

1  sign, no, sir.
2    Q.  Are you saying you did not run through a
3  stop sign?
4    A.  I'm saying I don't remember running
5  through a stop sign.  No, sir.
6    Q.  According to Officer Ullrich, you blew
7  through the stop sign at Kavanaugh and 14th at
8  approximately 40 miles an hour.  Is that -- do you
9  have any -- is that true?
10   A.  I don't believe so.
11   Q.  Is it false?
12   A.  I would say it's false.
13   Q.  Do you recall what was in the vehicle when
14 you and Megan went out that night?
15   A.  What do you mean by that?
16   Q.  So you guys are in the vehicle, right?
17   A.  Right.
18   Q.  Do you recall what type -- did you bring
19 anything with you when you went out at 2:00 a.m.?
20   A.  No, sir.
21   Q.  Do you recall any of the other contents
22 that was on either of the seats in the vehicle?
23   A.  No, sir.  There was nothing in there.
24   Q.  When the officers conducted the search --
25 okay, let me ask it this way.  Do you recall there

Page 65

1  being a large amount of cash on the seats of the
2  vehicle?
3    A.  A large amount of cash?
4    Q.  Yeah.  Do you recall large amounts of cash
5  on the seats of the vehicle.
6    A.  I mean, Megan was a waitress, she got
7  tips.  So if there was something with some singles
8  on it or something like that, I wouldn't consider --
9  I mean, what do you consider a large amount of cash
10 anyways?
11   Q.  I don't know.  I couldn't count it.  But
12 just from looking at the video, it looked to be a
13 fair amount, a wad of cash.
14   A.  She -- like I said, she was a waitress.
15 She's tipped in singles, so a large amount of cash
16 would probably be about 19 bucks or something like
17 that.  If you consider that a large amount of cash,
18 then I would say that she probably had something
19 like that in her pocket or in her purse at the time.
20   Q.  Did she have a purse with her?
21   A.  I'm not sure.
22   Q.  Did she have a wallet with her?
23   A.  I'm not sure.
24   Q.  When she was asked to exit the vehicle by
25 the officer, that's when they saw all the cash --

Page 66

1    she was sitting on the cash as opposed to the cash
2    being in a purse or in a pocket.  She was sitting on
3    it.  Do you recall seeing that in the video?
4         A.  I'm not sure.  Like I said, we was
5    probably going to the store.
6         Q.  What I'm trying to get at is, whether or
7    not, number one, you recall the -- do you recall the
8    cash being on the seats of the vehicle?
9         A.  I don't.
10        Q.  And do you have any reason -- can you give
11   me any reason why, assuming the video plays this
12   out, she would have been sitting on top of the cash
13   as opposed to having the cash in her pocket or in a
14   purse?
15        A.  Unless she was just counting it out
16   getting ready to go into the store, I'm not sure.
17        Q.  Did you have any cash on you at the time?
18        A.  I don't believe so.
19        Q.  Do you recall how fast you were going when
20   you first noticed that a police officer had
21   illuminated his lights to pull you over?
22        A.  I don't.  We was on a back street going
23   through stop signs.  It's like by that -- I'm not
24   sure what that street is called, but I know that
25   there's like one stop sign, and there's a middle one

Page 67

1    and there's one as you come to the end, so it
2    couldn't have been that fast.
3         Q.  And do you recall how long it took you to
4    pull over after you saw the lights?
5         A.  I pulled directly over as soon as I got
6    out of the way of the traffic and everything.
7         Q.  So you're saying as soon as you saw his
8    lights, at the first opportunity you pulled over?
9         A.  Yeah.  If I was out of the middle of the
10   street, yeah, I pulled over.
11        Q.  So you would deny the allegation that you
12   drove for a period of time after you blew through
13   the stop sign at a high rate of speed?
14        A.  Yeah.  I would definitely deny that.  But
15   I want you to understand this road where this is at.
16   It's like a back -- it's like a side street right
17   there.  I don't know if you know where the
18   St. Elizabeth Hospital is right there in Covington.
19        Q.  Right.
20        A.  So if you're coming up that back way right
21   there, the only place that you can go is left, and
22   it's like on this alley street.  It's like this big,
23   you know what I'm saying?  So you can either go up a
24   little bit past that to where you come up right
25   there to the top of Holman, or you can take a right

Page 68

1    here and it's down another direct alley and it leads
2    you onto 16th Street.  So, I don't know how long
3    this is like a -- I'm being accused of driving away
4    or something like that, but that was not the case at
5    all.
6         Q.  Do you know where the intersection of
7    Kavanaugh and 14th is?
8         A.  Kavanaugh and 14th.  I think that's the --
9    I think Kavanaugh is the street with the stop signs
10   on it, right there by the hospital.
11        Q.  And do you recall whether you stopped at
12   that stop sign at 14th and Kavanaugh or not?
13        A.  Yeah.  Absolutely.  I stop at all the stop
14   signs.
15        Q.  Well, it's one thing -- I want to make
16   sure I understand what you are telling me,
17   Mr. Cundiff, okay.  One thing is, you might have a
18   general practice of stopping at stop signs, or
19   stopping at stop lights.  Okay.  I get that.  That's
20   your general routine.
21        What I want to know is, do you have a
22   specific recollection of stopping at the stop sign
23   at 14th and Kavanaugh on the night of June 8, 2020
24   just before you were pulled over by Officer Ullrich?
25        A.  I believe I stop at every stop sign that I

Page 69

1    see.  I don't -- I'm not going to run any stop sign.
2         Q.  Okay.  I understand that.  Do you have an
3    independent recollection -- my question is very
4    specific.  Do have you an independent recollection,
5    as we sit here today, of stopping at the stop sign
6    at 14th and Kavanaugh on the night of June 8, 2020,
7    when you -- just before you were pulled over by
8    Officer Ullrich?
9         A.  So you're saying there's a cop behind me,
10   too.  And so I mean, I would say -- I don't have
11   like a knowledge, like, okay, on this day I
12   definitely stopped at this stop sign.  But any other
13   time in my entire life, for one -- I'm not going to
14   run a stop sign when there's a cop behind me, for
15   one, and for two, I stop at every stop sign that I
16   come to.  But, I don't -- no, I don't have, like, a
17   direct knowledge of this date and time that I
18   stopped at this stop sign.
19        Q.  So let me make sure I've got it.  So your
20   general practice is always to stop at stop signs
21   when you're driving?
22        A.  Yes.  Absolutely.
23        Q.  But you don't have a specific recollection
24   of doing so on June 8, 2020 at about 2:20 a.m. at
25   14th and Kavanaugh?

18 (Pages 66 to 69)

Page 70

1    A.  I have no idea.
2    Q.  Do you recall -- do you have a
3  recollection of how fast you were driving just
4  before you approached that stop sign at 14th and
5  Kavanaugh?
6    A.  Couldn't be very fast.
7    Q.  Do you know what the posted speed limit is
8  at that -- on that street?
9    A.  Probably like 15 miles an hour.  There's
10  three stop signs in like a two block radius.  So
11  however fast it would take to get from one stop to
12  another one.
13    Q.  Do you recall driving at approximately
14  40 miles per hour?
15    A.  Absolutely not.
16    Q.  As you approached that stop sign?
17    A.  Absolutely not.
18    Q.  Or as you went through that stop sign?
19    A.  Absolutely not.
20    Q.  Do you have a recollection of how far
21  you -- when you first saw the police lights behind
22  you, do you have a recollection of how, distance
23  wise, how far you traveled before you pulled your
24  car over?
25    A.  Just to where the next safe spot would be.

Page 71

1    Q.  Is that a short distance or a long
2  distance?
3    A.  I don't recall.
4    Q.  Are we talking just a matter of less than
5  a block, or are we talking several blocks?  What's
6  your -- if you have any recollection.  If you don't
7  recall, tell me.
8    A.  Like I said, it's about a block or so
9  stretch right there after you take that left.  So
10  probably about a block, if that.  And that's only
11  because it's like a one lane little alley right
12  there.
13    Q.  And were you wearing a seat belt at the
14  time?
15    A.  I always wear my seat belt.
16    Q.  And during the time frame from the time
17  that you first saw the police lights behind you,
18  from that, starting there, Mr. Cundiff, until the
19  time you pulled over, do you recall making any
20  movements in the car while you were driving?
21    A.  No, sir.
22    Q.  Do you recall shifting from one side to
23  the other like, I'm doing right now, in your car?
24    A.  No, sir.
25    Q.  Do you recall lifting yourself up at any

Page 72

1  time?
2    A.  No, sir.
3    Q.  I want to go back again.  Are you saying
4  you did not do that at the time, or are you saying
5  you don't recall doing that?
6    A.  I did not do that at the time.
7    Q.  Do you recall any conversations with Megan
8  Sprague between the time you first saw the police
9  lights behind you and being -- and stopping your
10  vehicle?
11    A.  No, sir.
12    Q.  Do you recall any conversation that either
13  she said or you may have said?
14    A.  No, sir.
15    Q.  Did you send any text messages between the
16  time that you first saw the police lights behind you
17  and pulling over?
18    A.  No, sir.
19    Q.  Did you make any phone calls during that
20  time frame?
21    A.  No, sir.
22    Q.  Did Megan send any text messages during
23  that time frame, to your knowledge?
24    A.  Not to my knowledge.
25    Q.  And did she make any phone calls, to your

Page 73

1  knowledge?
2    A.  Not to my knowledge.
3    Q.  Okay.  So tell me everything you recall
4  about the traffic stop, itself.
5    A.  What do you mean?
6    Q.  All right.  So you pulled over, the
7  officer comes up and approaches the vehicle, right?
8  Start there.  What do you recall?
9    A.  I mean, he comes up to the car.  He
10  asks -- I forget what he said.  I don't really
11  remember exactly what he said.  But he's asking me
12  for my ID and everything.  I give it to him.  And he
13  starts asking about if he can search my car.  I tell
14  him no.  He gets -- he calls the dog.  He calls the
15  drug dog.  They come and -- or as a matter of fact,
16  I told -- as a matter of fact, I told him to call a
17  drug dog or whatever, because he was saying
18  something about the drugs.  Asking me where the
19  drugs were.  That's what he was saying.  He was
20  asking me where the drugs were.  I told him there
21  wasn't any drugs.  And he assured me that there was
22  drugs.  I told him to call a drug dog then.  And
23  then when the drug dog indicated then he would be
24  allowed to search my car then.  So that's what he
25  did.  He called a drug dog.  I'm not sure in between

Page 74

1  here what's being said or whatever.
2       So the dog comes or whatever, and they
3  walked the dog around my car.  The next thing you
4  know, they search my car and I'm telling them the
5  whole time there isn't any drugs.  You're not going
6  to find any drugs. I don't have any drugs.  I don't
7  do any drugs.  They're getting mad.  They're getting
8  angry, you can see, because there's two or three of
9  them now and they are tearing the car up.  And as,
10 you know, as they keep digging and they are not
11 finding anything they're getting angrier and angrier
12 as they go.
13      So then they come -- they come to me.  And
14 it's Ullrich, he comes to me.  He's pushing me
15 around and tells me to stand up against the car.  So
16 I stand up against the car.  He pats me down.  I
17 believe this is the second time he patted me down.
18 At this point I got, like I said, I got I believe
19 basketball shorts on, too, so like real thin
20 clothing.  Mind you, he pats me down.  And he grabs
21 ahold of my penis and my testicles and he's like
22 shaking them.  Like his hands are on the outside of
23 my clothes at this point.  And then he takes his
24 hands and goes up the back like the crack of my ass,
25 and he like takes his hand and he likes pushes in

Page 75

1  like that (gesturing) and I'm like, I move, I squirm
2  when he does that, and I tell him that he's not
3  allowed to do that.  And he tells me he is.
4       So then he's getting -- my kids' mom,
5  she's over here hysterical at this point.  And so
6  then he takes his hands and he puts his hands down
7  my pants. He's still on the outside of my boxers at
8  this point.  Same thing, you know, feels around the
9  waist band and then puts his hands on the front on
10 my penis and on my testicles and he like shakes
11 them, I guess trying to see if something was
12 underneath there or what.  And he goes around to the
13 back part and he puts his hand, does the same thing
14 again.  And he puts it in my butt crack again like
15 that.  And so like I'm asking other cops why they're
16 letting him do this.  And she's -- all I can
17 remember is my kids' mom, she's over there screaming
18 and crying.  And then so he tells me to hold on.  So
19 I'm still sitting there on the car and I'm asking
20 them if their body cameras are on.  And they all
21 tell me that they are.  And so he goes to the car,
22 and I see him get a blue glove and he puts this blue
23 glove on.  And I tell -- I'm like, what are you
24 doing with this?  You know, that -- to my mind, I
25 know what he's going to do, you know what I mean.

Page 76

1  And so I'm like, you know that you are not allowed
2  to do this, you know what I mean.  And I tell the
3  other cops, you know that he isn't allowed to do
4  this to me, you know.  And they are sitting there.
5  And I know that I'm in a lose-lose situation.
6  There's nothing that I can do, you know.  So the
7  best I can do is just ask them if their body cameras
8  are on.  Sure enough, he puts his hands down my
9  pants.  So now he has his hand on my penis and he
10 separates it from my testicles with his hands down
11 my pants.  And he puts his hands underneath my --
12 underneath of my testicles, and he does the same
13 thing again.  And he like, he's feeling around,
14 shaking.
15      And so obviously there's not anything
16 there, like I said the first time when he started
17 this.  And he takes his hands and he puts his hands
18 up the back part of my butt crack again.  And this
19 time he takes his hand and when he puts his hand he
20 like pushes forward so that like one of his fingers
21 like almost like penetrates a little bit.  And I
22 clench up and he starts screaming at me, why are you
23 clenching up?  And I said, because you put your hand
24 inside of me is what you did.
25      And then he didn't find anything.  They

Page 77

1  make a scene like they are doing me some sort of
2  favor or something by giving me a stop sign ticket.
3  You know, I don't remember -- I think it was all --
4  I don't -- so then they get -- they put us both in
5  the car and they let us leave.  Let us go back
6  home.
7  Q.  Did you go home after that?
8  A.  I did.
9  Q.  Did you go see a doctor?
10 A.  I did not.
11 Q.  All right.  Let me walk through some of
12 this, make sure I understand the sequence of exactly
13 what you are telling me, okay.  First all when
14 Officer Ullrich approached the car do you recall --
15 you said he asked you for your license and
16 registration?
17 A.  Yeah.
18 Q.  Right.  Did you give it to him?
19 A.  I did.
20 Q.  Do you recall him saying anything else?
21 A.  He might -- I might have asked him why he
22 was pulling me over.  He might have told me, but I
23 don't recall.
24 Q.  Do you recall him asking you whether you
25 had any weapons on you?

Page 78

1    A.  I don't.
2    Q.  Do you recall whether he asked you whether
3  or not -- why it took you so long to stop and pull
4  over?
5    A.  I don't.
6    Q.  You don't remember him asking that?
7    A.  I don't remember that.
8    Q.  Do you recall him making a statement that
9  you blew through the stop sign at 40 miles per hour?
10    A.  Vaguely.
11    Q.  Okay.  Did you challenge him on that?
12    A.  I'm sure I did.
13    Q.  Did you tell him where you worked?
14    A.  I'm not sure.
15    Q.  Did you make a statement that you worked
16  in the city of Covington?
17    A.  I'm not sure.
18    Q.  Did you ever tell him that you worked for
19  the city of Covington?
20    A.  I mean, I did.  I worked for the city of
21  Covington, so if you're saying that I did, I
22  probably did, but I just don't recall.
23    Q.  When did you work for the city of
24  Covington?
25    A.  It was when this was going on, so whatever

Page 79

1  that year is, I worked there for about a year or
2  so.
3    Q.  So at or near the time of this traffic
4  stop you were working for the city of Covington?
5    A.  Yes, sir.
6    Q.  For which department?
7    A.  For the solid waste.
8    Q.  Solid waste?
9    A.  Solid waste, yes, sir.
10    Q.  How long did you work for the city of
11  Covington?
12    A.  I worked there for roughly a year or so.
13    Q.  Do you recall who your supervisor was?
14    A.  Stephanie.
15    Q.  Were you full-time or part-time?
16    A.  I was full-time.
17    Q.  And what specifically did you do for
18  waste?  Were you a garbage man or what were you
19  doing?
20    A.  No.  Like say when people move, or say
21  they get rid of their like mattresses, or furniture,
22  they usually people just throw them out by their
23  garbage cans, so what we'll do is we go around and
24  pick that stuff up.  Change out trash cans by bus
25  stops and clean right there.  Things like that.

Page 80

1    Q.  And what happened to that job?
2    A.  I ended up quiting.
3    Q.  Why did you quit?
4    A.  To work -- go back to work for M & M.
5    Q.  Do you recall one way or the other who
6  Officer Ullrich asked to step out of the vehicle
7  first?
8    A.  I don't.
9    Q.  Did you overhear any of the conversation
10  between Officer Ullrich and Megan Sprague once she
11  was out of the vehicle?
12    A.  I didn't.
13    Q.  Was she out of the vehicle first, do you
14  recall?
15    A.  I'm not sure.
16    Q.  Do you recall him separating the two of
17  you at one point?
18    A.  I'm sure they did.  They usually do.
19    Q.  And what I'm trying to get at is, and this
20  is important, Mr. Cundiff.  I want to make sure you
21  understand what you understood normally happens
22  versus what you have a specific recollection of
23  occurring at this traffic stop, okay?
24    A.  Right.
25    Q.  Because that's what we are trying to get

Page 81

1  at is what happened on June 8, 2020.
2    A.  I just told you what happened.
3    Q.  So do you recall whether or not he
4  escorted Megan Sprague to the curb?
5    A.  I don't.
6    Q.  Okay.  Do you have any recollection one
7  way or the other of Officer Ullrich asking Megan
8  Sprague what you were doing inside of the car before
9  you were pulled over?  Why you were roaming around,
10  leaning around in the car?
11    A.  Asking me that?
12    Q.  No.  Do you recall, one way or the other,
13  whether you heard Officer Ullrich asking Megan
14  Sprague what you were doing just before the traffic
15  stop in terms of reaching around, crawling around in
16  the vehicle?
17    A.  You're asking -- he was asking her what I
18  was doing?
19    Q.  Yeah.  Did you overhear that conversation?
20    A.  No, sir.  I don't know why he would ask
21  that.  It's 2:30 in the morning.  I have tinted
22  windows.  He wouldn't have been able to see somebody
23  moving around in the vehicle if they were.  I don't
24  believe -- I don't recall him asking her that, and
25  if he did, he didn't ask her that in front of me.

21 (Pages 78 to 81)

Page 82

1    Q.  And that's what I'm getting at.  Do you
2  have a recollection of overhearing the conversation
3  that took place, the questions and the answers
4  between Officer Ullrich and Megan Sprague?
5    A.  I don't.
6    Q.  Okay.  At some point did Officer Ullrich
7  ask you if you had any weapons?
8    A.  I mean, I don't recall him asking me that,
9  but I know that that's -- they usually do ask that.
10    Q.  Did you, at any point, call Officer
11  Ullrich a name?
12    A.  I may have.
13    Q.  What do you recall?
14    A.  I don't recall.
15    Q.  Do you recall calling him a dick sucker?
16    A.  I probably -- I may have said worse than
17  that.  I'm not sure.
18    Q.  Throughout the time, before the search of
19  your person that you described, okay, was Officer
20  Ullrich respectful?
21    A.  I'm not -- I don't really recall.  I don't
22  really recall talking to him.
23    Q.  Was he raising his voice?  Was he yelling
24  at you?
25    A.  I'm not sure, but if he was accusing me of

Page 83

1  going 40 miles an hour and blowing through a stop
2  sign and I didn't do it, I'm probably pretty sure I
3  was being confrontational, especially if he was
4  getting me out and wanting to search my car and
5  accusing me of having drugs, driving though a stop
6  sign anyways.  I mean, probably -- I may not have
7  been happy that night.
8    Q.  Do you recall him asking you why you were
9  reaching all around in your car?
10    A.  I don't recall that.
11    Q.  Do you recall Officer Ullrich telling any
12  other police officers in your presence that he saw
13  you elevating yourself in your seat as you were
14  driving?
15    A.  I don't, but once again, I have tinted
16  windows and that one, I don't even see why that
17  would even came out of his mouth, with the car
18  that -- with being that car.
19    Q.  So you are saying you had tinted windows
20  on that Altima and he wouldn't have been able to see
21  inside?
22    A.  Especially at 2:00 in the morning.
23  Definitely not.  Maybe in the daytime.  Not at 2:00
24  in the morning.  That's false.  So if he made
25  that -- I don't him making that statement,

Page 84

1  but if he did make that statement, it's a lie.
2    Q.  Do you recall any conversations with any
3  other law enforcement officers who arrived on the
4  scene of this traffic stop?
5    A.  I remember asking them if they had
6  their -- if they had their body cameras on and why
7  they was letting him do this.
8    Q.  Did any of them respond and say that they
9  were on?
10    A.  Yeah.
11    Q.  Other than asking them if they had their
12  body-worn cameras on, do you recall any of the
13  officers making any other statements to you?
14    A.  I don't.
15    Q.  At some point Officer Ullrich asked you to
16  step out of the vehicle?
17    A.  Yeah.
18    Q.  And I think you told me you can't recall
19  if it was Megan that got out first or you got out
20  first, correct?
21    A.  Right.
22    Q.  And you complied.  You got out of the
23  vehicle, correct?
24    A.  Right.
25    Q.  And did he do a, what I call just a

Page 85

1  general pat down search at that point; do you
2  recall?
3    A.  Yeah.
4    Q.  Okay.  Just patting down the exterior of
5  your clothing?
6    A.  Right.
7    Q.  And then were you placed in handcuffs at
8  that point?
9    A.  I'm not sure.
10    Q.  Okay.  Do you remember being cuffed at all
11  that night?
12    A.  I'm not sure.
13    Q.  Then I think you said in telling me the
14  story, Mr. Cundiff, you said that Officer Ullrich at
15  some point asked for permission to search your car
16  and you told him no, correct?
17    A.  Right.
18    Q.  And then at some point you asked for a
19  drug dog to be brought to the vehicle, correct?
20    A.  No.  I told him that that's what was going
21  to -- you got to understand, at first I'm being
22  accused of running a stop sign.  And we go from
23  running a stop sign to now I want you to get out of
24  the car and I'm going to search you, okay.  And now
25  I want to search your property, you know what I'm

Page 86

1    saying.  We go from running the stop sign to now
2    this is what I want to do.  So then -- so me, by
3    knowing the law and things like that, okay, we go
4    from that, to this.  Now all right, now I know a
5    little bit about the procedure, too.  So now you can
6    call the K9 unit and he can call -- and he'll -- and
7    have him do the walk around of the car.  If you want
8    to search my car, then you have to do it by law
9    then.  You know what I mean?  And so that's pretty
10   much what I told him.  You know what I mean?  And
11   that's what he did.
12        And then when they didn't find this -- any
13   drugs or anything else, this whole thing, it turns
14   into what it turns into.
15        Q.  So do you know if Officer Ullrich called
16   the K9 to do a search of the vehicle --
17        A.  That's what they did.
18        Q.  If he did -- let me finish.  Do you know
19   if he did that independently, or if he did it
20   because you told him that's what had to be done?
21        A.  I'm not sure.
22        Q.  Regardless, there was a K9 that was
23   brought to the scene to conduct an exterior search
24   and sniff around the car?
25        A.  Yeah.

Page 87

1        Q.  Right.  And you observed that?
2        A.  Yeah.
3        Q.  Okay.  And that was all done before any
4    search of the interior of your vehicle was done,
5    correct?
6        A.  I believe so, yes, sir.
7        Q.  All right.  I just want to make sure I've
8    got the sequence down right.  So you're pulled over.
9    You're asked to get out of the car.  You get out of
10   the car.  There's a pat down search.  Further
11   conversation with Officer Ullrich.  You decline his
12   request to search the car.  You talk about the drug
13   dog, you have to have a drug dog first.  Drug dog
14   comes.  Drug dog does an exterior search of the
15   vehicle, correct?
16        A.  Right.
17        Q.  What do you recall about that drug dog
18   search?
19        A.  Just what I've witnessed every time that
20   the K9 unit has been called to the scene.  Walks
21   around the car and the next thing you know the cops
22   are in your car.
23        Q.  And did you see -- did you see Zeno,
24   Officer Richardson's drug dog, did you see him alert
25   on your vehicle?

Page 88

1        A.  No, sir.
2        Q.  Do you have any understanding, training or
3    knowledge as to what a dog does to alert when they
4    detect the smell of narcotics?
5        A.  I don't.
6        Q.  All right.  You're aware of the fact that
7    Officer Richardson informed Officer Ullrich that
8    Zeno had alerted on the vehicle?
9        A.  I'm not sure, but it's what happened, like
10   I said, and it's what I've seen every time a drug
11   dog has been called.
12        Q.  And what I'm trying to get at is, the dog
13   was there.  After the dog did the exterior perimeter
14   around your vehicle, the officers then said -- they
15   told you the dog alerted on the car and that they
16   were going to search the car, correct?
17        A.  Yes, sir.
18        Q.  And you don't know one way or the other,
19   because you don't have the training or experience,
20   whether Zeno alerted on the vehicle or not?
21        A.  Right.
22        Q.  They just told you he did?
23        A.  Yes, sir.
24        Q.  And based upon the fact that Zeno had
25   alerted on your vehicle, and the officers telling

Page 89

1    you that, they then told you they were going to
2    search the interior of the car?
3        A.  Right.
4        Q.  Okay.  Then they searched the interior of
5    the car, and I think you said that you could hear
6    them getting angry?
7        A.  They were getting angry.
8        Q.  Tell me, what were they saying that led
9    you to believe they were angry?
10        A.  They were cussing, they were sweating.
11   It's a summer night.  They're all out there.  He's
12   got him and all his friends out there, hot and
13   sweaty searching this car for no reason.  And then
14   they don't find any -- any drugs or anything like
15   that.  You could tell they were visibly angry, you
16   know what I mean, their facial expressions.
17   Everything.  And in the way that he responded when
18   he come back to the car and got me up.
19        Q.  So it was, you could visually see by their
20   facial expressions and their body movements that
21   they were upset and angry, correct?
22        A.  Right.
23        Q.  But they -- you also heard him cussing,
24   correct?
25        A.  Right.

Page 90

1    Q.  And do you recall specifically what they
2  were cussing or saying?
3    A.  I don't.
4    Q.  So was it, you drew the conclusion they
5  were angry based on their body movements and their
6  facial expressions, but also their cursing?
7    A.  Right.
8    Q.  Were they raising their voices?
9    A.  No.  They were trying to talk where I
10  couldn't hear them, while they were inside my car.
11    Q.  Anything else that led you to believe they
12  were angry, other than the cursing, their facial
13  expressions and their body movements?
14    A.  No, sir.
15    Q.  What were you wearing that night?  I think
16  you said you were wearing -- you had on boxers, you
17  had on a pair of athletic shorts, and a t-shirt?
18    A.  Yes, sir.
19    Q.  Did you observe the officers do any type
20  of search of Megan Sprague?
21    A.  I'm not sure.
22    Q.  I want to move on now to the searches
23  themselves a little bit.  So the first time
24  Officer Ullrich put hands on you was to do a pat
25  down search as soon as you stepped out of the

Page 91

1  vehicle, correct?
2    A.  Right.
3    Q.  And from what your -- from your
4  experience, standard practice, correct?
5    A.  Correct.
6    Q.  And nothing wrong with that in this case?
7    A.  Right.
8    Q.  Okay.  Then at some point you were taken
9  over and asked to sit on a curb?
10    A.  Right.
11    Q.  And you sat on the curb and then that's
12  where you had the opportunity to see the drug dog
13  arrive and then you saw them search the vehicle,
14  correct?
15    A.  Right.
16    Q.  Okay.  And then after they searched the
17  vehicle that's when Officer Ullrich came back over
18  and had you stand back up again?
19    A.  Right.
20    Q.  Okay.  And when he had you do that,
21  what -- were you just standing up on the street or
22  did he have you stand up and place your hands up on
23  a vehicle or, I'm trying to understand where this
24  took place?
25    A.  I'm pretty sure it was on the back of the

Page 92

1  car.
2    Q.  On the back of your car?
3    A.  Yeah.
4    Q.  Okay.  And is this when he did -- this is
5  when he put his hands on you again, correct?
6    A.  Right.
7    Q.  Okay.  And, if I understood correctly, at
8  this point did he place his hands inside your shorts
9  at this point?
10    A.  Not at this point.  The first time he
11  patted me down on the outside of my clothes.  And
12  then the second time he patted me down he put his
13  hands down my shorts on the outside of my boxers
14  though.
15    Q.  Okay.  So --
16    A.  And then when he went and got the glove
17  is --
18    Q.  That's what I want to get at.  So first
19  search is the pat down search when you exited the
20  vehicle.  No problem with that, correct?  It was all
21  on the exterior, right?
22    A.  Right.
23    Q.  Then after the drug dog had been there,
24  and after they had searched the interior of your
25  vehicle, Officer Ullrich asked you to stand up.  You

Page 93

1  were near the rear of your vehicle.  That's when he
2  did -- he put hands on you again, correct?
3    A.  Patted down --
4    Q.  And this time it was on the exterior, but
5  he reached down your athletic shorts, but he did not
6  reach down inside your boxer shorts?
7    A.  Not yet.
8    Q.  Okay.  Where did he start?  Did he start
9  up at the top of your upper body, or did he start at
10  your shorts?
11    A.  He started at my shorts.
12    Q.  Starts at your shorts.  And did he -- was
13  he behind you?
14    A.  Yeah.
15    Q.  Did he have gloves on at this point?
16    A.  No.
17    Q.  Okay.  So with bare hands, correct?
18    A.  Right.
19    Q.  And with those bare hands did he reach
20  down the back of your athletic shorts first or the
21  front of your athletic shorts first?
22    A.  The front.
23    Q.  Down the front?
24    A.  Right.
25    Q.  Okay.  And I think you said you had boxers

Page 94

1    on, correct?
2        A.  Right.
3        Q.  And when he reached his hand down the
4    front of your athletic shorts, was that his left
5    hand or his right hand?
6        A.  I'm not sure.
7        Q.  Where were you facing at the time?
8        A.  I was facing the car.
9        Q.  Okay.  So you're going strictly by feel?
10       A.  Right.
11       Q.  Okay.  And you felt his hand go down and
12   tell me where his -- did his hand actually grab your
13   testicles and your penis?
14       A.  Right.
15       Q.  Okay.  Through the boxers?
16       A.  Right.  On the outside of the boxers at
17   this point.
18       Q.  Okay.  Did he reach his fingers underneath
19   behind your testicles?
20       A.  Right.
21       Q.  But on your scrotum?
22       A.  Yes.
23       Q.  Did you object to him doing that?
24       A.  Yeah.  Absolutely.
25       Q.  What did you say?

Page 95

1        A.  I told him to stop, he's not allowed to do
2    this.
3        Q.  All right.  Then, while that was one hand
4    that was in the front holding -- touching your penis
5    and your testicles, correct?
6        A.  Right.
7        Q.  How long did that last?
8        A.  Seconds.
9        Q.  Seconds.  Then could you feel his other
10   hand anywhere else on your body?
11       A.  No, I'm not sure.
12       Q.  Okay.  Then, at that point, did you feel a
13   hand on your back side, on your rear?
14       A.  Yeah, but -- yeah.
15       Q.  Was it the same hand?
16       A.  That's what I was about to say.  I'm not
17   sure which hand it was.  Like I said, I was facing
18   the car, and he's standing behind me.
19       Q.  So then you felt a hand on your back side,
20   on your rear end, correct?
21       A.  Right.
22       Q.  And again, it was on -- the hand was down
23   your boxer shorts --
24       A.  On the outside of my boxers.
25       Q.  -- excuse me.  Down your athletic shorts,

Page 96

1    but on the outside of your boxer shorts?
2        A.  Correct.
3        Q.  And as he brought his hand from the bottom
4    back up, you felt it crease -- touch your butt
5    crack?
6        A.  Well, he's making it do that.
7        Q.  Okay.
8        A.  He's putting his hand down there.
9        Q.  And were you clenching your butt cheeks at
10   that point?
11       A.  I'm not sure.  I'm sure that I was.  It's
12   a natural reaction to somebody trying to put their
13   hand there.
14       Q.  Did Officer Ullrich tell you to stop
15   clenching your butt cheeks?
16       A.  I don't recall.
17       Q.  Was he saying anything to you as he was
18   conducting this search?
19       A.  Just telling me that he's allowed to do
20   this.
21       Q.  Were you telling him he was not?
22       A.  I was.
23       Q.  So you're telling him he's not allowed to
24   do it.  What's he saying?
25       A.  He's tell me that he is.

Page 97

1        Q.  And this whole search -- this whole with
2    his hands on you at this point while you're at the
3    rear of the car took a couple of seconds?
4        A.  Right.
5        Q.  Correct?
6        A.  Yeah, at this point.
7        Q.  Then -- then you said, if I've got the
8    sequence down, after he completed this, he then went
9    to his car and got a set of gloves?
10       A.  A blue glove.
11       Q.  A blue glove.  Did he put a glove on one
12   hand or both hands?
13       A.  One hand.
14       Q.  Okay.  On one hand.  Did he put it on his
15   right hand or his left hand?
16       A.  I'm not sure.
17       Q.  Then he comes back over to where you are
18   at the rear of the car?
19       A.  I'm asking the cops if their body cameras
20   are on.  I'm asking him if his is on.  He's
21   indicating yes.
22       Q.  Okay.  And did he tell you what he was
23   going to do?
24       A.  I knew what he was going to do.
25       Q.  Well, I understand that.  But did he tell

Page 98

```
 1   you what he was going to do?
 2        A.  No, he didn't.
 3        Q.  So he comes back over to you with this
 4   glove on.  You see him put the glove on his hand,
 5   correct?
 6        A.  Right.
 7        Q.  And then tell me -- and is this when he
 8   stuck his hand down --
 9        A.  Yeah.
10        Q.  And was touching your skin directly?
11        A.  Right.
12        Q.  So he was underneath your boxer shorts?
13        A.  Right.
14        Q.  Did he start in the front or the back?
15        A.  In the front.
16        Q.  In the front.  Did he grab your penis?
17        A.  Yes.
18        Q.  Did he grab hold of it or did he just lift
19   it?
20        A.  He just like grabbed -- well, he has to
21   grab ahold of it to lift it, to separate it from my
22   testicles.
23        Q.  All right.  And then did he put his
24   fingers down, underneath and behind your testicles?
25        A.  Right.  Yes, sir.
```

Page 99

```
 1        Q.  Okay.  Then with that same hand did he go
 2   around to your back side?
 3        A.  He did.
 4        Q.  And that's when he came back up the butt
 5   crack again?
 6        A.  Right.
 7        Q.  And did he actually insert a finger into
 8   your --
 9        A.  Yes.
10        Q.  -- into your rectum?
11        A.  That's when he penetrated me.  Yes, sir.
12        Q.  I'm sorry?
13        A.  That's when he penetrated me.  Yes, sir.
14        Q.  I'm sorry.  I can't -- I didn't hear that
15   word.
16        A.  That's when he penetrated me.
17        Q.  That's what -- okay.
18        A.  Put his hand up in there like that, and
19   part of his finger was inside.
20        Q.  So part of his finger had penetrated your
21   rectum?
22        A.  Yes, sir.  Yes, sir.
23        Q.  And how long did that last?
24        A.  It was fast.  Seconds.
25        Q.  And, again, were your butt cheeks clenched
```

Page 100

```
 1   at that point?
 2        A.  I'm not sure.
 3        Q.  Did he tell you to unclench your butt
 4   cheeks?
 5        A.  I'm not sure.
 6        Q.  And were there other officers standing
 7   around while he was doing this?
 8        A.  They were all standing there.
 9        Q.  How many officers did you observe?
10        A.  I believe two.  Two or so standing on the
11   curb just with their heads down.
12        Q.  And were you again telling Officer Ullrich
13   that he could not do this?
14        A.  Absolutely.  I'm sure I was.
15        Q.  And what did he say in response?
16        A.  Probably the same thing he told me the
17   whole time.
18        Q.  Well, I want to know if you recall exactly
19   what he said.
20        A.  I don't.  I don't recall.
21        Q.  Did you have anything in your pockets at
22   the time he conducted these searches?
23        A.  I don't recall.
24        Q.  Had you inserted any drugs or any
25   contraband up your rectum during the course of the
```

Page 101

```
 1   traffic stop?
 2        A.  No, sir.
 3        Q.  Had you ever hidden -- attempted to hide
 4   drugs in your rectum at any point in your past?
 5        A.  Never.  No, sir.
 6        Q.  Do you how long -- how long did the search
 7   by Zeno, the K9 take?
 8        A.  It wasn't long.
 9        Q.  Did you overhear any conversation between
10   Officer Richardson, the K9 officer, and Officer
11   Ullrich?
12        A.  No, sir.
13        Q.  Did you overhear any conversation between
14   Officer Richardson and Officer Ullrich at any point
15   that evening that you recall today?
16        A.  No, sir.
17        Q.  From the time you were pulled over, okay,
18   until the time you were released and allowed to go,
19   how much time elapsed?
20        A.  I'm not sure.
21        Q.  Was it less than an hour?
22        A.  I would say.
23        Q.  Was it less than 30 minutes?
24        A.  I don't know.
25        Q.  Did anyone ever tell you that the officers
```

26 (Pages 98 to 101)

1    found some shake on Ms. Sprague? Did you ever hear
2    any conversation about some shake being found?
3        A.  No.
4            MR. ROACH:  Jeff, just for clarification,
5    by shake you mean marijuana?
6        Q.  Yeah, marijuana shake?
7        A.  No.
8            MR. MANDO:  Thank you, Chris.
9        Q.  Do you know if she had any marijuana shake
10   on her at the time?
11       A.  No.  I don't believe she smokes marijuana.
12   And I don't believe she was ever charged with
13   anything like that.
14       Q.  Did she have any other pills on her at the
15   time?
16       A.  I'm not sure.
17       Q.  Were there any other pills in your car?
18       A.  I'm not sure.
19       Q.  At any point during your interaction with
20   Officer Ullrich during this traffic stop, okay, did
21   you tell him about your prior heroin use?
22       A.  No, sir.  I don't recall.
23       Q.  It could have happened, you just don't
24   remember?
25       A.  Yes.  If it did, I don't remember.  We

1    weren't like talking.
2        Q.  I'm sorry?
3        A.  We wasn't like being friendly and talking,
4    so I don't recall.
5        Q.  Do you recall any white oblong pills being
6    found in the car?
7        A.  I don't.
8        Q.  Do you recall if any white oblong pills
9    were found on Ms. Sprague?
10       A.  I don't.  I believe if they found pills or
11   any kind of anything that they could have charged
12   either one of us with that night they would have
13   definitely filed charges on that.
14       Q.  During the course of the K9 search, do
15   you recall the dog jumping up at your driver's
16   window?
17       A.  I don't.
18       Q.  Do you recall him returning back to the --
19   of your driver's side rear passenger door and become
20   rigid?
21       A.  I don't recall.
22       Q.  To your knowledge was there a remnant of
23   any marijuana shake in your vehicle at the time?
24       A.  No, sir.
25       Q.  Was marijuana ever some -- did you

1    regularly smoke marijuana?
2        A.  No, sir.
3        Q.  Were you in a position, Mr. Cundiff, to
4    observe any of the -- any searches that may have
5    been done of Ms. Sprague?
6        A.  I mean, I was standing there, too.  I
7    don't -- I just -- I don't recall.
8        Q.  Do you recall a female officer being
9    present on the scene?
10       A.  I don't.
11       Q.  And you don't -- you were kind of focused
12   on yourself, and Megan's a big girl, and you just
13   didn't really pay much attention to what was
14   happening to her?
15       A.  Right.
16       Q.  There's a reference in an incident report
17   where Officer Ullrich says -- from that night, where
18   Officer Ullrich says that you told him about your
19   prior heroin use.  If you didn't tell him that, do
20   you have any idea where he would have gotten that
21   information?
22       A.  I'm not sure.
23       Q.  When you looked at the -- I know you said
24   you, for just a few minutes, you looked at the
25   body-worn camera footage of this traffic stop,

1    correct?  A year or so ago, right?
2        A.  Right.
3        Q.  Did you, in looking at that body-worn
4    camera footage, were you able to observe any of the
5    penetration of your rectum or the fondling of your
6    genitalia on the body-worn camera footage?
7        A.  I don't recall.
8        Q.  They did give you a citation, right, a
9    traffic citation?
10       A.  I'm sure they did.
11       Q.  And you just don't recall what happened to
12   it?
13       A.  I don't.
14       Q.  And do you have any recollection -- I know
15   you're in cuffs today.  You've been in cuffs before.
16   On this traffic stop, do you have any recollection
17   of whether you were placed in cuffs or not?
18       A.  I don't.
19       Q.  Did you have Narcan in your car?
20       A.  I'm not sure.
21       Q.  And specifically, did you have Narcan in
22   your car at the time of the traffic stop on June 8,
23   2020?
24       A.  I'm not sure.
25       Q.  I know I asked you earlier about cash,

Page 106

1    large amount of cash being on the seat.  Are you
2    saying that you don't recall whether there was a
3    large amount of cash on the seats, or that there was
4    not?
5         A.  I don't recall there ever being a large
6    amount of cash that me and her ever had together,
7    so...
8         Q.  Do you have recollection one way or the
9    other if, at the time of the traffic stop, you
10   and/or Megan were actually sitting on top of cash in
11   the seats of the vehicle?
12        A.  I know I wasn't, and I don't recall if she
13   was.
14        Q.  Mr. Roach obviously drafted the lawsuit
15   that was filed on your behalf, okay.  Have you had a
16   chance to look at that?
17        A.  I have not.
18        Q.  There's what we call, as lawyers, a First
19   Amendment retaliation claim in there, and it alleges
20   that Officer Ullrich acted the way he did, and
21   pulled you out, and searched you and all this stuff
22   because of statements you made to him, okay?  Do you
23   recall that?  Do you know anything about that claim
24   at all?
25        A.  What do you mean?

Page 107

1         Q.  There's a claim that you made a statement
2    to Officer Ullrich, some type of comment to Officer
3    Ullrich, and that the complaint is not specific,
4    okay.  And that's what I'm trying to get at.  Do you
5    recall what statement -- in your lawsuit you allege
6    that -- that you expressed your quote displeasure
7    with an officer, close quotes, and that
8    Officer Ullrich then acted afterwards to retaliate,
9    okay?  What I'm trying to get at is, do you have a
10   recollection of what statement you --
11        A.  I don't recall.
12        Q.  -- made to Officer Ullrich?
13        A.  I don't recall.
14        Q.  All right.  Was it apparent to you that
15   Officer Ullrich was doing what he was doing because
16   he suspected that you had drugs on you?
17        A.  First, it was a stop sign.  And then it
18   was just jumps all the way around, you know what I
19   mean?
20        Q.  And that's a good point.  So from what you
21   understood, Officer Ullrich pulled you over because
22   he told you he saw you blow through a stop sign?
23        A.  My -- if you ask me why they pulled me
24   over, they pulled me over because two or three days
25   before, or a week before they pulled me over and

Page 108

1    they was trying to get me for a DUI.  That's when
2    they took me to go blow in the Breathalyzer and
3    everything I blew the Breathalyzer and I wasn't
4    under the influence of any alcohol or anything.  So
5    if you want my opinion, that's what it was.  But I
6    really don't -- I'm really not sure.  I really don't
7    know.
8         Q.  That -- let me ask a few follow-up
9    questions about that.  So that traffic stop where
10   they suspected you of DUI, do you recall the names
11   of the officers who were involved in that traffic
12   stop?
13        A.  I don't.
14        Q.  Do you recognize Ullrich as being one of
15   them?
16        A.  I don't.  I wouldn't.  I don't remember
17   the -- I don't recall the DUI, who was there, so I
18   wouldn't remember it.
19        Q.  Okay.  So it's your belief that you felt
20   like they pulled you over for this alleged traffic
21   stop -- or it's your belief that the officers pulled
22   you over on June 8th for allegedly blowing through
23   the stop sign, when in reality they were doing it
24   because they weren't happy with what happened at the
25   DUI stop three to five, seven days before?

Page 109

1         A.  Right.
2         Q.  And on that DUI stop, were you charged
3    with anything?
4         A.  I was charged with a DUI.
5         Q.  Was it dismissed?
6         A.  I'm not sure what happened with it.
7         Q.  You don't know what happened to it?
8         A.  I'm not sure.
9         Q.  But they took you for a Breathalyzer?
10        A.  Right.
11        Q.  And that Breathalyzer came back negative
12   for alcohol?
13        A.  Absolutely.
14        Q.  Did they charge you with DUI drugs or DUI
15   alcohol?
16        A.  I'm not sure.
17        Q.  You're aware there's a difference?
18        A.  Yeah.
19        Q.  So it's your belief that anything you said
20   to Officer Ullrich during the course of the traffic
21   stop on June 8th didn't have anything to do with the
22   reason why he searched you?
23        A.  I'm not sure.
24        Q.  Do you have any facts or evidence that
25   Officer Ullrich conducted these searches of you,

28 (Pages 106 to 109)

Page 110

1 reaching down your underwear, reaching down your
2 athletic shorts because of anything you said to him
3 when he pulled you over?
4      A.   I'm not sure.  I don't know why he did
5 it.
6      Q.   So tell me how -- tell me what injuries
7 you suffered as a result of Officer Ullrich's
8 actions on October -- on January -- excuse me.  I'm
9 going to start over.  I'm messing up my dates.  Tell
10 me what injuries you suffered as a result of Officer
11 Ullrich's actions during the course of that June 8th
12 traffic stop.
13      A.   What do you mean by injuries?
14      Q.   Were you physically injured in any way?
15      A.   Yeah.  I would say yes.  My mental health.
16      Q.   Okay.  There's mental health and then
17 there's your physical health.  Let's break it down.
18      A.   Like did he hurt me --
19      Q.   Yes.
20      A.   -- in any way?  Physically?  No.
21      Q.   All right.  So were you -- did you sustain
22 any physical injury?  In other words, were you
23 bruised?  Were you cut?
24      A.   No.
25      Q.   Were you -- anything like that?

Page 111

1      A.   No, sir.
2      Q.   So you didn't sustain any injuries that
3 required any type of medical -- physical medical
4 treatment?
5      A.   Right.
6      Q.   But as a result of what he did, it has had
7 an emotional impact on you?
8      A.   A huge one.
9      Q.   Okay.  And tell me how.
10      A.   Well, for the longest time I didn't know
11 what was even wrong with me, you know what I mean.
12 I would just walk around angry and -- and things
13 like that.  With the anxiety and stuff, too.  And I
14 didn't know what was going on.  It wasn't like I did
15 this and I was like, oh, I go to the hospital, you
16 know what I mean.  Or something like that.  I didn't
17 know what was going on.  I didn't know what was
18 wrong with me.  I destroyed relationships with my
19 family and friends.  I was -- I put on -- I've had
20 to be put on medication and take pills and stuff
21 every day for it.  I don't know.
22      Q.   Well --
23      A.   It destroyed my life.
24      Q.   And did you first seek professional
25 assistance with Dr. Harris?

Page 112

1      A.   Yes.
2      Q.   Okay.  So, this incident happened on June
3 8, 2020.  As a result of what Officer Ullrich did,
4 you've told me that it was -- you suffered an
5 emotional injury and it's messed with you, correct?
6      A.   Yes.  It's destroyed my life.
7      Q.   It's destroyed your life --
8      A.   Yes.
9      Q.   -- and then the first time you saw a
10 medical professional to help treat you was when you
11 saw Dr. Harris July of 2021?
12      A.   Yes, somewhere around there.
13      Q.   So you went about a year before you
14 actually saw a professional to help you?
15      A.   Yeah, before I even knew what was going
16 on.  I've had a -- I had a couple people tell me
17 like that's what I should do.  You know what I
18 mean.  I need to see somebody for it, but you know
19 what I mean, I just -- I didn't -- I took it with a
20 grain of salt.  I didn't really think anything of
21 it.
22      Q.   And other than Dr. Harris, have you seen
23 any other professionals to help treat you with the
24 emotional injuries you suffered as a result of the
25 June 8, 2020 traffic stop?

Page 113

1      A.   No, sir.
2      Q.   All right.  Since -- and I touched on this
3 earlier, but do you have -- do you know how much
4 Dr. Harris has changed you for treating you for
5 those emotional injuries?
6      A.   I'm not sure.
7      Q.   And anything you would have paid her, you
8 paid out of pocket?
9      A.   Right.
10      Q.   Because you didn't have any health
11 insurance?
12      A.   Right.
13      Q.   And you've said a couple of times that
14 what Officer Ullrich did on June 8th destroyed your
15 life, correct?
16      A.   Yes.
17      Q.   Tell me how that destroyed your life
18 compared to other things that you've been through in
19 your life.
20      A.   I mean, it made me not trust the people
21 that are supposed to be there to protect me for one.
22 For two, it's destroyed relationships with my
23 family, my dad, my sister, my friends.  Me being
24 angry that this -- the side effects of what's going
25 on and left untreated.  Of me being angry, having

1    arguments and disputes with my siblings, with my
2    father, with my significant other, you know what I
3    mean. I've lost all those things.
4        Q. Did you have a significant other before
5    you were arrested a few months ago?
6        A. I wasn't with anybody.
7        MR. MANDO: Give me just a few minutes
8    here. We're close to wrapping up.
9        Q. As a result of the current arrest that has
10   you in custody, we've talked about the strangulation
11   charge, the possession of a handgun by a convicted
12   felon. Were you also charged with possession of
13   marijuana, giving an officer a false identification
14   and possession of controlled substances and criminal
15   mischief?
16       A. There was a couple of other ones on there,
17   yes, sir.
18       Q. All right. Are those still pending?
19       A. No, sir.
20       Q. You were only indicted on the -- by a
21   Grand Jury on the possession of a handgun by a
22   convicted felon and strangulation charges?
23       A. Yes, sir.
24       MR. MANDO: What I would like to do,
25   Chris, I sent you an e-mail --

1       MR. ROACH: We actually don't have any
2   medical records for him yet. I think it was
3   just a mistype on the initial record or the
4   disclosure, so we'll order them.
5       MR. MANDO: For the record, in their
6   initial disclosures they had identified
7   Dr. Harris, as well as medical records and
8   medical bills that have been incurred by
9   Mr. Cundiff for treatment of his injuries. I
10   had asked that those be produced. Apparently,
11   they don't have them in their possession yet.
12   Under those circumstances, I want to adjourn
13   in progress and reserve the right to reconvene
14   the deposition after we secure those records,
15   if it's necessary. It may not be necessary.
16       MR. ROACH: That's fine.
17       MR. MANDO: We'll just reserve that
18   right. But other than that, that's all the
19   questions I have.
20       MR. ROACH: I have some follow-up to kind
21   of clarify for now. I guess I can do it now
22   instead of waiting in case it doesn't actually
23   happen -- the second part doesn't actually
24   happen.
25

1            DIRECT EXAMINATION
2   BY MR. ROACH:
3       Q. I'm just going to go through this. You
4   don't recall -- I believe you say this happened more
5   than two years ago, right?
6       A. Right.
7       MR. ROACH: Make sure you speak loud
8   enough.
9       Q. You don't recall specifically telling
10   Officer -- I'm probably saying his name wrong, I
11   always called him Ullrich to say that you don't have
12   to be such a cocksucker about it?
13       A. Vaguely. I vaguely remember us arguing
14   back and forth, but --
15       Q. And out of the videos that you have, you
16   haven't actually watched through all of it, you just
17   watched a couple minutes of some of them, right?
18       A. Right.
19       Q. You're not disputing that anything that
20   those videos show that would contradict your
21   testimony that it didn't happen, right?
22       A. Right.
23       Q. So you're just stating it as you remember
24   it today?
25       A. Right.

1       Q. The intersection where you stopped, so
2   Kavanaugh runs along the back side of Linden Grove
3   Cemetery; is that right?
4       A. Right.
5       Q. And you said there were a couple stop
6   signs on it. And then at that last stop sign that
7   you were charged for disregarding a stop sign, the
8   only options you have are to go left or right?
9       A. Well, see, that's another thing that I
10   don't understand. Why they would even say I was
11   going 40 miles an hour and ran this stop sign. In
12   order -- you can't even take that corner doing
13   anything close to that. You know what I mean? It's
14   a straight left shot. And then there's like a
15   little part that goes down. Down over like over
16   this little hill it's like a driveway or something
17   for a house that sits on the right side of the
18   street. And then it's literally like a straight
19   90-degree angle left. You know what I mean?
20   Left-hand turn to go up that street.
21       Q. So that would be -- the street that you
22   turned left onto was 14th, and then about -- you said
23   there's a street that you would turn right onto that
24   was -- that would lead you back out to 16, a little
25   alleyway?

Page 118

```
 1     A.  Right.  The alley.
 2     Q.  But before you reached that alleyway there
 3  is another street that kind of comes up and makes
 4  like a hard triangle, right?
 5     A.  Yeah.
 6        MR. MANDO:  Let me object to form.
 7     Leading.  But go ahead, Chris.
 8     Q.  So the -- do you recall anywhere
 9  between -- where you are turning left onto 14th
10  where that other alleyway is, in comparison to that
11  little triangle intersection, do you recall where
12  you were?
13     A.  It's like halfway up.  If you take that
14  left right there, it's probably like halfway up
15  the -- the alley it intersects right there is about,
16  I would say about halfway.
17     Q.  You're saying halfway between Kavanaugh
18  and the alleyway that you would have turned onto?
19     A.  Right.
20     Q.  You don't recall whether or not you were
21  handcuffed after you were taken out of the car.  You
22  were never told -- or I guess were you ever told if
23  anything was actually found in your car, as far as
24  marijuana shake or anything else like that?
25     A.  No, sir.  If they would have found
```

Page 119

```
 1  anything they would have charge somebody with it.
 2     Q.  So do you have any idea if they found a --
 3  anything like a Tylenol P.M. or anything like that
 4  in the car?
 5     A.  No, sir.
 6     Q.  There were some questions about money that
 7  was found on the seat.  And specifically questions
 8  about whether or not Megan had her -- you know, had
 9  a bunch of money that she was sitting on,
10  essentially.  To your recollection, I mean, do you
11  remember there being any money on any of the seats
12  during the stop?
13     A.  No.  No, sir.
14     Q.  If there was money, do you know how it got
15  there?
16     A.  I don't.
17     Q.  When you are wearing basketball shorts do
18  you normally carry a wallet?
19     A.  I usually do.  Yes, sir.
20     Q.  Would you be carrying a wallet in your
21  basketball shorts or where would you keep that?
22     A.  I would have it in my short pocket.
23     Q.  Do you recall receiving any directions
24  from Officer Ullrich in regards to placing your
25  phone, wallet or anything like that in any specific
```

Page 120

```
 1  location?
 2     A.  I'm not sure.  I don't know.
 3     Q.  And then you also -- you don't recall if
 4  you paid the traffic ticket, the disregarding stop
 5  sign ticket?
 6     A.  I don't recall.
 7     Q.  But whatever the record says as far as
 8  what happened to it, you're not going to disagree
 9  with that, right?
10     A.  Right.
11        MR. ROACH:  That's all I've got.
12              (Witness excused)
13  (The deposition ended at approximately 11:55 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 121

```
 1                    )
 2  COMMONWEALTH OF KENTUCKY    )
 3                    )
 4
 5     I, Tina M. Barlow, Notary Public for the
 6  Commonwealth of Kentucky, do hereby certify:
 7     That the witness named in the deposition, prior
 8  to being examined, was by me, first duly sworn;
 9     That said deposition was taken before me at the
10  time and place therein set forth and was taken down
11  by me in shorthand and thereafter transcribed into
12  typewriting under my direction and supervision;
13     That said deposition is a true record of the
14  testimony given by the witness and of all objections
15  made at the time of the examination.
16     I further certify that I am neither counsel for
17  nor related to any party to said action, nor in any
18  way interested in the outcome thereof.
19     IN WITNESS WHEREOF I have subscribed my name
20  and affixed my seal this 25th day of July, 2022.
21
22
        TINA M. BARLOW
23      Notary Public
        Notary ID 610796
24      My Commission expires: 11/6/22
25
```

31 (Pages 118 to 121)

**A**

**A-R-D-E-N** 13:19
**a.m** 3:5 61:7,12
  62:9 63:8 64:19
  69:24 120:13
**A/I** 23:10
**ability** 8:2
**able** 26:23 29:10,16
  30:20 44:2 49:4
  81:22 83:20 105:4
**Absolutely** 33:9,18
  33:23 68:13 69:22
  70:15,17,19 94:24
  100:14 109:13
**abuse** 21:21 53:13
  53:14,20 54:6,14
  55:14,18 63:2,5
**accident** 34:23,24
  35:9,10 36:12
**accommodates**
  5:18
**accuse** 31:4,5
**accused** 68:3 85:22
**accusing** 82:25
  83:5
**acoustics** 4:8
**acted** 106:20 107:8
**action** 3:3 121:17
**actions** 110:8,11
**active** 17:17 31:15
**activities** 58:10
**actual** 39:20
**addicted** 53:17,18
  55:1,8
**addiction** 53:5,25
  55:15,19 56:3
**addition** 40:14
**address** 11:2,6,14
**adjourn** 115:12
**admission** 56:22
**admitted** 56:24
**affect** 8:1
**affixed** 121:20
**age** 10:7
**agency** 23:2
**ages** 13:9

**ago** 7:7 8:5 9:8
  10:23,25 15:23,24
  25:22 26:4 28:7
  28:18 29:19 34:8
  38:11 44:6 49:6
  51:18,18,25 55:23
  105:1 114:5 116:5
**ahead** 118:7
**ahold** 74:21 98:21
**aids** 6:9
**ailments** 52:16
**air** 4:7
**AL** 1:8
**Alabama** 14:1
**alcohol** 53:5 62:10
  62:12 63:5 108:4
  109:12,15
**alert** 87:24 88:3
**alerted** 88:8,15,20
  88:25
**Alexandria** 15:15
**alive** 15:25
**allegation** 67:11
**allege** 107:5
**alleged** 20:15 43:23
  44:15 108:20
**allegedly** 108:22
**alleges** 106:19
**alley** 67:22 68:1
  71:11 118:1,15
**alleyway** 117:25
  118:2,10,18
**allow** 24:7
**allowed** 8:12 73:24
  75:3 76:1,3 95:1
  96:19,23 101:18
**Altima** 59:25 83:20
**Amendment**
  106:19
**amount** 36:4 65:1,3
  65:9,13,15,17
  106:1,3,6
**amounts** 65:4
**and/or** 3:2 106:10
**Andy** 36:3
**angle** 117:19
**angrier** 74:11,11

**angry** 74:8 89:6,7,9
  89:15,21 90:5,12
  111:12 113:24,25
**answer** 4:22 5:11
  5:13 6:5 8:2
**answered** 5:8
**answers** 82:3
**anxiety** 48:7,23,24
  52:15 111:13
**anybody** 8:9 34:18
  34:21 114:6
**anyways** 65:10
  83:6
**apparent** 107:14
**Apparently** 115:10
**APPEARANCES**
  3:10
**approached** 70:4
  70:16 77:14
**approaches** 30:8,8
  73:7
**approximately**
  10:22 64:8 70:13
  120:13
**Arden's** 14:19
**arguing** 116:13
**arguments** 114:1
**arms** 33:6
**arose** 36:11
**arrest** 19:8,24 20:6
  20:7 31:11 32:13
  33:25 114:9
**arrested** 17:18
  19:20 20:3 21:8
  21:13 27:11,18
  28:6,11,14,18,23
  29:6,19 31:20
  34:7 37:2,19
  38:11 41:24 44:5
  49:5 51:25 114:5
**arresting** 23:2
  27:24
**arrests** 31:23 32:2
  44:11 45:23
**arrive** 91:13
**arrived** 84:3
**asked** 4:23 5:12

19:22 27:4 42:2
  65:24 77:15,21
  78:2 80:6 84:15
  85:15,18 87:9
  91:9 92:25 105:25
  115:10
**asking** 5:4 29:23
  30:18 73:11,13,18
  73:20 75:15,19
  77:24 78:6 81:7
  81:11,13,17,17,24
  82:8 83:8 84:5,11
  97:19,20
**asks** 73:10
**ass** 74:24
**assistance** 111:25
**Assistant** 47:13
**assume** 5:7
**assuming** 56:1
  66:11
**assured** 73:21
**athletic** 90:17 93:5
  93:20,21 94:4
  95:25 110:2
**attempted** 101:3
**attention** 104:13
**attorney** 19:2
**August** 18:23
**automobile** 34:23
**Avenue** 11:12
  54:19,21
**aware** 88:6 109:17

**B**

**B** 1:22
**baby** 14:17,18
  61:25 62:4
**back** 18:6,7 24:8
  25:3 26:14 30:15
  52:8 60:20 66:22
  67:16,20 72:3
  74:24 75:13 76:18
  77:5 80:4 89:18
  91:17,18,25 92:2
  93:20 95:13,19
  96:4 97:17 98:3
  98:14 99:2,4

103:18 109:11
  116:14 117:2,24
**background** 4:16
**ballpark** 53:9
**band** 75:9
**Bar** 1:22
**bare** 93:17,19
**Barlow** 1:18 4:14
  121:5,22
**based** 39:9 41:5
  88:24 90:5
**basketball** 74:19
  119:17,21
**beer** 62:9,12
**behalf** 106:15
**Behavioral** 47:14
**belief** 108:19,21
  109:19
**believe** 7:1 17:7
  21:25 24:11,14,25
  26:5 28:15 39:13
  51:12,22 52:11
  53:8 54:18 55:17
  59:24 60:23 64:10
  66:18 68:25 74:17
  74:18 81:24 87:6
  89:9 90:11 100:10
  102:11,12 103:10
  116:4
**bell** 29:16 30:20
**belt** 71:13,15
**benefits** 38:3,6
**best** 5:3 76:7
**big** 67:22 104:12
**bills** 115:8
**birth** 10:9
**bit** 4:7 6:11 9:7
  18:4 38:16 43:11
  57:11 59:22 67:24
  76:21 86:5 90:23
**blew** 64:6 67:12
  78:9 108:3
**block** 70:10 71:5,8
  71:10
**blocks** 71:5
**blow** 107:22 108:2
**blowing** 63:20 83:1

108:22
**blue** 75:22,22 97:10
    97:11
**body** 29:12 32:25
    33:20,21,22 75:20
    76:7 84:6 89:20
    90:5,13 93:9
    95:10 97:19
**body-worn** 7:3,5
    9:5,16 31:14,15
    84:12 104:25
    105:3,6
**Boone** 25:12,16,17
    26:7,25
**born** 12:8 14:15
**bottom** 96:1
**boxer** 93:6 95:23
    96:1 98:12
**boxers** 75:7 90:16
    92:13 93:25 94:15
    94:16 95:24
**break** 5:16 110:17
**breath** 48:13,20
**Breathalyzer** 108:2
    108:3 109:9,11
**bring** 64:18
**brings** 4:18 18:11
    27:10 34:15 44:25
    51:10
**brother** 12:15
**brought** 17:18 34:9
    36:16 85:19 86:23
    96:3
**Brown** 39:3,4 41:8
**Bruce** 4:9 10:2,3
**bruised** 110:23
**bucks** 65:16
**buddy** 38:25
**building** 5:24
**bunch** 29:12,12
    48:14 119:9
**burglary** 25:5
**bus** 79:24
**Busald** 36:3
**business** 39:11
**butt** 75:14 76:18
    96:4,9,15 99:4,25

100:3
———————
**C**
**C** 3:17
**CAD** 6:22
**call** 40:19 56:6
    73:16,22 82:10
    84:25 86:6,6
    106:18
**called** 18:13 66:24
    73:25 86:15 87:20
    88:11 116:11
**calling** 82:15
**calls** 72:19,25
    73:14,14
**cam** 29:12
**camera** 7:3,5 9:17
    31:15,15 104:25
    105:4,6
**cameras** 9:5 75:20
    76:7 84:6,12
    97:19
**Campbell** 22:4,8
    23:6 25:17 26:18
    26:20 27:1
**cans** 79:23,24
**car** 6:8 7:15 15:14
    29:23 30:3,9,23
    31:16 42:3 44:7
    59:20,22,23,24
    60:1,3,5,9,25 63:9
    70:24 71:20,23
    73:9,13,24 74:3,4
    74:9,15,16 75:19
    75:21 77:5,14
    81:8,10 83:4,9,17
    83:18 85:15,24
    86:7,8,24 87:9,10
    87:12,21,22 88:15
    88:16 89:2,5,13
    89:18 90:10 92:1
    92:2 94:8 95:18
    97:3,9,18 102:17
    103:6 105:19,22
    118:21,23 119:4
**card** 51:2
**care** 46:21 49:8,16

55:24 56:7,9,12
**carry** 119:18
**carrying** 119:20
**case** 1:4 6:16 22:23
    23:2,23 37:10
    41:10 43:3 68:4
    91:6 115:22
**cash** 65:1,3,4,9,13
    65:15,17,25 66:1
    66:1,8,12,13,17
    105:25 106:1,3,6
    106:10
**cause** 15:13 35:6
**causing** 35:10
**cavity** 33:20,21,22
**CCR** 1:18
**Cemetery** 117:3
**center** 3:4 10:18,22
    34:10 47:5,7 49:9
    49:13,17
**certain** 58:5
**certificates** 17:14
**certification** 42:24
**certifications** 43:8
    46:4
**Certified** 1:19
**certify** 121:6,16
**challenge** 78:11
**chance** 106:16
**Change** 79:24
**changed** 113:4
**charge** 18:12 21:10
    22:5,8,22 23:12
    24:3,12,18,19
    25:2,12 26:1 34:9
    57:19,22 58:1,6
    109:14 114:11
    119:1
**charged** 25:4,20
    57:13 58:2 102:12
    103:11 109:2,4
    114:12 117:7
**charges** 18:18,25
    19:2,6 21:1,16,23
    22:11,12 23:14,24
    24:4,23,25 25:14
    26:25 27:6 28:7

28:13 103:13
    114:22
**charging** 23:24
**Cheddar's** 61:24
**cheeks** 96:9,15
    99:25 100:4
**child** 35:8,14
**children** 13:5,7,22
    15:25
**Chris** 19:3 102:8
    114:25 118:7
**CHRISTOPHER**
    3:14
**cigarettes** 61:13
**Cincinnati** 47:6,8
**circle** 52:8
**Circuit** 5:24
**circumstances**
    115:12
**citation** 6:19 57:16
    105:8,9
**citizen's** 37:5,6
**city** 16:11 37:15
    46:14 78:16,19,20
    78:23 79:4,10
**Civil** 3:7
**claim** 35:11,22,25
    36:10 37:18,21,24
    38:2,5,9 41:12,14
    41:16 106:19,23
    107:1
**claims** 36:13,13
**clarification** 102:4
**clarify** 115:21
**clean** 79:25
**clear** 41:2
**clench** 76:22
**clenched** 99:25
**clenching** 76:23
    96:9,15
**Clonazepam** 50:8
    50:12,23
**close** 107:7 114:8
    117:13
**clothes** 33:12 74:23
    92:11
**clothing** 74:20 85:5

**cocksucker** 116:12
**come** 40:20 67:1,24
    69:16 73:15 74:13
    74:13 89:18
**comes** 29:7 30:7
    73:7,9 74:2,14
    87:14 97:17 98:3
    118:3
**coming** 67:20
**comment** 107:2
**commercial** 39:14
**Commission**
    121:24
**Commonwealth**
    121:2,6
**comp** 38:5,7,9
**company** 35:4,9,22
    38:20,25 39:2
    40:6
**compared** 113:18
**comparison** 118:10
**compensation**
    36:14
**complaint** 37:7
    107:3
**complaints** 34:1
    37:1,6,14
**complete** 53:24
    54:5
**completed** 54:22
    97:8
**complied** 84:22
**computer** 8:24
**conclusion** 90:4
**condition** 48:20
**conditioning** 4:7
**conditions** 52:17
**conduct** 32:13 33:5
    86:23
**conducted** 27:14
    34:5 64:24 100:22
    109:25
**conducting** 96:18
**conferences** 49:20
**confrontational**
    83:3
**consider** 65:8,9,17

**construction** 38:14
  38:15,21,22,24
  39:11,20 40:2,6
  41:20
**consultations** 8:11
**consume** 62:15
**Contact** 52:24
**contents** 64:21
**contraband** 33:17
  100:25
**contractor** 39:21
**contradict** 116:20
**control** 58:2
**controlled** 24:20
  25:13,20 26:15
  114:14
**conversation** 72:12
  80:9 81:19 82:2
  87:11 101:9,13
  102:2
**conversations**
  49:19 72:7 84:2
**convicted** 18:13,15
  19:7 22:15 23:13
  23:15,20,25 24:6
  34:9 114:11,22
**conviction** 23:14
  24:8 26:3,7,14
**convictions** 21:19
  21:20 22:1 23:5,7
  26:25
**cooking** 58:20 62:8
**cop** 69:9,14
**copies** 9:4
**copy** 7:6
**corner** 117:12
**correct** 7:20 30:10
  31:21 32:16 33:11
  34:10,11 41:25
  43:15,16,19 49:6
  49:7 52:13,14
  54:15 55:11 84:20
  84:23 85:16,19
  87:5,15 88:16
  89:21,24 91:1,4,5

91:14 92:5,20
  93:2,17 94:1 95:5
  95:20 96:2 97:5
  98:5 105:1 112:5
  113:15
**correctly** 92:7
**cough** 33:13
**counsel** 121:16
**counselors** 56:2
**count** 65:11
**counties** 25:18
**counting** 66:15
**County** 3:4 10:18
  10:22 12:11 22:2
  22:4,5,8,22 25:12
  25:16,17,17,18
  26:7,14,17 27:1
  49:9,12,17
**couple** 9:14,19
  25:14 44:21 45:6
  60:8 97:3 112:16
  113:13 114:16
  116:17 117:5
**course** 100:25
  103:14 109:20
  110:11
**court** 1:1,19 4:14
  5:24 57:25 58:6
**CourtNet** 54:9
**courtroom** 5:22,25
  8:14
**Covington** 1:3,24
  6:23 11:3,7,12
  12:9 18:2 19:8,11
  20:4 21:3 23:1
  27:22 37:14,15
  39:10 41:5 45:25
  46:14 67:18 78:16
  78:19,21,24 79:4
  79:11
**crack** 74:24 75:14
  76:18 96:5 99:5
**crawling** 81:15
**crease** 96:4
**criminal** 18:5,25
  21:1,16 23:7
  26:13,24 27:6

114:14
**Cross-Examinati...**
  2:3 4:3
**Crowds** 48:17
**cruiser** 30:2,7 44:7
**crying** 75:18
**cuffed** 30:4,6 85:10
**cuffs** 42:4 105:15
  105:15,17
**Cundiff** 1:6,12 3:1
  4:1,5,9 5:2 8:1
  10:1,7 13:1 21:17
  27:7 34:16 36:10
  52:3 68:17 71:18
  80:20 85:14 104:3
  115:9
**curb** 42:3 81:4 91:9
  91:11 100:11
**current** 16:19 18:7
  23:12 28:7 46:16
  114:9
**cursing** 90:6,12
**cussing** 89:10,23
  90:2
**custody** 10:19
  28:17 30:4,7
  32:14 37:25 49:21
  114:10
**cut** 110:23

### D

**D** 3:14
**dad** 11:21 36:16,18
  59:6 113:23
**damages** 4:19
  34:25
**date** 1:13 10:9
  18:22 51:13 69:17
**dates** 110:9
**Dattilo** 20:17,18
**daughter** 15:20,21
  17:2 35:2,7
**daughter's** 36:11
**day** 50:16,21 58:12
  59:12,16 60:5
  61:15 69:11
  111:21 121:20

**daycare** 15:18
**days** 44:21,22 45:3
  45:6 107:24
  108:25
**daytime** 83:23
**Dayton** 53:23
**death** 15:13 36:11
**deceased** 15:8,9
  35:14
**December** 24:21
**decided** 62:8
**decline** 87:11
**defend** 57:21
**DEFENDANTS**
  1:8 3:16
**defender** 19:4
**definitely** 67:14
  69:12 83:23
  103:13
**degree** 25:5,21
**deny** 67:11,14
**department** 6:23
  18:2 19:12 23:1
  27:22 37:7,15
  46:1 47:13 79:6
**DEPONENT** 1:12
**deposition** 3:1 4:10
  6:13 10:17 115:14
  120:13 121:7,9,13
**describe** 16:20
**described** 82:19
**Desiree** 15:1,6,11
**destroyed** 111:18
  111:23 112:6,7
  113:14,17,22
**detained** 30:16,17
**detect** 88:4
**detention** 3:4 10:18
  10:22 34:10 49:9
  49:12,17
**device** 58:3
**diagnose** 48:20
  52:16
**dick** 82:15
**died** 15:14 35:2
**difference** 109:17
**different** 5:23 14:8

32:22 40:9
**digging** 74:10
**dinner** 58:20 62:8
**direct** 2:4 68:1
  69:17 116:1
**direction** 121:12
**directions** 119:23
**directly** 67:5 98:10
**Disability** 38:3
**disagree** 120:8
**disclosure** 115:4
**disclosures** 47:11
  115:6
**discovery** 3:2
**dismissed** 109:5
**disorder** 49:2
**displeasure** 107:6
**disposed** 25:3
**disposition** 24:17
  26:16
**disputes** 114:1
**disputing** 116:19
**disregarding** 57:13
  57:17 58:2 117:7
  120:4
**distance** 70:22 71:1
  71:2
**DISTRICT** 1:1,2
**DIVISION** 1:3
**doctor** 46:23 77:9
**document** 24:16
  26:10
**documents** 6:15
  46:4 47:9
**dog** 42:25 43:5
  45:16 73:14,15,17
  73:22,23,25 74:2
  74:3 85:19 87:13
  87:13,13,14,17,24
  88:3,11,12,13,15
  91:12 92:23
  103:15
**doing** 33:14,16
  34:2,21 38:13
  58:15,17 69:24
  71:23 72:5 75:24
  77:1 79:19 81:8

81:14,18 94:23
100:7 107:15,15
108:23 117:12
**door** 19:22 29:14
30:13,15,23 31:8
31:17 44:8 103:19
**DOUGLAS** 1:8
**Dr** 47:1,2,11 48:10
48:20 49:20,23
50:25 51:7,17
52:16 55:22 56:15
111:25 112:11,22
113:4 115:7
**drafted** 106:14
**drew** 90:4
**drink** 62:9,12
**drive** 60:5,9
**driver's** 103:15,19
**driveway** 117:16
**driving** 60:25 68:3
69:21 70:3,13
71:20 83:5,14
**Droege** 53:23,25
54:5,11,23 55:10
56:8
**drop** 17:10
**dropped** 17:11
**drove** 60:10 67:12
**drug** 22:11,22
23:14 24:3,21
26:2,3 53:4,13
55:1,19 56:3
62:15 63:2 73:15
73:17,22,23,25
85:19 87:12,13,13
87:14,17,24 88:10
91:12 92:23
**drug-related** 26:25
**drugs** 21:22,23
22:14 23:5 55:5
62:22 73:18,19,20
73:21,22 74:5,6,6
74:7 83:5 86:13
89:14 100:24
101:4 107:16
109:14
**DUI** 44:18,19 45:3

45:12 108:1,10,17
108:25 109:2,4,14
109:14
**duly** 4:2 121:8

---

**E**

**e-mail** 114:25
**earlier** 28:12,23
105:25 113:3
**early** 62:19,24
**earn** 41:16
**easiest** 18:5
**EASTERN** 1:2
**effects** 113:24
**either** 64:22 67:23
72:12 103:12
**Elana** 47:11
**elapsed** 101:19
**elevating** 83:13
**Elijah** 13:20,24,25
16:3
**Elizabeth** 67:18
**emergency** 56:21
**Emily** 3:19
**emotional** 111:7
112:5,24 113:5
**employed** 18:2
38:12
**employee** 39:20,22
**ended** 11:21 24:11
24:15 44:21 50:7
50:7 80:2 120:13
**enforcement** 31:20
37:2 42:8,17,21
84:3
**entire** 69:13
**entirely** 4:24
**entries** 17:24
**equal** 23:20
**Erlanger** 12:17
**escorted** 81:4
**especially** 6:6 83:3
83:22
**ESQ** 3:14,17
**essentially** 119:10
**established** 31:19
**ET** 1:8

**Euclid** 11:12,15,17
11:20 58:24,25
59:20 60:15
**evaluated** 49:11
**evening** 62:23
101:15
**events** 41:21
**everybody** 29:12
**evidence** 3:2 24:19
109:24
**exactly** 4:23 5:12
11:1 12:4 63:9
73:11 77:12
100:18
**examination** 2:4
3:5 116:1 121:15
**examined** 121:8
**excessive** 37:25
**excuse** 95:25 110:8
**excused** 120:12
**EXHIBITS** 2:8
**exit** 65:24
**exited** 92:19
**experience** 42:9,23
88:19 91:4
**experiencing** 48:10
**expires** 121:24
**expressed** 107:6
**expressions** 89:16
89:20 90:6,13
**exterior** 33:6 85:4
86:23 87:14 88:13
92:21 93:4

---

**F**

**face** 29:15 30:19,24
**Facebook** 17:20
**facial** 89:16,20 90:6
90:12
**facing** 94:7,8 95:17
**fact** 19:15 34:5
73:15,16 88:6,24
**factory** 12:25
**facts** 109:24
**fair** 5:8 65:13
**fall** 34:24
**false** 64:11,12

83:24 114:13
**familiar** 42:16
**familiarity** 46:7,12
**family** 12:10,13
42:20 46:20
111:19 113:23
**far** 17:6 70:20,23
118:23 120:7
**fast** 66:19 67:2 70:3
70:6,11 99:24
**father** 11:11 35:14
114:2
**father's** 11:24
**fault** 35:10
**favor** 77:2
**February** 25:4
**feel** 94:9 95:9,12
**feeling** 76:13
**feels** 75:8
**felon** 18:13,16 19:7
21:9 23:13,15,25
24:6 27:6 28:13
34:9 114:12,22
**felony** 18:18 22:12
23:13,20 24:3
**felony-level** 23:9
**felt** 94:11 95:19
96:4 108:19
**female** 7:14 104:8
**Fentanyl** 24:21
**field** 38:15
**file** 34:1,4
**filed** 35:17 37:6,11
38:2,9 103:13
106:15
**filing** 37:13
**find** 25:11 74:6
76:25 86:12 89:14
**finding** 74:11
**fine** 115:16
**finger** 99:7,19,20
**fingers** 76:20 94:18
98:24
**finish** 4:22 5:11,13
86:18
**firearm** 23:21
**first** 4:1 25:21,21

26:3 47:22 50:5
51:17 53:9 54:24
56:16 63:16 66:20
67:8 70:21 71:17
72:8,16 76:16
77:13 80:7,13
84:19,20 85:21
87:13 90:23 92:10
92:18 93:20,21
106:18 107:17
111:24 112:9
121:8
**five** 13:20 15:24
108:25
**Florence** 61:24
**focused** 104:11
**follow-up** 108:8
115:20
**follows** 4:2
**fondling** 105:5
**footage** 7:3,5 9:4
29:13 31:15
104:25 105:4,6
**force** 37:25
**forget** 73:10
**form** 118:6
**forth** 116:14
121:10
**forward** 76:20
**found** 25:25 102:1
102:2 103:6,9,10
118:23,25 119:2,7
**four** 10:24,25 13:8
15:12,24 28:7,18
**frame** 53:10 62:13
62:23 71:16 72:20
72:23
**free** 28:16 42:5
**frequent** 50:22
**friend** 39:1
**friendly** 103:3
**friends** 18:1 89:12
111:19 113:23
**front** 29:11 75:9
81:25 93:21,22,23
94:4 95:4 98:14
98:15,16

**full** 4:5
**full-time** 79:15,16
**furniture** 79:21
**further** 87:10
  121:16
**future** 43:22

_____
**G**
**garbage** 79:18,23
**GED** 17:12
**general** 32:23 33:4
  46:21 68:18,20
  69:20 85:1
**generally** 32:13
**generate** 8:24
**generated** 6:23
**genitalia** 105:6
**gesturing** 75:1
**getting** 50:7 51:20
  66:16 74:7,7,11
  75:4 82:1 83:4
  89:6,7
**girl** 20:23 104:12
**give** 13:9 47:24
  48:1 66:10 73:12
  77:18 105:8 114:7
**given** 4:10 7:6 8:5
  57:16 121:14
**giving** 5:22 77:2
  114:13
**glasses** 52:22
**glove** 29:11 75:22
  75:23 92:16 97:10
  97:11,11 98:4,4
**gloves** 32:20 93:15
  97:9
**go** 4:12 17:6 18:7
  40:12 42:5,25
  53:19 55:2 56:2
  57:25 59:20 66:16
  67:21,23 72:3
  74:12 77:5,7,9
  79:23 80:4 85:22
  86:1,3 94:11 99:1
  101:18 108:2
  111:15 116:3
  117:8,20 118:7

**goes** 74:24 75:12,21
  117:15
**going** 4:15,16 5:6
  11:21 32:22 46:23
  50:14 57:11 59:7
  60:11 63:10,10
  66:5,19,22 69:1
  69:13 74:5 75:25
  78:25 83:1 85:20
  85:24 88:16 89:1
  94:9 97:23,24
  98:1 110:9 111:14
  111:17 112:15
  113:24 116:3
  117:11 120:8
**good** 16:22 17:1
  52:10 107:20
**gotten** 6:6 104:20
**grab** 94:12 98:16
  98:18,21
**grabbed** 98:20
**grabs** 74:20
**grade** 17:7
**grain** 112:20
**Grand** 114:21
**grievances** 34:4
**ground** 4:12
**group** 24:10,24
**Grove** 117:2
**guess** 16:22 20:23
  46:17 75:11
  115:21 118:22
**guessing** 24:5 56:4
**guilty** 22:6,9,22
  24:14,17,18,19,25
  25:25 26:16
**guys** 60:11 62:4
  64:16

_____
**H**
**H-E-R-D-M-A-N**
  12:22
**halfway** 118:13,14
  118:16,17
**hand** 5:17 74:25
  75:13 76:9,19,19
  76:23 94:3,5,5,11

**94:12 95:3,10,13
  95:15,17,19,22
  96:3,8,13 97:12
  97:13,14,15,15
  98:4,8 99:1,18
**handcuffed** 118:21
**handcuffs** 85:7
**handgun** 18:13,15
  19:6 21:9 23:13
  23:15,25 24:7
  27:5 28:13 34:9
  114:11,21
**hands** 32:21 74:22
  74:24 75:6,6,9
  76:8,10,11,17,17
  90:24 91:22 92:5
  92:8,13 93:2,17
  93:19 97:2,12
**happen** 115:23,24
  116:21
**happened** 8:15,19
  8:25 37:11,16
  41:11,15,17 44:6
  57:19 80:1 81:1,2
  88:9 102:23
  105:11 108:24
  109:6,7 112:2
  116:4 120:8
**happening** 44:21
  104:14
**happens** 80:21
**happy** 83:7 108:24
**hard** 118:4
**Harden** 13:17
**harmed** 36:15
**Harris** 47:1,2,11
  48:10,20 49:20,23
  51:7,17 52:16
  55:22 56:15
  111:25 112:11,22
  113:4 115:7
**Harris'** 50:25
**he'll** 86:6
**head-on** 15:16 35:6
**heads** 100:11
**health** 46:16,21
  49:16 50:24 52:10

**55:24 56:2,12
  110:15,16,17
  113:10
**hear** 89:5 90:10
  99:14 102:1
**heard** 81:13 89:23
**hearing** 6:9 53:1,2
**hearings** 21:1,4
**Helman** 12:20
**help** 4:13,13,14
  40:7,12,19,21
  112:10,14,23
**Hensley** 15:1,6
**Herdman** 12:19,21
  12:22
**heretofore** 3:3
**heroin** 22:17 25:13
  25:21 53:18,25
  55:6,8,15 62:16
  102:21 104:19
**hey** 40:20
**hidden** 101:3
**hide** 101:3
**high** 17:8 67:13
**hill** 117:16
**hire** 57:21
**history** 18:5
**hit** 15:15 35:6
**hold** 50:14 75:18
  98:18
**holding** 95:4
**Holman** 67:25
**Holmes** 17:8
**home** 31:12 58:23
  62:7,17 77:6,7
**honest** 29:4
**hospital** 56:22,25
  67:18 68:10
  111:15
**hospitalized** 56:19
**hot** 89:12
**hour** 64:8 70:9,14
  78:9 83:1 101:21
  117:11
**hours** 41:3 58:14
  62:19,24
**house** 11:1,12,17

**19:25 20:3,7 21:8
  21:13 40:21,23
  53:23,25 54:5,11
  54:23 55:10 56:8
  59:20 60:12,15
  61:1,4,6,8,12
  117:17
**houses** 39:16,16
**huge** 111:8
**hurt** 110:18
**hysterical** 75:5

_____
**I**
**ID** 73:12 121:23
**idea** 70:1 104:20
  119:2
**identification**
  114:13
**identified** 115:6
**illegal** 62:22
**illuminated** 66:21
**Immediately** 35:20
**impact** 111:7
**impairment** 52:20
  53:2
**important** 4:21
  80:20
**importantly** 4:14
**in-house** 53:19 55:9
  55:14
**in-patient** 56:22
**incarcerated** 10:21
**incident** 8:4 104:16
  112:2
**incurred** 115:8
**Independence** 16:7
  16:12
**independent** 39:21
  69:3,4
**independently**
  86:19
**INDEX** 2:1
**indicated** 54:13
  73:23
**indicating** 97:21
**indicted** 114:20
**industry** 17:15

**influence** 108:4
**information** 104:21
**informed** 88:7
**initial** 47:11 115:3
  115:6
**injured** 34:24
  36:14 38:8 110:14
**injuries** 110:6,10
  110:13 111:2
  112:24 113:5
  115:9
**injury** 110:22
  112:5
**Innovative** 47:5,7
**insert** 99:7
**inserted** 100:24
**inside** 76:24 81:8
  83:21 90:10 92:8
  93:6 99:19
**insurance** 35:4,9
  35:21 50:24
  113:11
**interaction** 102:19
**interested** 58:15
  121:18
**interior** 87:4 89:2,4
  92:24
**intersection** 68:6
  117:1 118:11
**intersects** 118:15
**investigating** 19:10
**investigation** 19:8
  20:13
**involved** 16:24
  19:13,18 22:23
  43:5 44:10 45:9
  45:12,22 108:11
**issues** 46:22

**J**

**J-A-K-Y-R-A**
  13:14
**jail** 5:23 17:18 32:1
  33:10,17,19 34:1
  34:2 41:25 49:21
**Jakyra** 13:12 14:2
  14:7,8 15:1,2

**Jakyra's** 14:25
**January** 110:8
**Jeff** 40:20 102:4
**Jeffrey** 1:6,12 3:1
  3:17 4:1,9 9:25
**job** 38:9 40:11 41:3
  80:1
**jobs** 38:14 40:9,15
  40:16,16
**July** 1:13 3:5 47:21
  47:22 51:18
  112:11 121:20
**jump** 57:11
**jumping** 103:15
**jumps** 107:18
**June** 8:5 10:11 11:7
  11:10 14:16 27:9
  27:16,22 28:2,10
  28:17,22 29:2
  31:21 32:6,9
  37:11 40:3 41:11
  41:15,17,21 43:6
  43:15,19,21 44:16
  45:1,13,17,19
  47:21 51:9,14
  52:5,9,19 53:2
  54:4 55:16,20
  57:6,8 58:1,9,11
  59:14,17 61:12,15
  61:19 62:16,19,23
  62:23,24 68:23
  69:6,24 81:1
  105:22 108:22
  109:21 110:11
  112:2,25 113:14
**Jury** 114:21

**K**

**K-A-R-D-E-N**
  13:20
**K9** 21:12 27:21
  43:1 45:16 46:5,9
  86:6,16,22 87:20
  101:7,10 103:14
**Karden** 13:16,18
  14:2,6,20 16:3
**Kavanaugh** 64:7

68:7,8,9,12,23
69:6,25 70:5
  117:2 118:17
**keep** 6:10 8:22 15:2
  74:10 119:21
**Kenton** 3:4 5:24
  10:18,22 12:11
  22:2,5,22 23:6
  25:17 26:14,16,18
  26:20,21 27:1
  49:9,12,17
**Kentucky** 1:2,24
  3:6 11:13 12:1,9
  12:14 13:23 16:8
  23:19 53:23 121:2
  121:6
**kid's** 35:1
**kids** 29:12
**kids'** 7:18 75:4,17
**killed** 15:16 35:8
**kind** 29:20 55:4
  103:11 104:11
  115:20 118:3
**knew** 19:23 44:2
  97:24 112:15
**know** 4:23 5:12 6:6
  9:25 16:5,13
  19:10,18 20:14
  23:9,11 29:3,8,8
  29:13,24 30:11,18
  30:18,19 31:14
  36:20 37:11 40:9
  40:12,12 41:6
  44:25 45:7 48:14
  53:11 61:18,21
  65:11 66:24 67:17
  67:17,23 68:2,6
  68:21 70:7 74:4
  74:10 75:8,24,25
  75:25 76:1,2,3,4,5
  76:6 77:3 81:20
  82:9 85:25 86:4,9
  86:10,15,18 87:21
  88:18 89:16
  100:18 101:24
  102:9 104:23
  105:14,25 106:12

106:23 107:18
108:7 109:7 110:4
  111:10,11,14,16
  111:17,17,21
  112:17,18 113:3
  114:2 117:13,19
  119:8,14 120:2
**knowing** 86:3
**knowledge** 20:24
  27:12,13 39:12
  42:24 43:4,7 44:9
  44:12 46:8,11
  55:21 63:1 69:11
  69:17 72:23,24
  73:1,2 88:3
  103:22

**L**

**l** 1:22
**lane** 16:7,9 71:11
**large** 65:1,3,4,9,15
  65:17 106:1,3,5
**late** 25:3
**law** 31:20 37:2 42:8
  42:17,20 84:3
  86:3,8
**lawfully** 23:21
  42:25
**lawsuit** 34:15 35:17
  37:12 106:14
  107:5
**lawyer** 8:8,12 9:10
  9:23 35:24 47:10
  57:21
**lawyers** 106:18
**laying** 58:20
**lead** 117:24
**Leading** 118:7
**leads** 68:1
**leaning** 81:10
**Learning** 47:5,7
**leave** 59:19 62:9
  77:5
**led** 48:10 55:2 89:8
  90:11
**left** 60:12,15,25
  61:4,6,8,12 63:8

67:21 71:9 94:4
97:15 113:25
  117:8,14,19,22
  118:9,14
**Left-hand** 117:20
**leg** 29:14
**legs** 33:7
**lenses** 52:24
**Let's** 18:11 57:5
  110:17
**letting** 75:16 84:7
**level** 22:12
**license** 77:15
**licenses** 17:14
**lie** 84:1
**life** 56:17 69:13
  111:23 112:6,7
  113:15,17,19
**lift** 98:18,21
**lifting** 71:25
**lights** 63:17 66:21
  67:4,8 68:19
  70:21 71:17 72:9
  72:16
**likes** 74:25
**limit** 70:7
**Linden** 117:2
**listened** 6:7
**literally** 7:9 117:18
**little** 4:6 6:8,11 9:7
  18:4 38:16 43:11
  47:20 57:11 59:22
  67:24 71:11 76:21
  86:5 90:23 117:15
  117:16,24 118:11
**live** 10:23 11:4,14
  12:1,10,16 13:22
  13:25 15:7
**lived** 59:6
**lives** 14:1 16:5
  36:18,20
**living** 11:6,10,11
  12:6 16:13,17
**LLC** 1:23
**located** 47:4
**location** 63:13
  120:1

**long** 10:19 11:4,14
25:22,22 27:3
39:6 47:19 60:7
60:24 67:3 68:2
71:1 78:3 79:10
95:7 99:23 101:6
101:6,8
**longer** 16:24
**longest** 111:10
**look** 6:19 9:11,15
9:17 53:11 54:8
106:16
**looked** 6:15,18,24
7:5,8 29:3,5,15
43:25 65:12
104:23,24
**looking** 9:20,22,23
25:19 26:23 29:9
65:12 105:3
**looks** 21:11 26:24
59:25
**lose-lose** 76:5
**lost** 41:12 114:3
**loud** 116:7

**M**

**M** 1:18 38:14,14,21
38:21,22,22,24,24
39:11,11,19,19
40:2,2,5,5,15,15
41:20,20 80:4,4
121:5,22
**mad** 74:7
**Madison** 54:19,21
**making** 41:11,14
41:15 71:19 78:8
83:25 84:13 96:6
**Malia** 13:10,11
14:2,6,14,14 16:3
**Malia's** 14:9
**man** 79:18
**Manager** 37:15
**Mando** 2:3 3:17 4:4
102:8 114:7,24
115:5,17 118:6
**manner** 37:1
**Manual** 46:1

**marijuana** 62:16
102:5,6,9,11
103:23,25 104:1
114:13 118:24
**MARKED** 2:8
**married** 13:1,3
**matter** 18:9 19:15
71:4 73:15,16
**Matthew** 3:20
**mattresses** 79:21
**mean** 16:22 23:9
32:10 33:1 40:7,9
41:24 56:23 64:15
65:6,9 69:10 73:5
73:9 75:25 76:2
78:20 82:8 83:6
86:9,10 89:16
102:5 104:6
106:25 107:19
110:13 111:11,16
112:18,19 113:20
114:3 117:13,19
119:10
**media** 17:17,24
**medical** 49:8,12
51:2 111:3,3
112:10 115:2,7,8
**medication** 52:3
111:20
**medications** 7:25
46:18 50:1,3,9
51:11,20,24 52:13
**Megan** 14:10,11,12
14:13,23 16:5
59:2,3,19 60:9
61:11,18 62:8,12
62:22 63:1,8
64:14 65:6 72:7
72:22 80:10 81:4
81:7,13 82:4
84:19 90:20
106:10 119:8
**Megan's** 62:3
104:12
**members** 42:20
**memory** 8:1
**menacing** 26:6,7

**mental** 49:16 55:24
56:1,12 110:15,16
**mentioned** 36:18
**Mentzel** 3:19
**messages** 72:15,22
**messed** 112:5
**messing** 110:9
**meth** 62:16
**Methamphetami...**
22:19
**Meyer** 19:3
**middle** 10:1 66:25
67:9
**midnight** 58:14
**Mike** 12:19,20
**miles** 64:8 70:9,14
78:9 83:1 117:11
**military** 17:4
**milligram** 50:6,13
**mind** 74:20 75:24
**mine** 11:25
**minor** 23:8
**minutes** 9:14,19
58:14 61:2,8
101:23 104:24
114:7 116:17
**mischief** 114:15
**misdemeanor** 25:7
25:9 26:8
**misdemeanors**
23:10 25:10
**mispronouncing**
15:2
**missed** 10:1
**mistype** 115:3
**molested** 29:11
31:5
**mom** 7:18 14:1,6,9
14:19,25 15:1
62:1,2 75:4,17
**money** 35:5,11
41:16 51:6 119:6
119:9,11,14
**month** 48:1,5
**monthly** 49:5
**months** 10:20,23
10:25 28:7,18

29:19 34:8 38:11
44:6 49:6 51:25
54:4 114:5
**morning** 57:8
58:10 60:17 61:16
61:19 62:19,24
81:21 83:22,24
**mother** 14:3,8 15:5
15:20 35:1,8 62:3
**mouth** 83:17
**move** 11:17,20,22
75:1 79:20 90:22
**moved** 36:23
**movements** 71:20
89:20 90:5,13
**moving** 81:23

**N**

**name** 4:5 7:20,21
10:1,5 11:24
12:18 29:9,10,17
29:17,21 30:21
31:1 35:21 43:4
44:3 47:1 50:8
82:11 116:10
121:19
**named** 121:7
**names** 13:9 45:8
108:10
**Narcan** 105:19,21
**narcotics** 88:4
**natural** 96:12
**nature** 36:13
**near** 63:21 79:3
93:1
**necessarily** 54:10
**necessary** 115:15
115:15
**need** 4:6 5:16,18
18:4 40:11,20
112:18
**needed** 40:19 50:17
**negative** 109:11
**neither** 121:16
**nervous** 48:15,17
**Neuroscience** 47:14
**never** 8:14 33:2

35:16 36:24 58:5
101:5 118:22
**night** 8:16,19 11:7
29:1,6 37:16
43:25 44:5 45:13
45:17 51:9 52:5,9
58:10,13 59:9
62:5,7,16 64:14
68:23 69:6 83:7
85:11 89:11 90:15
103:12 104:17
**Nikki** 20:17,18
**Nissan** 59:25
**normally** 80:21
119:18
**Northern** 1:3 12:1
12:14 13:23
**NorthKey** 54:18,20
55:2,11 56:9
**Notary** 121:5,23,23
**notes** 8:23,25
**notice** 3:3
**noticed** 63:16 66:20
**November** 26:1
**number** 32:16 66:7
**numerous** 31:20

**O**

**o** 1:22
**oath** 5:21 8:15
**object** 94:23 118:6
**objections** 121:14
**oblong** 103:5,8
**observe** 90:19
100:9 104:4 105:4
**observed** 87:1
**obviously** 76:15
106:14
**occasion** 27:12
**occasions** 36:25
55:10
**occurred** 8:4 28:11
31:12 41:21 55:13
55:15 57:8 58:9
61:3 63:14
**occurring** 80:23
**occurs** 58:14

**October** 110:8
**offense** 25:21
**officer** 6:19 7:3,4
  9:15,16 19:13
  20:25 21:7 22:23
  27:10,11,16,21,21
  27:23 28:2,21
  29:1,19 30:1,7
  31:14 33:5 37:8
  37:12,12,22,24
  42:11,14,18 43:5
  43:12,13,18 44:10
  44:14,15 45:15,16
  45:16,22 46:5,9,9
  46:13,14 60:16
  63:17 64:6 65:25
  66:20 68:24 69:8
  73:7 77:14 80:6
  80:10 81:7,13
  82:4,6,10,19
  83:11 84:15 85:14
  86:15 87:11,24
  88:7,7 90:24
  91:17 92:25 96:14
  100:12 101:10,10
  101:10,14,14
  102:20 104:8,17
  104:18 106:20
  107:2,2,7,8,12,15
  107:21 109:20,25
  110:7,10 112:3
  113:14 114:13
  116:10 119:24
**officers** 4:18 19:9
  20:4 21:3 31:20
  31:24 32:12 37:2
  42:17,21 45:8,11
  64:24 83:12 84:3
  84:13 88:14,25
  90:19 100:6,9
  101:25 108:11,21
**officers'** 9:4
**officials** 34:2
**oh** 29:25 111:15
**Ohio** 12:4 36:19,20
  47:6,8
**okay** 5:4,14,18,20

6:15 7:10 8:11
  9:9 14:7,13,18
  15:4 16:19 18:5
  19:21 20:15,24
  21:7,15,19 23:12
  26:13 27:4,9,20
  28:10 29:18,25
  30:14,22,25 32:12
  35:7 43:5 47:13
  47:16 48:9 50:9
  50:20 51:16,25
  52:10 53:13,17
  55:4 56:12 57:25
  59:7,13,22,25
  60:2,14,24 61:3
  61:11 64:25 66:17
  68:19 69:2,11
  73:3 77:13 78:11
  80:23 81:6 82:6
  82:19 85:4,10,24
  86:3 87:3 89:4
  91:8,16,20 92:4,7
  92:15 93:8,17,25
  94:9,11,15,18
  95:12 96:7 97:14
  97:22 99:1,17
  101:17 102:20
  106:15,22 107:4,9
  108:19 110:16
  111:9 112:2
**older** 6:6
**once** 30:20 32:10
  40:23 49:23,24
  50:16 80:10 83:15
**ones** 114:16
**open** 30:13
**opened** 19:22 31:16
  44:7
**opens** 30:15
**opinion** 29:4 108:5
**opportunity** 67:8
  91:12
**opposed** 66:1,13
**options** 117:8
**oral** 3:5
**order** 115:4 117:12
**originally** 25:4

**outcome** 121:18
**outside** 29:13 31:12
  32:24 74:22 75:7
  92:11,13 94:16
  95:24 96:1
**overhear** 80:9
  81:19 101:9,13
**overhearing** 82:2
**overnight** 56:25
**owned** 60:7
**owner** 39:2 41:8
  60:2

## P

**P.M** 119:3
**Page** 2:2
**paid** 35:5,6,10 51:4
  51:6 113:7,8
  120:4
**paint** 38:16 40:11
  40:21
**painted** 40:23
**painting** 38:13
  39:16,17 40:15
**pair** 90:17
**panicking** 48:13
**panicky** 48:19
**pants** 32:21 75:7
  76:9,11
**paraphernalia** 26:2
**part** 35:13 36:20
  75:13 76:18 99:19
  99:20 115:23
  117:15
**part-time** 79:15
**particular** 7:4 8:4
  17:15 23:23 31:11
  37:10 41:10 43:3
**party** 121:17
**pass** 15:11
**passenger** 103:19
**pat** 31:24 32:15,17
  32:18,23 33:2,4,5
  33:6,6,7 85:1
  87:10 90:24 92:19
**patient** 56:19,24
**pats** 74:16,20

**patted** 74:17 92:11
  92:12 93:3
**patting** 32:24 85:4
**pay** 50:24 51:5
  104:13
**peer** 56:6
**pending** 21:1,16
  27:6 114:18
**penetrated** 99:11
  99:13,16,20
**penetrates** 76:21
**penetration** 105:5
**penis** 74:21 75:10
  76:9 94:13 95:4
  98:16
**people** 6:7,10 8:22
  36:17 37:5 48:14
  79:20,22 112:16
  113:20
**percent** 26:10
**perimeter** 88:13
**period** 40:24 67:12
**permission** 85:15
**person** 14:20 32:19
  35:5,9 82:19
**personal** 42:23
  43:4,7 46:11
**pertain** 6:16
**phone** 8:24 72:19
  72:25 119:25
**physical** 24:19
  110:17,22 111:3
**physically** 110:14
  110:20
**physician** 46:20,21
  51:21 52:4
**pick** 79:24
**picked** 15:18
**pills** 102:14,17
  103:5,8,10 111:20
**place** 4:17 8:7
  19:24 24:20 57:6
  67:21 82:3 91:22
  91:24 92:8 121:10
**placed** 85:7 105:17
**placing** 119:24
**PLAINTIFF** 1:6

3:13
**play** 19:16
**plays** 66:11
**plead** 22:6,9
**pleading** 24:11
**please** 5:2
**pled** 22:22 24:14,25
  25:5
**pocket** 51:5 65:19
  66:2,13 113:8
  119:22
**pockets** 100:21
**point** 9:3 30:16
  35:16 42:5 43:22
  50:18 51:25 52:13
  55:9,19 56:20
  59:19 63:7 74:18
  74:23 75:5,8
  80:17 82:6,10
  84:15 85:1,8,15
  85:18 91:8 92:8,9
  92:10 93:15 94:17
  95:12 96:10 97:2
  97:6 100:1 101:4
  101:14 102:19
  107:20
**police** 6:23 18:2
  19:9,11 20:4 21:3
  23:1 27:22 33:1
  37:7,14 42:11,13
  42:18,25 46:1,13
  63:17 66:20 70:21
  71:17 72:8,16
  83:12
**Policy** 46:1
**poorly** 4:25 27:15
**position** 104:3
**possess** 23:21 24:7
**possessing** 22:15
**possession** 18:15
  21:9,22,23 22:11
  22:21 23:4,5,12
  23:25 24:4,12,12
  24:15,19 25:1,13
  25:14,20 26:1,15
  27:5 28:13 34:8
  114:11,12,14,21

115:11
**possessions** 24:5
25:16
**possible** 4:24
**post** 17:23
**post-traumatic**
49:1
**posted** 70:7
**practice** 68:18
69:20 91:4
**pre-suit** 35:19
**preliminary** 20:25
21:4
**prepare** 6:12,20
7:8
**prepared** 8:18
**prescribed** 50:4
51:13 52:4
**prescription** 50:1,3
51:11,20 52:12
**prescriptions** 51:15
**presence** 21:5 44:5
83:12
**present** 3:19 9:23
21:7,12 29:20
45:13 59:5 104:9
**pretty** 52:10 83:2
86:9 91:25
**primarily** 12:8
39:17
**primary** 46:20
**print** 26:24
**printout** 54:9
**prior** 8:6 27:11
31:23 32:2 33:25
45:23 102:21
104:19 121:7
**privileged** 8:12
**probably** 4:25 7:7
9:7 11:5,16 25:11
39:7 44:20 47:20
60:8 61:23 62:1
65:16,18 66:5
70:9 71:10 78:22
82:16 83:2,6
100:16 116:10
118:14

**problem** 55:5 92:20
**procedure** 3:7 32:4
46:1 86:5
**produced** 115:10
**professional** 49:16
55:24 56:13
111:24 112:10,14
**professionals**
112:23
**professor** 47:13
**program** 53:14,20
53:24 54:6,14,23
**programs** 55:14
56:3
**progress** 115:13
**project** 40:18,25
**prompted** 60:11
**pronunciation**
50:15
**property** 24:9,13
24:18 85:25
**protect** 113:21
**protection** 32:15
**provide** 49:25
**provided** 56:8,9
**psychiatrist** 47:17
49:15 55:23 56:10
56:16
**Psychiatry** 47:14
**PTSD** 48:23,24
49:1 52:15
**Public** 19:4 121:5
121:23
**pull** 66:21 67:4
78:3
**pulled** 27:17,18
28:22 31:3 44:19
45:2 60:16 67:5,8
67:10 68:24 69:7
70:23 71:19 73:6
81:9 87:8 101:17
106:21 107:21,23
107:24,25 108:20
108:21 110:3
**pulling** 28:2 43:13
43:18 44:15 45:18
72:17 77:22

**purpose** 3:2
**purse** 65:19,20
66:2,14
**pursuant** 3:3
**pushes** 74:25 76:20
**pushing** 74:14
**put** 8:23 29:10,21
32:20,20 50:5
54:3 55:4 76:23
77:4 90:24 92:5
92:12 93:2 96:12
97:11,14 98:4,23
99:18 111:19,20
**puts** 75:6,9,13,14
75:22 76:8,11,17
76:19
**putting** 96:8

**Q**

**question** 4:22,24
5:1,7,11,14 27:20
44:13 69:3
**questions** 4:15,16
4:19 8:2 82:3
108:9 115:19
119:6,7
**quit** 80:3
**quiting** 80:2
**quote** 107:6
**quotes** 107:7

**R**

**r** 1:22
**radius** 70:10
**raise** 5:17
**raised** 12:8
**raising** 1:22 82:23
90:8
**ran** 117:11
**range** 4:20 48:11
**rate** 67:13
**reach** 93:6,19
94:18
**reached** 93:5 94:3
118:2
**reaching** 81:15
83:9 110:1,1

**reaction** 96:12
**read** 29:10,17
30:21 44:3
**ready** 66:16
**real** 36:5 45:7
74:19
**reality** 108:23
**really** 4:21 29:3,4
29:14 43:24,25
73:10 82:21,22
104:13 108:6,6,6
112:20
**rear** 33:7 93:1
95:13,20 97:3,18
103:19
**reason** 44:1 66:10
66:11 89:13
109:22
**recall** 9:6,18 17:23
22:14,20 24:8
25:2,12 26:6,22
27:3 28:20 31:10
34:20 35:21 40:4
41:23 45:8,24
52:18 54:2 57:1,2
57:4,14,24 58:4,8
58:10,17,19,20
59:7,13,16 60:12
60:14,19,20,22,24
61:11 63:7,9,13
63:16,20,24 64:13
64:18,21,25 65:4
66:3,7,7,19 67:3
68:11 70:2,13
71:3,7,19,22,25
72:5,7,12 73:3,8
77:14,20,23,24
78:2,8,22 79:13
80:5,14,16 81:3
81:12,24 82:8,13
82:14,15,21,22
83:8,10,11,25
84:2,12,18 85:2
87:17 90:1 96:16
100:18,20,23
101:15 102:22
103:4,5,8,15,18

103:21 104:7,8
105:7,11 106:2,5
106:12,23 107:5
107:11,13 108:10
108:17 116:4,9
118:8,11,20
119:23 120:3,6
**received** 35:13
**receiving** 24:9,13
24:17 119:23
**reciprocate** 5:13
**recognize** 30:22
108:14
**recognized** 29:20
31:1
**recollection** 24:22
27:23 28:1 43:13
43:17 44:14 45:15
45:18,21 68:22
69:3,4,23 70:3,20
70:22 71:6 80:22
81:6 82:2 105:14
105:16 106:8
107:10 119:10
**reconvene** 115:13
**record** 4:6 21:20,24
23:7 27:1 115:3,5
120:7 121:13
**records** 115:2,7,14
**rectum** 99:10,21
100:25 101:4
105:5
**refer** 37:5
**reference** 104:16
**refresh** 24:22
**regard** 27:20 44:13
**regarding** 17:24
**Regardless** 86:22
**regards** 119:24
**register** 37:14
**registration** 77:16
**regular** 33:1
**regularly** 60:9
104:1
**related** 121:17
**relationship** 16:20
20:20,22

**relationships**
111:18 113:22
**relatives** 18:1
**released** 101:18
**remember** 10:16
15:17,17 21:11
24:14,23 29:5,15
34:21 43:25 45:11
61:17,20 63:18,18
63:25 64:4 73:11
75:17 77:3 78:6,7
84:5 85:10 102:24
102:25 108:16,18
116:13,23 119:11
**reminders** 8:23
**remnant** 103:22
**removed** 42:5
**repeat** 5:3
**rephrase** 5:3
**report** 104:16
**reporter** 1:19 4:15
**Reporting** 1:23
**reports** 6:22
**represent** 18:24
57:22
**represented** 35:24
36:2
**REPRESENTING**
3:13,16
**request** 87:12
**required** 111:3
**reserve** 115:13,17
**reside** 12:3,13
**residential** 39:14
**respectful** 82:20
**respond** 31:7 84:8
**responded** 89:17
**response** 100:15
**restroom** 5:17
**result** 6:8 19:8
37:10 41:10 57:12
110:7,10 111:6
112:3,24 114:9
**retaliate** 107:8
**retaliation** 106:19
**retired** 12:7
**returning** 103:18

**reviewed** 45:25
46:3
**reviewing** 9:13
**Richardson** 4:18
7:4 21:7 27:21,23
28:2 37:13 44:14
44:15 45:16,22
46:9 88:7 101:10
101:14
**Richardson's** 9:16
43:5 46:5 87:24
**rid** 79:21
**right** 5:10 6:3,11,18
7:2,22 16:25 17:3
18:11 23:22 24:1
26:6 27:2 28:8
29:22 30:6 33:8
33:14 34:23 35:15
35:18 39:25 40:22
41:1 42:1,6,7 44:4
46:17 47:21 50:8
54:16 55:7,12
56:3,7,15,18 57:5
57:9 58:7 59:20
59:21 63:12 64:16
64:17 67:16,18,19
67:20,24,25 68:10
71:9,11,23 73:6,7
77:11,18 79:25
80:24 84:21,24
85:6,17 86:4 87:1
87:7,8,16 88:6,21
89:3,22,25 90:7
91:2,7,10,15,19
92:6,21,22 93:18
93:24 94:2,5,10
94:14,16,20 95:3
95:6,21 97:4,15
98:6,11,13,23,25
99:6 104:15 105:1
105:2,8 107:14
109:1,10 110:21
111:5 113:2,9,12
114:18 115:13,18
116:5,6,17,18,21
116:22,25 117:3,4
117:8,17,23 118:1

118:4,14,15,19
120:9,10
**rigid** 103:20
**ring** 29:16 30:20
**Roach** 2:4 3:14 6:4
10:16 18:24 102:4
106:14 115:1,16
115:20 116:2,7
120:11
**road** 67:15
**roaming** 81:9
**rock** 6:8
**role** 19:16
**roll** 6:8
**romantically** 16:24
**room** 4:8 56:21
**roughly** 79:12
**routine** 68:20
**rules** 3:6 4:12
**run** 64:2 69:1,14
**running** 63:25 64:4
85:22,23 86:1
**runs** 117:2

**S**
**safe** 70:25
**safety** 32:14
**salt** 112:20
**SAPP** 53:15
**sat** 91:11
**saw** 29:21 47:9,22
51:17 65:25 67:4
67:7 70:21 71:17
72:8,16 83:12
91:13 107:22
112:9,11,14
**saying** 20:14 23:18
29:7 45:2 60:21
63:23,24,24 64:2
64:4 67:7,23 69:9
72:3,4 73:17,19
77:20 78:21 83:19
86:1 89:8 90:2
96:17,24 106:2
116:10 118:17
**says** 24:16 25:19
30:11 104:17,18

120:7
**scene** 77:1 84:4
86:23 87:20 104:9
**school** 17:6,8
**screaming** 75:17
76:22
**scrotum** 94:21
**seal** 121:20
**search** 4:17 8:7
32:3,4,15,24 33:5
33:20,21,22 34:12
37:22 43:6 64:24
73:13,24 74:4
82:18 83:4 85:1
85:15,24,25 86:8
86:16,23 87:4,10
87:12,14,18 88:16
89:2 90:20,25
91:13 92:19,19
96:18 97:1 101:6
103:14
**searched** 32:8
33:25 42:4 89:4
91:16 92:24
106:21 109:22
**searches** 31:24
33:11,24 34:5
90:22 100:22
104:4 109:25
**searching** 89:13
**seat** 71:13,15 83:13
106:1 119:7
**seats** 64:22 65:1,5
66:8 106:3,11
119:11
**second** 25:5 54:25
74:17 92:12
115:23
**Secondly** 5:10
**seconds** 95:8,9 97:3
99:24
**secure** 115:14
**Security** 12:7 38:3
39:24
**see** 32:18,25 46:21
48:4,4,7,10 55:22
69:1 74:8 75:11

75:22 77:9 81:22
83:16,20 87:23,23
87:24 89:19 91:12
98:4 112:18 117:9
**seeing** 20:23 48:6
49:4,24 66:3
**seek** 111:24
**seeking** 36:14
**seen** 29:1 48:3
49:15 55:23 56:10
56:16 88:10
112:22
**self-employed**
38:18
**send** 72:15,22
**sense** 4:25
**sent** 114:25
**separate** 98:21
**separates** 76:10
**separating** 80:16
**September** 26:16
**sequence** 77:12
87:8 97:8
**serve** 42:18
**served** 17:4
**services** 1:23 50:25
121:10
**settle** 35:11
**settled** 35:19,22
**settlement** 35:14
36:4
**seven** 11:16 108:25
**sexually** 29:11 31:5
**shake** 102:1,2,5,6,9
103:23 118:24
**shakes** 75:10
**shaking** 74:22
76:14
**share** 17:2
**shared** 11:11
**shifting** 71:22
**short** 71:1 119:22
**shorthand** 121:11
**shortly** 61:4
**shortness** 48:13,19
**shorts** 74:19 90:17

92:8,13 93:5,6,10
93:11,12,20,21
94:4 95:23,25
96:1 98:12 110:2
119:17,21
**shot** 117:14
**show** 116:20
**showing** 26:13
**shut** 29:14 31:8
**siblings** 114:1
**side** 38:13 40:16
67:16 71:22 95:13
95:19 99:2 103:19
113:24 117:2,17
**sign** 57:13,17 58:3
63:20 64:1,3,5,7
66:25 67:13 68:12
68:22,25 69:1,5
69:12,14,15,18
70:4,16,18 77:2
78:9 83:2,6 85:22
85:23 86:1 107:17
107:22 108:23
117:6,7,11 120:5
**significance** 6:1
**significant** 114:2,4
**signs** 66:23 68:9,14
68:18 69:20 70:10
117:6
**simple** 28:25
**singles** 65:7,15
**sir** 5:5,9,15 6:2,17
7:12,24 8:3,17,21
9:2 10:4,6 11:9
12:23 14:24 15:22
17:9,11,16 18:3
18:17 19:5,12
20:2,19 21:2,18
22:25 27:8 28:9
28:19 31:13,22,25
32:5,7 34:3,6,14
34:19 35:12 36:16
37:4,9,17,20,23
38:1,4,10,19,23
39:5,18 40:1,17
41:9 42:12,15,19
42:22 43:2,10

44:12 46:10,15
47:3,12,15 48:21
48:25 49:3,10,14
49:18,22 50:10
51:1,3 52:21,23
52:25 53:3,21
54:1 55:17,21,25
56:11,14 59:4
60:4,10,18 62:6
62:11,14,18,21,25
64:1,5,20,23
71:21,24 72:2,11
72:14,18,21 79:5
79:9 81:20 87:6
88:1,17,23 90:14
90:18 98:25 99:11
99:13,22,22 101:2
101:5,12,16
102:22 103:24
104:2 111:1 113:1
114:17,19,23
118:25 119:5,13
119:19
**sirens** 63:17
**sister** 11:21 36:22
113:23
**sit** 57:2 69:5 91:9
**sits** 117:17
**sitting** 30:16,17
66:1,2,12 75:19
76:4 106:10 119:9
**situation** 76:5
**skin** 98:10
**smell** 88:4
**smoke** 104:1
**smokes** 102:11
**smuggling** 33:15,16
**Snapchat** 17:21,22
**sniff** 86:24
**social** 12:7 17:17
17:24 38:2 39:24
**solid** 79:7,8,9
**somebody** 15:15
20:14 32:14 34:21
34:25 81:22 96:12
112:18 119:1
**soon** 67:5,7 90:25

**sorry** 9:25 10:15
15:2 16:9 20:11
26:19 27:4 29:25
54:20 99:12,14
103:2
**sort** 77:1
**sound** 5:8 27:2 57:9
**speak** 4:6 6:4 10:16
116:7
**specialists** 56:6
**specialty** 39:15
**specific** 46:8 48:9
68:22 69:4,23
80:22 107:3
119:25
**specifically** 7:13
47:10 79:17 90:1
105:21 116:9
119:7
**speed** 67:13 70:7
**Spell** 13:13
**spend** 9:13
**spent** 9:19
**spoke** 7:18
**spoken** 7:22
**spot** 70:25
**Sprague** 7:17 14:12
14:13,23 16:5,21
59:3 72:8 80:10
81:4,8,14 82:4
90:20 102:1 103:9
104:5
**squat** 33:13
**squirm** 75:1
**St** 67:18
**staff** 5:18 49:12
**stand** 5:25 74:15,16
91:18,22 92:25
**standard** 91:4
**standing** 91:21
95:18 100:6,8,10
104:6
**start** 18:6,7,11 73:8
93:8,8,9 98:14
110:9
**started** 39:1 49:23
49:24,25 50:11

76:16 93:11
**starting** 71:18
**starts** 73:13 76:22
93:12
**state** 4:5
**statement** 78:8,15
83:25 84:1 107:1
107:5,10
**statements** 8:18
84:13 106:22
**STATES** 1:1
**stating** 116:23
**status** 16:20
**stayed** 56:25
**staying** 36:22
**steady** 41:2
**step** 80:6 84:16
**Stephanie** 79:14
**stepped** 90:25
**stolen** 24:9,13,18
**stop** 4:17 5:2,16
6:24 7:4,14 8:6,16
8:20 11:8 14:15
17:24 27:10,14,17
28:3,11 29:2
31:21 40:3 41:21
42:2 43:9,14,22
44:25 45:5,9,12
51:10,14,19 52:6
52:10 54:4 55:16
55:20 57:6,7,12
57:13,17 58:3,9
58:14,17 59:8
60:21 61:1,3,7
63:11,14,20,21,25
64:3,5,7 66:23,25
67:13 68:9,12,13
68:13,18,19,22,25
68:25 69:1,5,12
69:14,15,15,18,20
69:20 70:4,10,11
70:16,18 73:4
77:2 78:3,9 79:4
80:23 81:15 83:1
83:5 84:4 85:22
85:23 86:1 95:1
96:14 101:1

102:20 104:25
105:16,22 106:9
107:17,22 108:9
108:12,21,23,25
109:2,21 110:12
112:25 117:5,6,7
117:11 119:12
120:4
**stopped** 44:17,18
60:19 68:11 69:12
69:18 117:1
**stopping** 68:18,19
68:22 69:5 72:9
**stops** 28:20 60:14
60:23 79:25
**store** 66:5,16
**story** 85:14
**straight** 117:14,18
**strangulation**
18:14,16 19:7
20:16 21:10 27:5
28:12 34:8 114:10
114:22
**street** 1:23 11:2,7
11:18 20:1,8 21:8
21:13 31:12 41:6
63:19,19 66:22,24
67:10,16,22 68:2
68:9 70:8 91:21
117:18,20,21,23
118:3
**stress** 49:1
**stretch** 71:9
**strictly** 94:9
**strip** 32:3,4,8 33:11
33:24,25 34:5,12
**stuck** 98:8
**studied** 42:13
**stuff** 32:21 33:3
36:17 38:14 39:24
40:12 79:24
106:21 111:13,20
**subjected** 32:2
**subscribed** 121:19
**substance** 21:21
53:14,20 54:6,14
55:14,18

substances 24:20
  25:13,20 26:15
  114:14
successfully 53:24
sucker 82:15
sue 36:17
sued 34:16,18,25
suffer 52:19 53:1
suffered 48:22
  110:7,10 112:4,24
suing 34:21
suit 37:13
summer 89:11
supervision 121:12
supervisor 79:13
supplied 47:10
support 56:6
supposed 113:21
sure 5:3,17 6:4 11:1
  12:4 17:25 18:8
  19:17 20:9,12
  21:6 22:7,10,16
  22:18 23:3,8 25:8
  25:10 26:10,11,22
  27:19,25 28:5,24
  29:21 31:18 32:11
  33:7,15,16 36:5
  36:22 41:7,14
  44:17,23 45:7,24
  48:21 50:6,13,21
  51:8 54:7,7,12,24
  57:20,23 58:4
  59:15 61:13 63:3
  63:6 65:21,23
  66:4,16,24 68:16
  69:19 73:25 76:8
  77:12 78:12,14,17
  80:15,18,20 82:17
  82:25 83:2 85:9
  85:12 86:21 87:7
  88:9 90:21 91:25
  94:6 95:11,17
  96:11,11 97:16
  100:2,5,14 101:20
  102:16,18 104:22
  105:10,20,24
  108:6 109:6,8,16

109:23 110:4
  113:6 116:7 120:2
suspected 45:3,12
  107:16 108:10
sustain 110:21
  111:2
sweating 89:10
sweaty 89:13
switched 50:7,11
sworn 4:2 121:8
symptoms 48:9,11
  48:14

T
t-shirt 90:17
tag 29:17,21 44:3
take 5:16 19:24
  32:13 33:12 39:23
  39:23 40:18 47:24
  48:1 50:22 67:25
  70:11 71:9 101:7
  111:20 117:12
  118:13
taken 3:1,4 41:24
  91:8 118:21 121:9
  121:10
takes 74:23,25 75:6
  76:17,19
talk 18:4 43:11
  57:5 87:12 90:9
talked 7:10 8:8,9
  44:4,7 114:10
talking 31:16 32:23
  56:21,21 71:4,5
  82:22 103:1,3
tampering 24:18
taxes 39:23
tearing 74:9
telephone 49:19
tell 5:2 6:7 14:9
  26:9 48:12,22
  50:3 54:10 58:8
  58:19 59:22 71:7
  73:3,13 75:2,21
  75:23 76:2 78:13
  78:18 89:8,15
  94:12 96:14,25

97:22,25 98:7
  100:3 101:25
  102:21 104:19
  110:6,6,9 111:9
  112:16 113:17
telling 44:24 68:16
  74:4 77:13 83:11
  85:13 88:25 96:19
  96:21,23 100:12
  116:9
tells 74:15 75:3,18
ten 10:12 13:14,15
  26:4 39:8 40:6
  56:20
Tenth 17:7
terms 15:25 16:22
  17:1 81:15
testicles 74:21
  75:10 76:10,12
  94:13,19 95:5
  98:22,24
testified 4:2 20:25
  21:4
testify 8:15 58:5
testimony 5:22
  6:20 7:11 8:6
  45:2 116:21
  121:14
text 72:15,22
Thank 102:8
theft 25:6
therapists 56:2
thereof 121:18
thin 74:19
thing 29:9 53:12
  55:3 68:15,17
  74:3 75:8,13
  76:13 86:13 87:21
  100:16 117:9
things 21:21 23:8
  23:20 48:7,15
  54:3 63:19 79:25
  86:3 111:12
  113:18 114:3
think 20:9,12 22:3
  26:9 28:6 41:18
  43:12 44:22 47:9

50:8 51:16 59:11
  68:8,9 77:3 84:18
  85:13 89:5 90:15
  93:25 112:20
  115:2
three 10:20,22,25
  13:12 14:14 16:2
  16:3 28:7,18
  70:10 74:8 107:24
  108:25
throw 79:22
ticket 77:2 120:4,5
TikTok 17:20,22
time 6:7 7:14 9:11
  9:13 14:15,21
  18:6 25:22 27:3
  28:14 33:19 34:13
  40:3,24 43:9
  50:18 51:11,17
  53:9,9 54:3,13
  55:2 58:16 60:12
  60:15,25 61:1,22
  62:13,23 63:21
  65:19 66:17 67:12
  69:13,17 71:14,16
  71:16,19 72:1,4,6
  72:8,16,20,23
  74:5,17 76:16,19
  79:3 82:18 87:19
  88:10 90:23 92:10
  92:12 93:4 94:7
  100:17,22 101:17
  101:18,19 102:10
  102:15 103:23
  105:22 106:9
  111:10 112:9
  121:10,15
times 31:20 32:8
  41:4 53:7 113:13
Tina 1:18 121:5,22
tinted 81:21 83:15
  83:19
tipped 65:15
tips 65:7
titled 60:2
today 4:19 5:21
  6:13,20 7:11,25

10:17 16:6,21
  18:12 34:16 39:12
  45:1 46:18 57:3
  69:5 101:15
  105:15 116:24
told 28:6 29:10
  33:10 35:1 43:12
  73:16,16,20,22
  77:22 81:2 84:18
  85:16,20 86:10,20
  88:15,22 89:1
  95:1 100:16
  104:18 107:22
  112:4 118:22,22
top 66:12 67:25
  93:9 106:10
topics 4:20
touch 96:4
touched 113:2
touching 95:4
  98:10
trade 17:15
traffic 4:17 6:18,24
  7:4,14 8:6,16,19
  11:8 14:15 17:24
  27:9,14,17 28:3,3
  28:11,20 29:2
  31:21 40:3 41:21
  42:2 43:9,14,14
  43:18,23 44:16,25
  45:5,9,12,19 51:9
  51:14,19 52:5,10
  54:4 55:15,19
  57:5,7,12 58:1,2,9
  58:13,16 59:8
  61:1,3,7 63:11,14
  63:21 67:6 73:4
  79:3 80:23 81:14
  84:4 101:1 102:20
  104:25 105:9,16
  105:22 106:9
  108:9,11,20
  109:20 110:12
  112:25 120:4
tragic 36:11
training 42:16,24
  43:8 46:4,8,12

88:2,19
**transcribed** 121:11
**trash** 79:24
**traveled** 70:23
**treat** 112:10,23
**treated** 37:3,8 53:4
  53:13 55:9,18
  63:2,4
**treating** 47:19
  49:23,25 113:4
**treatment** 55:14
  111:4 115:9
**trial** 18:20,22
**triangle** 118:4,11
**trip** 34:24
**true** 25:1 64:9
  121:13
**trust** 113:20
**truthfully** 5:8
**try** 5:10,13
**trying** 24:2 51:23
  52:2 54:3 66:6
  75:11 80:19,25
  88:12 90:9 91:23
  96:12 107:4,9
  108:1
**turn** 117:20,23
**turned** 13:21
  117:22 118:18
**turning** 118:9
**turns** 86:13,14
**TV** 58:21,22 62:8
**Twice** 53:8
**Twitter** 17:22
**two** 8:5 17:3 21:25
  22:1 23:4 25:15
  25:18 29:21,22
  55:9 58:14 69:15
  70:10 74:8 80:16
  100:10,10 107:24
  113:22 116:5
**Tylenol** 119:3
**type** 17:23 22:14
  28:3 32:2 42:24
  48:9 49:15 52:20
  62:15 63:2,4
  64:18 90:19 107:2

111:3
**types** 36:12
**typewriting** 121:12

———————

**U**

**UC** 47:13 55:23
**Ullrich** 1:8 4:18
  6:19 7:3 19:13
  20:25 22:23 27:10
  27:11,16 28:21
  29:1,19 30:1,7
  37:12 43:12,13,18
  44:10 46:13 60:16
  64:6 68:24 69:8
  74:14 77:14 80:6
  80:10 81:7,13
  82:4,6,11,20
  83:11 84:15 85:14
  86:15 87:11 88:7
  90:24 91:17 92:25
  96:14 100:12
  101:11,14 102:20
  104:17,18 106:20
  107:2,3,8,12,15
  107:21 108:14
  109:20,25 112:3
  113:14 116:11
  119:24
**Ullrich's** 9:15
  31:14 110:7,11
**unable** 41:16
**unclench** 100:3
**undergo** 33:20
  42:17 46:13
**undergone** 49:8
**underlying** 24:3
**underneath** 75:12
  76:11,12 94:18
  98:12,24
**understand** 5:1,4
  5:21 6:1 8:2
  23:23 24:2 33:15
  40:7 44:23 45:1
  51:24 52:2 55:5
  67:15 68:16 69:2
  77:12 80:21 85:21
  91:23 97:25

117:10
**understanding**
  7:13 46:7,12 57:7
  88:2
**understood** 5:7
  80:21 92:7 107:21
**underwear** 110:1
**underwent** 33:24
  46:9
**uniform** 57:16
**unit** 86:6 87:20
**UNITED** 1:1
**unlawful** 25:6
  37:22
**untreated** 113:25
**upper** 93:9
**upset** 89:21
**use** 3:2 5:16 17:20
  102:21 104:19
**usually** 79:22 80:18
  82:9 119:19

———————

**V**

**vaguely** 58:18
  78:10 116:13,13
**vehicle** 43:6 64:13
  64:16,22 65:2,5
  65:24 66:8 72:10
  73:7 80:6,11,13
  81:16,23 84:16,23
  85:19 86:16 87:4
  87:15,25 88:8,14
  88:20,25 91:1,13
  91:17,23 92:20,25
  93:1 103:23
  106:11
**versus** 80:22
**Vicksburg** 16:7,10
  16:11
**victim** 20:16
**video** 1:23 9:4,16
  9:17,22 65:12
  66:3,11
**videos** 116:15,20
**violation** 28:4
  43:14,19,23 44:16
  45:19

**visibly** 89:15
**vision** 52:20
**visits** 56:21
**visually** 89:19
**voice** 6:10 82:23
**voices** 90:8
**vs** 1:7

———————

**W**

**w** 1:22
**wad** 65:13
**wages** 41:12
**waist** 75:9
**waiting** 115:22
**waitress** 16:18 65:6
  65:14
**walk** 77:11 86:7
  111:12
**walked** 74:3
**Walks** 87:20
**wallet** 65:22 119:18
  119:20,25
**want** 18:6,7 29:4
  43:11 67:15 68:15
  68:21 72:3 80:20
  85:23,25 86:2,7
  87:7 90:22 92:18
  100:18 108:5
  115:12
**wanting** 83:4
**Ward** 3:20
**warrant** 20:4,5,6
**Washington** 1:23
**wasn't** 73:21 101:8
  103:3 106:12
  108:3 111:14
  114:6
**waste** 79:7,8,9,18
**watched** 116:16,17
**watching** 58:21,22
  62:7
**way** 5:12 6:7 18:5,6
  28:25 36:15 41:19
  52:8 55:4 64:25
  67:6,20 80:5 81:7
  81:12 88:18 89:17
  106:8,20 107:18

110:14,20 121:18
**Wayne** 39:3,4 41:8
**we'll** 5:17 79:23
  115:4,17
**we're** 10:17 16:22
  32:22 114:8
**we've** 31:19 44:4
  114:10
**weapons** 32:19
  33:8 77:25 82:7
**wear** 6:9 52:22
  71:15
**wearing** 71:13
  90:15,16 119:17
**week** 41:3 44:22
  45:3,6 59:16
  107:25
**weekends** 40:12
**went** 25:3 54:10,14
  55:22 59:11 64:14
  64:19 70:18 92:16
  97:8 112:13
**weren't** 29:20
  52:12 103:1
  108:24
**WHEREOF**
  121:19
**white** 103:5,8
**wide** 4:20 48:11
**window** 29:6,7 30:9
  103:16
**windows** 81:22
  83:16,19
**wise** 70:23
**withholding** 39:24
**witness** 5:25 120:12
  121:7,14,19
**witnessed** 87:19
**witnesses** 7:10
**woke** 6:14 7:9
**woman** 14:22
**word** 41:19 99:15
**worded** 4:25 27:15
**words** 43:21 110:22
**work** 38:20 39:6
  40:24 41:16,20
  61:15,18 78:23

79:10 80:4,4
**worked** 39:7,19
  40:5 42:11 59:13
  78:13,15,18,20
  79:1,12
**Workers'** 38:5,7,9
**working** 40:2,10,14
  41:3 61:21,23
  79:4
**Works** 12:25
**worse** 82:16
**wouldn't** 65:8
  81:22 83:20
  108:16,18
**wrapping** 114:8
**wreck** 15:14
**written** 8:18
**wrong** 34:22 91:6
  111:11,18 116:10
**wrongfully** 37:19
**wrote** 6:19

**X**

**Xanax** 50:5,11

**Y**

**yeah** 9:21 11:23
  15:17,19 22:7,10
  22:13 23:16 24:10
  24:16 25:10,24,24
  26:4 30:3,5 31:22
  32:18 33:12,18
  35:3,20 36:9
  39:18 44:4 47:9
  47:24 48:2,18
  54:9,12 57:15,18
  58:13 59:10 60:1
  61:10 65:4 67:9
  67:10,14 68:13
  77:17 81:19 84:10
  84:17 85:3 86:25
  87:2 92:3 93:14
  94:24 95:14,14
  97:6 98:9 102:6
  109:18 110:15
  112:15 118:5
**year** 7:7 9:7 11:5

28:12,23 47:20
51:18,18,19 55:23
79:1,1,12 105:1
112:13
**years** 8:5 11:16
  15:12,23,24 26:4
  39:8 40:7 54:2,5
  56:20 60:8 116:5
**yelling** 82:23

**Z**

**Zeno** 43:4,8 46:4
  87:23 88:8,20,24
  101:7
**Zoom** 49:20

**0**

**1**

**10/7/86** 10:10,14,15
**100** 26:10
**100,000** 36:6
**10410** 16:7
**11** 1:13 3:5
**11/6/22** 121:24
**11:55** 120:13
**116** 2:4
**13** 26:1
**14th** 64:7 68:7,8,12
  68:23 69:6,25
  70:4 117:22 118:9
**15** 70:9
**16** 10:24 117:24
**1614** 11:12,15,17
  11:20
**16th** 68:2
**18** 13:21
**19** 65:16
**19th** 18:23

**2**

**2:00** 61:12 62:9
  63:8 64:19 83:22
  83:23
**2:20** 57:8 58:9
  60:16 61:7 69:24
**2:21-CV-00072-J...**

1:4
**2:30** 81:21
**20** 58:14 61:8
**2004** 59:25
**2005** 26:14,16,21
**2010** 26:7
**2012** 25:23 26:1
**2018** 24:8,22 25:3
**2019** 25:4
**2020** 8:5 11:7,10
  14:16 27:9,16,22
  28:2,10,17,22
  29:2 31:21 32:6,9
  37:11 40:3 41:11
  41:15,17,22 43:6
  43:15,19,21 44:16
  45:1,13,17,19
  51:9,14 52:5,9,19
  53:2 54:4 55:16
  55:20 57:6,8 58:1
  68:23 69:6,24
  81:1 105:23 112:3
  112:25
**2021** 47:23 51:19
  112:11
**2022** 1:13 3:5 47:22
  121:20
**25th** 121:20
**261-8440** 1:24
**27** 15:14,15
**28** 26:16
**29th** 11:2,6,18 20:1
  20:7 21:8,13
  31:12

**3**

**30** 101:23
**35** 10:8

**4**

**4** 2:3
**40** 41:3 64:8 70:14
  78:9 83:1 117:11
**41011** 1:24

**5**

**50** 36:9

**50,000** 36:8
**500** 25:9

**6**

**610796** 121:23
**620** 1:23

**7**

**7** 25:4
**7:00** 58:15
**76** 10:13
**7th** 58:11,16 59:14
  59:17 62:17,23,23

**8**

**8** 8:5 11:7,10 14:16
  27:9,16,22 28:2
  28:10,17,22 29:2
  31:21 32:6,9
  37:11 40:3 41:11
  41:15,17,21 43:6
  43:15,19,21 44:16
  45:1,13,17,19
  51:9,14 52:5,9,19
  53:2 54:4 55:16
  55:20 57:6,8 58:1
  61:12 68:23 69:6
  69:24 81:1 105:22
  112:3,25
**8:00** 58:16
**859** 1:24
**8th** 58:9 61:15,19
  62:20,24 108:22
  109:21 110:11
  113:14

**9**

**9:30** 3:5
**90-degree** 117:19