## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## EASTERN DIVISION AT COVINGTON
## CASE NO. 2:21-CV-00072

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

### NOTICE OF CONVENTIONAL FILING

Please take notice that the Plaintiff, **Jeffrey Cundiff**, through counsel, have conventionally filed the following:

**Exhibit 1 to Plaintiff's Motion for Partial Summary Judgment- Dash Camera of Defendant Ullrich**

Respectfully submitted,

s/ Christopher D. Roach
Christopher D. Roach (95007)
Benjamin T.D. Pugh (94032)
PUGH & ROACH, ATTORNEYS AT LAW, PLLC
28 West Fifth Street
Covington, KY 41011
859.291.5555
chris@prlaw.legal; tom@prlaw.legal

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a copy of the foregoing notice was served upon all counsel of record via the Court's CM/ECF system.

/s/ Christopher D. Roach
Christopher D. Roach