UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072

**JEFFREY CUNDIFF**                                                                                        **PLAINTIFF**

**V.**

**DOUGLAS ULLRICH, et al.,**                                                                     **DEFENDANTS**

---

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Upon Motion by Plaintiff for Partial Summary Judgment, Defendant having responded, and for good cause shown and this Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Partial Summary Judgment is **GRANTED.**

**SO ORDERED this** _____ **day of** _____, 2022.


_____
**JUDGE UNITED STATES DISTRICT COURT.**