Eastern District of Kentucky
**FILED**

DEC 22 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072**

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

---

**AGREED ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

The parties being in agreement and the Court being all ways duly and sufficiently advised, Plaintiff shall have until Tuesday December 27, 2022 to respond to Defendant's Motion for Summary Judgement. (R. 28)

SO ORDERED THIS 22nd DAY OF Dec., 2022.

Signed By:
**David L. Bunning**
**United States District Judge**

JUDGE UNITED STATES DISTRICT COURT

Have seen and agree:

| s/ Christopher D. Roach | /s/ Jeffrey C. Mando (per authorization) |
|---|---|
| Christopher D. Roach (95007) | Jeffrey C. Mando, Esq. (#43548) |
| Benjamin T.D. Pugh (94032) | Jennifer L. Langen, Esq. (#87960) |
| PUGH & ROACH, ATTORNEYS AT LAW, PLLC | ADAMS LAW, PLLC |
| 28 West Fifth Street | 40 West Pike Street |
| Covington, KY 41011 | Covington, KY 41011 |
| 859.291.5555 | 859.394.6200 \| 859.392.7200 – Fax |
| chris@prlaw.legal; tom@prlaw.legal | jmando@adamsattorneys.com |
| | jlangen@adamsattorneys.com |
| | *Attorneys for Defendant, Douglas Ullrich, in his individual capacity as a Covington, Kentucky Police Officer* |