UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072

**JEFFREY CUNDIFF**                                                                **PLAINTIFF**

**V.**

**DOUGLAS ULLRICH, et al.,**                                        **DEFENDANTS**

---

**PROPOSED ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Upon Motion by Defendant for Summary Judgment, Plaintiff having responded, and for good cause shown and this Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Partial Summary Judgment is **DENIED.**

**SO ORDERED this** _____ **day of** _____**, 2022.**

_____
**JUDGE UNITED STATES DISTRICT COURT.**