UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

## UNOPPOSED MOTION REQUIRING PLAINTIFF'S APPEARANCE VIA ZOOM FOR MEDIATION

Per the Court's August 4, 2023 Order (R. 45), the parties have agreed to a mediation on November 15, 2023, 9:30 a.m. to 1:00 p.m., using a private mediator. Plaintiff is currently in custody at Green River Correctional Complex. Counsel for Plaintiff has contacted Green River and coordinated Plaintiff's appearance via zoom. To facilitate this, Green River needs an Order directing his attendance via Zoom for the mediation. This is the least invasive means for Green River in that there will be no need for physical transportation of Plaintiff, and is beneficial in helping to resolve this matter well before the trial date.

LR 16.2 is silent as to the method of mediation. However, an Order is required by Green River, merely for interior management, and have requested same, with no objection to the method, but rather welcomes same. The parties are using Retired Magistrate Judge Gregory Wehrman, and the mediation will take place at Adams Law, PLLC in Covington, Kentucky. Green River is located in Central City, Kentucky, and travel to or transportation from would be time consuming, costly, and create an impediment to resolution of this matter.

1

Thus, Plaintiff respectfully requests an Order from the Court requiring Plaintiff's appearance for mediation be via Zoom.

Respectfully submitted,

s/ Benjamin T. D. Pugh
Christopher D. Roach (95007)
Benjamin T.D. Pugh (94032)
PUGH & ROACH, ATTORNEYS AT LAW, PLLC
28 West Fifth Street
Covington, KY 41011
859.291.5555
chris@prlaw.legal; tom@prlaw.legal

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, a copy of the foregoing notice was served upon all counsel of record via the Court's CM/ECF system.

/s/ Benjamin T. D. Pugh
Benjamin T. D. Pugh