#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF KENTUCKY
#### EASTERN DIVISION AT COVINGTON
#### CASE NO. 2:21-CV-00072-DLB-CJS

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

### PROPOSED ORDER REQUIRING PLAINTIFF'S APPEARANCE VIA ZOOM FOR MEDIATION

Plaintiff has filed an Unopposed Motion Requiring Plaintiff's Appearance via Zoom. The parties have agreed to a mediation on November 15, 2023, using a private mediator. Plaintiff is currently in custody at Green River Correctional Complex. Counsel for Plaintiff has contacted Green River and coordinated Plaintiff's appearance via zoom. To facilitate this, Green River needs an Order directing his attendance via Zoom for the mediation. This is the least invasive means for Green River and is beneficial in helping to resolve this matter well before the trial date. Thus, this Court being sufficiently advised, it is **ORDERED**:

1. Plaintiff shall attend mediation via Zoom on November 15, 2023, from 9:30 a.m. to 1:00 p.m., to be organized by the Parties, and in coordination with Green River.

**SO ORDERED THIS \_\_\_ DAY OF _____, 2023.**

_____
JUDGE UNITED STATES DISTRICT COURT

Copies to Counsel