**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**EASTERN DIVISION AT COVINGTON**
**CASE NO. 2:21-CV-00072**

**JEFFREY CUNDIFF**                                                                **PLAINTIFF,**

**VS.**                                                                  *ELECTRONICALLY FILED*

**DOUGLAS ULLRICH., et al.**                                    **DEFENDANTS.**

---

**PLAINTIFF'S INITIAL DISCLOSURES**

---

Plaintiff, by and through counsel, and submits the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure

I.   The name and, if known, the address and telephone number of each individual likely to have discoverable information- along with the subjects of that information- that the disclosing party may use to support its claims or defense, unless the use would be solely for impeachment;

**Plaintiff is disclosing the following witnesses, and will supplement as discovery ensues:**

1. **Plaintiff, Jeffrey Cundiff, has information pertaining to all claims and issues concerning the allegations in the Complaint.**

2. **Defendant Douglas Ullrich, has information pertaining to all claims and issues concerning the allegations in the Complaint.**

3. **Defendant March Richardson, has information pertaining to all claims and issues concerning the allegations in the Complaint.**

**Exhibit 1**

4. **Megan Sprague, 10410 Vicksburg Lane, Independence, Ky, Plaintiff's ex-girlfriend who was in the vehicle when it was pulled over, and will testify to what she saw during the traffic stop, in support of Plaintiff's claims.**

5. **Tyler Owen, address unknown, 859-757-5890, Plaintiff's friend, who is a before and after witness and can testify to the emotional change in Plaintiff.**

6. **Olivia Lesley, 859-630-8726, 501 Tuscany Valley Court, Apt. 2, Covington, KY, Plaintiff's current girlfriend, who is a before and after witness and can testify to the emotional change in Plaintiff.**

7. **Justin Clayburn, address unknown, 859-866-8680, Plaintiff's friend, who is a before and after witness and can testify to the emotional change in Plaintiff.**

8. **Jeffrey Cundiff, Sr., 1614 Euclid Ave, Covington, KY, 41014, Plaintiff's father, who is a before and after witness and can testify to the emotional change in Plaintiff.**

9. **Kiana Cundiff, 148 Scenic Drive, New Richmond, OH, 513-415-0755, Plaintiff's sister, who is a before and after witness and can testify to the emotional change in Plaintiff.**

10. **Other unknown officers at the scene.**

11. **Dr. Elana Harris, 513-636-4225, 3333 Burnet Ave # 3014, Cincinnati, OH 45229, Assistant Professor, UC Department of Psychiatry and Behavioral Neuroscience, Plaintiff's treating physician for PTSD, severe anxiety disorder, and other emotional conditions brought on or exacerbated by the actions of Defendants.**

12. **Various friends and family members that can serve as before and after witnesses to testify regarding the emotional toll the matter has taken on Plaintiff.**

**Plaintiff reserves the right to amend this disclosure, and supplement, as discovery ensues.**

II. A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

**Plaintiff is disclosing the following documents, which he has in his possession.**

1. **Citation**
2. **Courtnet printout**
3. **Four body cam videos (We believe. Need to verify)**
4. **One dash cam video (We believe. Need to verify)**

**In addition, Plaintiff is disclosing the following, of which some are not in Plaintiff's possession but should be in Defendants possession or control:**

**Body camera footage of the incident**
**Dash camera footage of the incident**
**Data from the mobile data terminal/computer of Defendants**
**Employee files of Defendants**
**Training material of Defendants**
**Medical Records from Plaintiff's treating physician**
**Medical Bills from Plaintiff's treating physician**
**Any other documents related to the Incident**

**Plaintiff may have various other files, and will supplement them as soon as they are reviewed, prepared and bates stamped.**

**Plaintiff reserves the right to amend this disclosure, and supplement, as discovery ensues.**

III. A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

3

**Plaintiff has not determined the full extent of the damages. These damage estimates will be supplemented as discovery ensues. However, Plaintiffs disclose the assessment of damages so far:**

**Lost wages – Unknown. Will supplement.**

**Pain and suffering - $500,000**

**Emotional Distress Damages - $500,000**

**Punitive Damages - This amount is subject to determination by a jury.**

**Plaintiff is also claiming attorney's fees and costs as the prevailing party in this lawsuit.**

**Plaintiff reserves the right to amend this disclosure, and supplement, as discovery ensues.**

IV.     For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

        **Not Applicable**

        **/s/ Benjamin T. D. Pugh**
CHRISTOPHER D. ROACH (KY 95007)
BENJAMIN T.D. PUGH (KY 94032) (OH 0086781)
PUGH & ROACH, ATTORNEYS AT LAW, PLLC
28 West Fifth Street
Covington, KY 41011
Tel: (859) 291-5555
Fax: (859) 287-2600
Email: tom@prlaw.legal; chris@prlaw.legal
     ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record, and/or emailed, mailed, or hand-delivered same.

Jeff Mando, esq. – Electronic via email
*Counsel for Defendant*

        **/S/ BENJAMIN T.D. PUGH**
BENJAMIN T.D. PUGH
PUGH & ROACH, ATTORNEYS AT LAW, PLLC