**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:21-CV-00072-DLB**

**JEFFREY CUNDIFF**                                                                                           **PLAINTIFF**

**v.**

**DOUGLAS ULLRICH,** *et al.*                                                                           **DEFENDANTS**

---

**ORDER**

---

Upon Motion of the Defendant, Douglas Ullrich, in his individual capacity as a Covington, Kentucky Police Officer, and the Court being sufficiently advised and informed, IT IS HEREBY ORDERED that Defendant's Motion in Limine (Doc. 50) be and is GRANTED and Plaintiff is: precluded from introducing evidence on medical expenses; precluded from calling Dr. Elana Harris to testify or opine on causation; and precluded from presenting evidence of other lawsuits against Doug Ullrich.

SO ORDERED this _____ day of November, 2022

_____
HON. DAVID L. BUNNING
U.S. District Court Judge