UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072-DLB-CJS

| | | |
|---|---|---|
| **JEFFREY CUNDIFF** | ) | **PLAINTIFF** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DOUGLAS ULLRICH, et al.,** | ) | **DEFENDANTS** |

### PROPOSED ORDER

Upon Motion of Plaintiff, Jeffrey Cundiff and the Court being sufficiently advised and informed, IT IS HEREBY ORDERED that Plaintiff's Motion in Limine (Doc. 51) be and is GRANTED and Defendant is: precluded from introducing evidence on Plaintiff's prior or subsequent convictions, incarceration, or bad acts.

**SO ORDERED THIS** ___ **DAY OF** _____, 2023.

_____
JUDGE UNITED STATES DISTRICT COURT

Copies to Counsel