

**22-CR-00454**

### COMMONWEALTH VS. CUNDIFF, JEFFREY BRUCE II

**KENTON CIRCUIT COURT**
Filed on **05/05/2022** as **CIRCUIT CRIMINAL** with **HON. PATRICIA M. SUMME**
Disposition on **10/03/2022** by **HON. PATRICIA M. SUMME**
**** NOT AN OFFICIAL COURT RECORD ****

| Parties | 22-CR-00454 |
|---|---|

**CUNDIFF, JEFFREY BRUCE II** as **DEFENDANT / RESPONDENT**
DOB: **10/07/1981**    DLN: **C04060040 OPERATOR'S LICENSE - KENTUCKY** Race: **W** Sex: **M** Hispanic: **N** Eye Color: **BE** Hair Color: **BN** Height: **507** Weight: **130**

**Bail Bonds**
  **CASH** for **$10,000.00** set on **05/24/2022**
  **CASH** for **$10,000.00** set on **03/31/2022**
  *HIP LEVEL 5;*

**Address**
  14 E 29 TH ST
  COVINGTON KY 41017

**ANDREWS, G** as **WITNESS**

**SANDERS, ROBERT E** as **COMPLAINING WITNESS**

**Address**
  COMMONWEALTH'S ATTORNEY
  1840 SIMON KENTON WAY SUITE 2300
  COVINGTON KY 41011

**ARNZEN, EMILY** as **COMMONWEALTH'S ATTORNEY**

**Address**
  COMMONWEALTH ATTORNEY'S OFFICE
  1840 SIMON KENTON WAY, SUITE 2300
  COVINGTON KY 41011

**ISAACS, TATUM** as **ATTORNEY-PUBLIC ADVOCATE**

**Address**
  PUBLIC DEFENDERS OFFICE
  333 SCOTT STREET, SUITE 400
  COVINGTON KY 41011

**MEIER, CHRISTOPHER** as **ATTORNEY FOR DEFENDANT**

**SANDERS, ROBERT E** as **COMMONWEALTH'S ATTORNEY**

**Address**
  COMMONWEALTH'S ATTORNEY
  1840 SIMON KENTON WAY SUITE 2300
  COVINGTON KY 41011

| Charges | 22-CR-00454 |
|---|---|

# EXHIBIT 1

### Strangulation 1st Degree - 508.170
CHARGE 1 ORIGINAL 0132250

Charged on **05/05/2022** by citation **2DZ931472-1**

**GUILTY** Disposition on **07/18/2022** by **NO TRIAL**

Sentenced on **10/03/2022** cost amount of **$140.00**

PRISON: **7 yrs 6 mos**
CONCURRENT - WITH CHARGE #2
OTHER - COMMIT NO FURTHER CRIMES
OTHER - NO CONTACT AND STAY 500 FEET AWAY FROM VICTIM
OTHER - WAIVE COURT COST AND ATTNY FEES
OTHER - ALL SEIZED ITEMS SHALL BE FORFEITED
OTHER - SHALL BE DELIVERED TO CUSTODY OF CORRECTIONS CABIN

### Convicted Felon in Possession of a Handgun - 527.040
CHARGE 2 ORIGINAL 0521970

Charged on **05/05/2022** by citation **2DZ931472-3**

**GUILTY** Disposition on **07/18/2022** by **NO TRIAL**

Sentenced on **10/03/2022**

PRISON: **7 yrs 6 mos**
CONCURRENT - WITH CHARGE #1
OTHER - COMMIT NO FURTHER CRIMES
OTHER - NO CONTACT AND STAY 500 FEET AWAY FROM VICTIM
OTHER - WAIVE COURT COST AND ATTNY FEES
OTHER - ALL SEIZED ITEMS SHALL BE FORFEITED
OTHER - CTS
OTHER - SHALL BE DELIVERED TO CUSTODY OF CORRECTIONAL CABI

### SHOCK PROBATION IN FELONY CONVICTIONS - 439.265
CHARGE 3 ORIGINAL 0026090

Charged on **03/16/2023** by citation **NA**

**DENIED** Disposition on **03/23/2023** by **NO TRIAL**

| Documents | 22-CR-00454 |
|---|---|
| **DISTRICT COURT FILE** filed on **05/05/2022** | |
| **INDICTMENT** filed on **05/05/2022** | |
| **ENTRY OF APPEARANCE** filed on **05/09/2022** | |
| **RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **05/16/2022** | |
| **RETURN OF SUBPOENA** filed on **05/20/2022** | |
| **ORDER SETTING BOND** entered on **05/24/2022**<br>$10000 CASHBOX - CA, P & P, P/ T, KCDC, PD | |
| **ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** entered on **05/24/2022**<br>8/3/22 @ 9AM; REC DATE 7/5/22B OX - CA, P & P, P/T, KCDC, PD | |
| **ORDER FOR RECIPROCAL DISCOVERY** entered on **05/24/2022**<br>BOX - CA, P & P, P/T, KCDC, PD | |
| **ORDER OF INDIGENCY** entered on **05/24/2022**<br>W/AFF ATTACHED | |
| **ORDER SETTING SENTENCING** entered on **07/18/2022**<br>PSI AND KASPER REPORT ORDEREDP &P, HON. CHRISTOPHER MEIER | |
| **COMMONWEALTH OFFER ON A PLEA OF GUILTY** filed on **07/18/2022** | |
| **JUDGMENT / SENTENCE - PLEA OF GUILTY** entered on **10/03/2022**<br>BOX CA/ APA/ KCDC/ KCSO/ P&P/PRETRIALFCM WARDEN, RCC | |
| **EXHIBIT** filed on **03/16/2023** | |
| **RESPONSE** filed on **03/17/2023** | |
| **ORDER - OTHER** entered on **03/23/2023**<br>SHOCK PROBATION DENIEDBOX - CA , PD | |

| Events | 22-CR-00454 |
|---|---|

**MOTION NOT REQUIRING HEARING** scheduled for **03/17/2023 12:00 AM** in room **\*\*\*\*\*\*** with **HON. PATRICIA M. SUMME**

> **Motions**
> - **MOTION FOR PROBATION** filed on **03/16/2023** by **AD**

**SENTENCING** scheduled for **09/27/2022 01:30 PM** in room **6A** with **HON. PATRICIA M. SUMME**
*RESCHED FROM 08/16/22*

**PRETRIAL CONFERENCE** scheduled for **07/11/2022 01:00 PM** in room **6A** with **HON. PATRICIA M. SUMME**
*CONTD FROM 7-5-22REC DATE*

> **Motions**
> - **MOTION TO ENTER GUILTY PLEA** filed on **07/18/2022** by **APA**

**PRETRIAL CONFERENCE** scheduled for **07/05/2022 01:00 PM** in room **6A** with **HON. PATRICIA M. SUMME**
*REC DATE*

**ARRAIGNMENT** scheduled for **05/09/2022 09:00 AM** in room **6A** with **HON. PATRICIA M. SUMME**

> **Motions**
> - **MOTION FOR DISCOVERY AND INSPECTION** filed on **05/09/2022** by **APA**

| Case Cross Reference | 22-CR-00454 |
|---|---|

**GRAND JURY** cross reference on **05/05/2022** to **CIRCUIT 22-F-00519**

| Images | 22-CR-00454 |
|---|---|

**INDICTMENT** filed on **05/05/2022**   *Page(s): 1*

**ENTRY OF APPEARANCE** filed on **05/09/2022**   *Page(s): 1*

**MOTION FOR DISCOVERY AND INSPECTION** filed on **05/09/2022**   *Page(s): 6*

**RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **05/16/2022**   *Page(s): 2*

**RETURN OF SUBPOENA** filed on **05/20/2022**   *Page(s): 1*

**ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** filed on **05/24/2022**   *Page(s): 2*

**ORDER OF INDIGENCY** filed on **05/24/2022**   *Page(s): 2*

**ORDER FOR RECIPROCAL DISCOVERY** filed on **05/24/2022**   *Page(s): 3*

**ORDER SETTING BOND** filed on **05/24/2022**   *Page(s): 1*

**MOTION TO ENTER GUILTY PLEA** filed on **07/18/2022**   *Page(s): 2*

**COMMONWEALTH OFFER ON A PLEA OF GUILTY** filed on **07/18/2022**   *Page(s): 1*

**ORDER SETTING SENTENCING** filed on **07/18/2022**   *Page(s): 1*

**JUDGMENT / SENTENCE - PLEA OF GUILTY** filed on **10/03/2022**   *Page(s): 4*

**EXHIBIT** filed on **03/16/2023**   *Page(s): 2*

**MOTION FOR PROBATION** filed on **03/16/2023**   *Page(s): 2*

**RESPONSE** filed on **03/17/2023**   *Page(s): 1*

**ORDER - OTHER** filed on **03/23/2023**   *Page(s): 1*

**\*\*\*\* End of Case Number : 22-CR-00454 \*\*\*\***