

**20-T-03864**

### COMMONWEALTH VS. CUNDIFF, JEFFERY B II
**KENTON DISTRICT COURT**
Filed on **06/17/2020** as **TRAFFIC** with **HON. DOUGLAS J. GROTHAUS**
Disposition on **08/12/2020** by **HON. DOUGLAS J. GROTHAUS**
**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 20-T-03864 |
|---|---|
| VIOLTIME=19:15 ARRSTDT=6/15/2020 19:15; | |

| Parties | 20-T-03864 |
|---|---|

**CUNDIFF, JEFFERY B II** as **DEFENDANT / RESPONDENT**
DOB: **10/07/1986**    DLN: **C04060040 OPERATOR'S LICENSE - KENTUCKY** Race: **W** Sex: **M** Hispanic: **N** Eye Color: **BE** Hair Color: **BN** Height: **507** Weight: **195**

**Bail Bonds**
   **PERSONAL RECOGNIZANCE** for **$0.00** set on **06/16/2020** and posted on **06/16/2020**
   (SELF);

**Address**
   1614 EUCLID AVE
   COVINGTON KY 41011

**MAIROSE III, JOHN** as **COMPLAINING WITNESS**

**Address**
   COVINGTON POLICE DEPARTMENT
   1 POLICE MEMORIAL DRIVE
   COVINGTON KY 41011

| Charges | 20-T-03864 |
|---|---|

**\*OBS\* OP MV UNDER/INFLU OF ALC/DRUGS, ETC. .08 1STOFF - 189A.010(5)(A)**
CHARGE 1 ORIGINAL 0021080
Charged on **06/15/2020** by citation **0DM732321-1**

**GUILTY** Disposition on **08/12/2020** by **NO TRIAL**
DUI OL SUSP FOR 90 DAYS
Sentenced on **08/12/2020** fine amount of **$250.00** cost amount of **$569.00**
JAIL: **7 days** ( **7 days** Conditional)
ADE
CD 2 YEARS - 90 DAY LIC SUSP W/ HARDSHIP AFTER 30

| Documents | 20-T-03864 |
|---|---|
| **VEHICLE INFORMATION** filed on **06/17/2020** | |
| **CRIMINAL DOCKET** filed on **08/12/2020** | |
| **NOTICE TO ATTEND ALCOHOL DRIVER EDUCATION PROGRAM** filed on **08/19/2020** | |
| **GUILTY PLEA FORM - DUI** filed on **08/19/2020** | |
| **CERTIFICATE** filed on **10/21/2020**<br>    MENTALL HEALTH AMERICA OF N. KY, DEF ENROLLED IN DUI PROGRAM | |
| **COURT NOTICE** filed on **01/04/2021** | |
| **NOTICE OF COMPLIANCE** filed on **02/05/2021**<br>    MENTAL HEALTH AMERICA OF NORTHERN KENTUCKY-DEF. COMPLETED DUI PROGRAM | |
| **COURT NOTICE** filed on **04/06/2021** | |
| **CRIMINAL DOCKET** filed on **07/16/2021** | |
| **CRIMINAL DOCKET** filed on **12/10/2021** | |
| **CRIMINAL DOCKET** filed on **02/11/2022** | |
| **FTA ISSUED** filed on **02/11/2022** | |

**EXHIBIT 2**

| | |
|---|---|
| **FTA RECALLED** filed on **03/31/2022** | |
| **NOTICE OF JAIL CREDIT (NON-PAYMENT)** filed on **04/07/2022** | |
| 8 DAYS = 800 | |

| Events | 20-T-03864 |
|---|---|
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **02/11/2022 09:30 AM** in room **1A** with **HON. DOUGLAS J. GROTHAUS** | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **12/10/2021 09:30 AM** in room **1A** with **HON. DOUGLAS J. GROTHAUS** | |
| 12/10/2021 9:30:00 AM CONTINUED TO 2/11/2022 9:30:00 AM COURTROOM 1A [1A] HON. DOUGLAS J. GROTHAUS | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **07/16/2021 09:30 AM** in room **1A** with **HON. DOUGLAS J. GROTHAUS** | |
| 7/16/2021 9:30:00 AM TRANSFERRED TO 12/10/2021 9:30:00 AM COURTROOM 1A [1A] HON. DOUGLAS J. GROTHAUS | |
| **ARRAIGNMENT** scheduled for **08/12/2020 09:30 AM** in room **1A** with **HON. DOUGLAS J. GROTHAUS** | |
| 8/12/2020 9:30:00 AM TRANSFERRED TO 1/27/2021 9:30:00 AM COURTROOM 1A [1A] HON. DOUGLAS J. GROTHAUS | |

| Images | 20-T-03864 |
|---|---|
| **CITATION** filed on **06/15/2020**  *Page(s): 1* | |
| **CRIMINAL DOCKET** filed on **08/12/2020**  *Page(s): 1* | |
| **GUILTY PLEA FORM - DUI** filed on **08/19/2020**  *Page(s): 2* | |
| **NOTICE TO ATTEND ALCOHOL DRIVER EDUCATION PROGRAM** filed on **08/19/2020**  *Page(s): 1* | |
| **RECEIPT** filed on **09/22/2020**  *Page(s): 0* | |
| **RECEIPT** filed on **01/27/2021**  *Page(s): 0* | |
| **CRIMINAL DOCKET** filed on **07/16/2021**  *Page(s): 1* | |
| **CRIMINAL DOCKET** filed on **07/16/2021**  *Page(s): 1* | |
| **CRIMINAL DOCKET** filed on **12/10/2021**  *Page(s): 1* | |
| **RECEIPT** filed on **12/10/2021**  *Page(s): 0* | |
| **CRIMINAL DOCKET** filed on **02/11/2022**  *Page(s): 1* | |
| **CITATION** filed on **03/31/2022**  *Page(s): 1* | |
| **NOTICE OF JAIL CREDIT (NON-PAYMENT)** filed on **04/07/2022**  *Page(s): 1* | |

**\*\*\*\* End of Case Number : 20-T-03864 \*\*\*\***