

**18-CR-00602**

### COMMONWEALTH VS. CUNDIFF, JEFFERY
**CAMPBELL CIRCUIT COURT**
Filed on **10/11/2018** as **CIRCUIT CRIMINAL** with **HON. DANIEL J. ZALLA**
Disposition on **12/11/2018** by **HON. DANIEL J. ZALLA**
**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 18-CR-00602 |
|---|---|

**CUNDIFF, JEFFERY** as **DEFENDANT / RESPONDENT**
DOB: **10/07/1986**   DLN: **C04060040 OPERATOR'S LICENSE - KENTUCKY**   Race: **W**   Sex: **M**   Hispanic: **N**

#### Bail Bonds
**CASH** for **$20,000.00** set on **08/17/2018**

#### Address
4609 EUREKA ST.
COVINGTON KY 41015

#### Summons
**CRIMINAL SUMMONS** issued on **10/11/2018** for **10/30/2018 11:30 AM** in room **C2** served / recalled on **10/12/2018** by way of **PERSONAL SERVICE**
*CCS @ CCDC*

**KUNKEL, PAUL \*NPD 203\*,** as **COMPLAINING WITNESS**

#### Address
NEWPORT POLICE DEPT
998 MONMOUTH ST
NEWPORT KY 41071

**BURNS, KYLE,** as **COMMONWEALTH'S ATTORNEY**

#### Address
601 WASHINGTON AVE
SUITE 210
NEWPORT KY 41071

**LYNN, JONATHAN** as **ATTORNEY-PUBLIC ADVOCATE**

#### Address
601 WASHINGTON AVE
SUITE 300
NEWPORT KY 41071

| Charges | 18-CR-00602 |
|---|---|

#### \*OBS\* RECEIVING STOLEN PROPERTY U/$10,000 - 514.110
CHARGE 1 ORIGINAL 0280320
Charged on **10/11/2018** by citation **8N1205742-1**
**GUILTY** Disposition on **12/11/2018** by **NO TRIAL**
Sentenced on **12/11/2018**
PRISON: **2 yrs 6 mos**
CONCURRENT - W/CTS 2 - 4, CTS
CONSECUTIVE - TO BACKUP TIME IF EXISTS, INCL BOONE CO 12-CR-201

#### TAMPERING WITH PHYSICAL EVIDENCE - 524.100
CHARGE 2 ORIGINAL 0502300
Charged on **10/11/2018** by citation **8N1205742-2**
**GUILTY** Disposition on **12/11/2018** by **NO TRIAL**
Sentenced on **12/11/2018**
PRISON: **2 yrs 6 mos**
CONCURRENT

**EXHIBIT 3**

### DRUG PARAPHERNALIA - BUY/POSSESS - 218A.500(2)

CHARGE 3 ORIGINAL 0420810

Charged on **10/11/2018** by citation **8N1205742-3**

**GUILTY** Disposition on **12/11/2018** by **NO TRIAL**

Sentenced on **12/11/2018**

JAIL: **12 mos**

*CONCURRENT*

### POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE - DRUG UNSPECIFIED - 218A.1415

CHARGE 4 ORIGINAL 0422010

Charged on **12/11/2018** by citation **NA**

**GUILTY** Disposition on **12/11/2018** by **NO TRIAL**

*FENTANYL*

Sentenced on **12/11/2018**

PRISON: **2 yrs 6 mos**

*CONCURRENT*

| **Documents** | **18-CR-00602** |
|---|---|

**DISTRICT COURT FILE** filed on **10/11/2018**

**INDICTMENT** filed on **10/11/2018**

**ENTRY OF APPEARANCE** filed on **10/18/2018**
*JONATHAN W. LYNN*

**RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **10/18/2018**
*AND MOTION FOR RECIPROCAL DISCOVERY*

**SUPPLEMENTAL FILING** filed on **10/29/2018**
*AMENDED CA SUPPLEMENTAL RESPONSE TO DEF MOTION FOR DISCOVERY*

**SUPPLEMENTAL FILING** filed on **10/29/2018**
*AMENDED CA SUPPLEMENTAL RESPONSE TO DEF MOTION FOR DISCOVERY*

**ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** entered on **11/06/2018**
*PTC 12/04/18 @ 8:30 AM*

**JUDGMENT / SENTENCE - PLEA OF GUILTY** entered on **12/11/2018**
*& ARRAIGNMENT W/WAIVER OF PSI*

**INFORMATION** filed on **12/11/2018**

**COMMONWEALTH OFFER ON A PLEA OF GUILTY** filed on **12/11/2018**

**WAIVER OF PRE-SENTENCE REPORT** filed on **12/11/2018**

| **Events** | **18-CR-00602** |
|---|---|

**PRETRIAL CONFERENCE** scheduled for **12/04/2018 08:30 AM** in room **C2** with **HON. DANIEL J. ZALLA**

**ARRAIGNMENT** scheduled for **10/30/2018 11:30 AM** in room **C2** with **HON. DANIEL J. ZALLA**

> **Motions**
>
> - **MOTION FOR DISCOVERY AND INSPECTION** filed on **10/18/2018** by **APA**
>   *& TO REVIEW BOND*

**MOTION NOT REQUIRING HEARING** in room **\*\*\*\*\*\*** with **HON. DANIEL J. ZALLA**

> **Motions**
>
> - **MOTION TO ENTER GUILTY PLEA** filed on **12/11/2018** by **APA**

| **Case Cross Reference** | **18-CR-00602** |
|---|---|

**GRAND JURY** cross reference on **10/11/2018** to **CIRCUIT 18-F-00591**

| **Images** | **18-CR-00602** |
|---|---|

**ENTRY OF APPEARANCE** filed on **10/18/2018**   *Page(s): 1*

| |
|---|
| **MOTION FOR DISCOVERY AND INSPECTION** filed on **10/18/2018**   *Page(s): 6* |
| **RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **10/18/2018**   *Page(s): 2* |
| **DISCOVERY** filed on **10/29/2018**   *Page(s): 1* |
| **DISCOVERY** filed on **10/29/2018**   *Page(s): 1* |

**\*\*\*\* End of Case Number : 18-CR-00602 \*\*\*\***