

# COMMONWEALTH VS. CUNDIFF, JEFFERY BRUCE

**KENTON DISTRICT COURT**
Filed on **10/04/2018** as **FELONY** with **HON. KEN EASTERLING**
Disposition on **02/12/2019** by **HON. KEN EASTERLING**
**** NOT AN OFFICIAL COURT RECORD ****

**18-F-01796**

| Case Memo | 18-F-01796 |
|---|---|

ARRSTDT = 09/27/2018 DEF SERVED WITH WARRANT BUT NOT IN KENTON COUNTY, STATUS DATE IS TO TRACK ONLY AND IS NOT AN ACTUAL COURT DATE ORTIME

| Parties | 18-F-01796 |
|---|---|

**CUNDIFF, JEFFERY BRUCE** as **DEFENDANT / RESPONDENT**
DOB: **10/07/1986**   DLN: **C04060040 OPERATOR'S LICENSE - KENTUCKY**   Race: **W**   Sex: **M**   Hispanic: **N**   Eye Color: **BE**   Hair Color: **BN**
Height: **505**   Weight: **160**

### Bail Bonds
**CASH** for **$603.00** set on **03/18/2022**
**CASH** for **$2,500.00** set on **12/05/2018**

### Address
4069 EUREKA ST
COVINGTON KY 41015

**YOCUM, R,** as **COMPLAINING WITNESS**
**Public Defender** as **ATTORNEY-PUBLIC ADVOCATE**
**SCHUBERT, DAN** as **ATTORNEY-PUBLIC ADVOCATE**

### Memo
FOR ASHLEY GRAHAM

| Charges | 18-F-01796 |
|---|---|

### BURGLARY, 2ND DEGREE - 511.030
CHARGE 1 ORIGINAL 0220610
Charged on **09/18/2018** by citation **8CX013663-1**

**AMENDED DOWN BY CIRCUIT COURT** Disposition on **02/07/2019** by **NO TRIAL**
*BOGJ*

### *OBS* TBUT OR DISP ALL OTHERS U/$500 - 514.030(2)
CHARGE 1 AMENDED 0239150
Charged on **02/07/2019** by citation **8CX013663-1**

**GUILTY** Disposition on **02/12/2019** by **NO TRIAL**
*BOGJ 1-3-19 716013 MISD INFORM FILED*
Sentenced on **02/12/2019** cost amount of **$144.00**
JAIL: **12 mos** ( **12 mos** Conditional)
*08/12/22 REMIT COSTS. RESTITUTION DEEMED UNCOLLECTABLE*
*CD 2 YEARS*
*OTHER - NCWV*
*RESTITUTION - 600.00 TO CHRIS BYRD*

### CONTEMPT OF COURT - 432.280
CHARGE 2 ORIGINAL 0026480
Charged on **08/05/2019** by citation **9DE335093-1**

**DISMISSED DEFERRED PROSECUTION** Disposition on **08/05/2019** by **NO TRIAL**

### CONTEMPT OF COURT - 432.280
CHARGE 3 ORIGINAL 0026480
Charged on **03/31/2022** by citation **2DZ841903-1**

**DISMISSAL BY MOTION OF PROSECUTOR** Disposition on **08/12/2022** by **NO TRIAL**

**EXHIBIT 4**

| Documents | 18-F-01796 |
|---|---|
| **ORDER TO TRANSPORT** entered on **12/04/2018**<br>DEF FORM CCDC TO KCJC FOR ARR ON 12/5/18 THEN BACK TO CCDC.SIGNED BY JUD EASTERLINGCOPIES DISTRIBU TED | |
| **ORDER APPOINTING PUBLIC ADVOCATE** entered on **12/05/2018** | |
| **CRIMINAL DOCKET** filed on **12/05/2018**<br>COMM ATTY TO DO TRANSPORT ORDER | |
| **CRIMINAL DOCKET** filed on **12/11/2018**<br>PD OFFICE TO DO TRANSPORT ORDER | |
| **ORDER TO TRANSPORT** entered on **12/12/2018**<br>DEF FROM CCDC TO KCJC ON 12/13/18 FOR A PH. AT CONCLUSING OF CT DEF SHALL BE TRANSPORTED BAC K TO CCDC. FAXED TO CCDC, SENT TO KCS, PDEF, AND COMM ATTY. | |
| **CRIMINAL DOCKET** filed on **12/13/2018**<br>PD TO DO TRANSPORT ORDER | |
| **ORDER TO TRANSPORT** entered on **12/21/2018**<br>DEF FROM CCDC TO KCJC ON 1/3/19@1: 30 THEN BACK TO CCDCSIGNEED BY J UDGE EASTERLINGCOPIES DISTRIBUTE D | |
| **ORDER TO TRANSPORT** entered on **02/07/2019**<br>KCSD TO TRANSPORT FROM CCDC TO KCJC ON 2/12/19 AT 130PM 1A AND TO RETURN DEF UPON COURT COMPLETION. FAXED TO KCSD, CCDC, KCDC AND COPIESTO COMM ATTY AND PUBLIC DEF OFFIC E | |
| **INFORMATION** filed on **02/07/2019** | |
| **CLAIM OF RESTITUTION** filed on **02/12/2019** | |
| **CRIMINAL DOCKET** filed on **07/05/2019** | |
| **CRIMINAL DOCKET** filed on **08/05/2019** | |
| **CRIMINAL DOCKET** filed on **12/16/2019** | |
| **CRIMINAL DOCKET** filed on **02/21/2020** | |
| **COURT NOTICE** filed on **03/18/2020** | |
| **COURT NOTICE** filed on **04/09/2020** | |
| **MAIL RETURNED UNDELIVERED** filed on **04/17/2020**<br>COURT NOTICE | |
| **COURT NOTICE** filed on **05/12/2020** | |
| **COURT NOTICE** filed on **01/03/2021** | |
| **COURT NOTICE** filed on **01/04/2021** | |
| **COURT NOTICE** filed on **03/31/2021** | |
| **CRIMINAL DOCKET** filed on **08/20/2021** | |
| **CRIMINAL DOCKET** filed on **10/01/2021** | |
| **CRIMINAL DOCKET** filed on **11/12/2021** | |
| **CRIMINAL DOCKET** filed on **01/14/2022** | |
| **CRIMINAL DOCKET** filed on **03/18/2022** | |
| **CRIMINAL DOCKET** filed on **03/31/2022** | |
| **CRIMINAL DOCKET** filed on **04/04/2022** | |
| **CRIMINAL DOCKET** filed on **08/12/2022**<br>REMIT COST. RESTITUTION DEEMED UNCOLLECTABLE | |

| Events | 18-F-01796 |
|---|---|
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **08/12/2022 09:30 AM** in room **1A** with **HON. KEN EASTERLING**<br>FTA 07/05/19, 03/18/22 INCLUDES REST. | |
| **ARRAIGNMENT** scheduled for **04/04/2022 08:31 AM** in room **1A** with **HON. KEN EASTERLING**<br>4/4/2022 8:31:00 AM TRANSFERRED TO 8/12/2022 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **ARRAIGNMENT** scheduled for **03/31/2022 08:31 AM** in room **1A** with **HON. ANN RUTTLE**<br>3/31/2022 8:31:00 AM CONTINUED TO 4/4/2022 8:31:00 AM COURTROOM 1A [ 1A] HON. KEN EASTERLING | |

| | |
|---|---|
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **03/18/2022 09:30 AM** in room **1A** with **HON. KEN EASTERLING** *(INCLUDES REST)* | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **01/14/2022 09:30 AM** in room **1A** with **HON. KEN EASTERLING** 1/14/2022 9:30:00 AM TRANSFERRED TO 3/18/2022 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **11/12/2021 09:30 AM** in room **1A** with **HON. KEN EASTERLING** 11/12/2021 9:30:00 AM CONTINUED TO 1/14/2022 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **10/01/2021 09:30 AM** in room **1A** with **HON. KEN EASTERLING** 10/1/2021 9:30:00 AM TRANSFERRED TO 11/12/2021 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **08/20/2021 09:30 AM** in room **1A** with **HON. KEN EASTERLING** 8/20/2021 9:30:00 AM TRANSFERRED TO 10/1/2021 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **02/21/2020 09:30 AM** in room **1A** with **HON. KEN EASTERLING** 2/21/2020 9:30:00 AM TRANSFERRED TO 4/3/2020 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **12/16/2019 09:30 AM** in room **1A** with **HON. KEN EASTERLING** 12/16/2019 9:30:00 AM TRANSFERRED TO 2/21/2020 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **ARRAIGNMENT** scheduled for **08/05/2019 08:31 AM** in room **1A** with **HON. ANN RUTTLE** 8/5/2019 8:31:00 AM TRANSFERRED TO 12/16/2019 9:30:00 AM COURTROOM 1A [1A] HON. KEN EASTERLING | |
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **07/05/2019 09:30 AM** in room **1A** with **HON. KEN EASTERLING** | |
| **ARRAIGNMENT** scheduled for **02/12/2019 01:30 PM** in room **1A** with **HON. KEN EASTERLING** 2/12/2019 1:30:00 PM TRANSFERRED TO 7/5/2019 9:30:00 AM COURTROOM 1A[1A] HON. KEN EASTERLING | |

**PRELIMINARY HEARING** scheduled for **01/03/2019 01:30 PM** in room **1A** with **HON. KEN EASTERLING**
PD TO DO TRANSPORT ORDER

> **Super Memo**
>
> 01/02/2019 COUNTER DEL SCH EV ENT 06/28/2019 1422 PM ******01/ 03/2019 Atty Present Attorney Present SCHUBERT, DAN ATTORNEY-PUBLIC ADVOCATE {FOR ASHLEY GRAHAM} Chg:1 Burglary, 2nd Degree; CIT#:8CX013663-1 ProbCause Found GJ{ BOGJ}

**PRELIMINARY HEARING** scheduled for **12/13/2018 01:30 PM** in room **1A** with **HON. KEN EASTERLING**
PD OFFICE TO DO TRANSPORT ORDER

> **Super Memo**
>
> 12/13/2018 Transfer Crt COURT ROOM 1A with EASTERLING, HON. KEN 01/03/2019 01:30 PM PRELIMINARY HEARING{PD TO DO TRANSPORT ORDER }

**PRELIMINARY HEARING** scheduled for **12/11/2018 01:30 PM** in room **1A** with **HON. KEN EASTERLING**

> **Super Memo**
>
> 12/11/2018 TRANSFER CRT COURT ROOM 1A WITH EASTERLING, HON. KEN 12/13/2018 01:30 PM PRELIMINARY HEARING{PD OFFICE TO DO TRANSPORT ORDER} ADD DOCUMENT CRIMINALD OCKET{PDOFFICE TO DO TRANSPORT ORDER}

**ARRAIGNMENT** scheduled for **12/05/2018 08:31 AM** in room **1A** with **HON. KEN EASTERLING**

> **Super Memo**
>
> 12/05/2018 PUB DEF APPNTD CA SH BOND $2,500.00 SECURED 100%BOND TRANSFER CRT COURTROOM 1A WITH EASTERLING, HON. KEN 12/11/ 2018 01:30 PM PRELIMINARY HEARINGADDDocument CRIMINAL DOCKET{COMM ATTY TO DO TRANSPORT ORDER }

**MOTION NOT REQUIRING HEARING** in room ****** with **HON. DOUGLAS J. GROTHAUS**
M

> **Motions**
>
> - **MOTION - OTHER** filed on **10/09/2018** by **D**
>   MOTION TO TRANSPORT

**MOTION NOT REQUIRING HEARING** in room **\*\*\*\*\*\*** with **HON. DOUGLAS J. GROTHAUS**
*MOTION TO TRANSPORT*

| Super Memo |
|---|
| *12/04/2018 Counter Del Sch Ev ent 12/28/2018 1422 PM \*\*\*\*\*\** |

| Motions |
|---|
| • **MOTION - OTHER** filed on **11/20/2018** by **D**<br>*MOTION TO TRANSPORT* |

| Images | 18-F-01796 |
|---|---|

**CITATION** filed on **09/27/2018**   *Page(s): 1*

**CRIMINAL COMPLAINT/WARRANT/SUMMONS** filed on **10/04/2018**   *Page(s): 1*

**CRIMINAL DOCKET** filed on **07/05/2019**   *Page(s): 1*

**CITATION** filed on **07/09/2019**   *Page(s): 1*

**CRIMINAL DOCKET** filed on **08/05/2019**   *Page(s): 1*

**RECEIPT** filed on **12/09/2019**   *Page(s): 0*

**CRIMINAL DOCKET** filed on **12/16/2019**   *Page(s): 1*

**RECEIPT** filed on **01/29/2020**   *Page(s): 0*

**RECEIPT** filed on **02/04/2020**   *Page(s): 0*

**RECEIPT** filed on **02/19/2020**   *Page(s): 0*

**CRIMINAL DOCKET** filed on **02/21/2020**   *Page(s): 1*

**RECEIPT** filed on **01/27/2021**   *Page(s): 0*

**CRIMINAL DOCKET** filed on **08/20/2021**   *Page(s): 2*

**CRIMINAL DOCKET** filed on **08/20/2021**   *Page(s): 1*

**CRIMINAL DOCKET** filed on **10/01/2021**   *Page(s): 2*

**CRIMINAL DOCKET** filed on **10/01/2021**   *Page(s): 1*

**RECEIPT** filed on **10/01/2021**   *Page(s): 0*

**CRIMINAL DOCKET** filed on **11/12/2021**   *Page(s): 2*

**CRIMINAL DOCKET** filed on **11/12/2021**   *Page(s): 1*

**RECEIPT** filed on **11/12/2021**   *Page(s): 0*

**CRIMINAL DOCKET** filed on **01/14/2022**   *Page(s): 2*

**CRIMINAL DOCKET** filed on **03/18/2022**   *Page(s): 2*

**CITATION** filed on **03/31/2022**   *Page(s): 1*

**CRIMINAL DOCKET** filed on **03/31/2022**   *Page(s): 2*

**CRIMINAL DOCKET** filed on **04/04/2022**   *Page(s): 2*

**CRIMINAL DOCKET** filed on **08/12/2022**   *Page(s): 3*

**\*\*\*\* End of Case Number : 18-F-01796 \*\*\*\***