

# COMMONWEALTH VS. CUNDIFF, JEFFERY BRUCE

**BOONE CIRCUIT COURT**
Filed on **04/19/2012** as **CIRCUIT CRIMINAL** with **HON. ANTHONY W. FROHLICH**

**12-CR-00201**   Disposition on **11/13/2012** by **HON. ANTHONY W. FROHLICH**

**** NOT AN OFFICIAL COURT RECORD ****

| Parties | 12-CR-00201 |
|---|---|

**CUNDIFF, JEFFERY BRUCE** as **DEFENDANT / RESPONDENT**
DOB: **10/07/1986**   DLN: **C04060040**   Race: **W**   Sex: **M**   Hispanic: **N**   Eye Color: **BE**   Hair Color: **BN**   Height: **505**   Weight: **160**

### Bail Bonds
- **NO BAIL SET (DEF MAY NOT POST BOND)** for **$0.00** set on **02/10/2014**
- **NO BAIL SET (DEF MAY NOT POST BOND)** for **$0.00** set on **03/06/2013**
- **CASH** for **$25,000.00** set on **06/22/2012**
- **CASH** for **$25,000.00** set on **06/22/2012**
- $25,000 COB
- **UNSECURED** for **$1,000.00** set on **02/19/2012** and posted on **02/19/2012**

### Address
4609 EUREKA STREET
COVINGTON KY 41051

### Summons
**CRIMINAL SUMMONS** issued on **04/19/2012** for **05/23/2012 12:00 AM** in room **4B** by way of **PERSONAL SERVICE**
*KENTON 4-30-12 SUMMONS RETURNED UNSERVED/ NO LONGER*

**SAUNDERS, C BCS**, as **COMPLAINING WITNESS**
**FICHNER, JEFF**, as **COMMONWEALTH'S ATTORNEY**
**PD APPOINTED** as **ATTORNEY-PUBLIC ADVOCATE**

| Charges | 12-CR-00201 |
|---|---|

### POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE HEROIN - 218A.1415
CHARGE 1 ORIGINAL 0422050
Charged on **04/10/2012** by citation **2BD178852-1**

**GUILTY** Disposition on **11/13/2012** by **NO TRIAL**
Sentenced on **11/13/2012** fine amount of **$1,000.00** cost amount of **$906.00**
PRISON: **3 yrs** ( **3 yrs** Suspended) SUPERVISED PROBATION: **3 yrs**
*FOLLOW ALL TERMS OF PROBATION - $750 PA FEE - $25 PER MONTH - 1ST PAYMENT DUE ON 1-15-2013 - NA AND/OR AA 3 X PER WK*
*REPORT TO PO*
*PERMIT PO VISIT*
*NOTIFY/ANS PO*
*CPD OTHER*

### DRUG PARAPHERNALIA - BUY/POSSESS - 218A.500(2)
CHARGE 2 ORIGINAL 0420810
Charged on **04/10/2012** by citation **2BD178852-2**

**GUILTY** Disposition on **11/13/2012** by **NO TRIAL**
Sentenced on **11/13/2012**
JAIL: **12 mos** ( **12 mos** Suspended) SUPERVISED PROBATION: **3 yrs**
*SEE CHARGE # 1*

### *OBS* GIVING OFFICER FALSE NAME OR ADDRESS - 523.110(1)
CHARGE 3 ORIGINAL 0026950
Charged on **04/10/2012** by citation **2BD178852-3**

**GUILTY** Disposition on **11/13/2012** by **NO TRIAL**
Sentenced on **11/13/2012**
JAIL: **12 mos** ( **12 mos** Suspended) SUPERVISED PROBATION: **3 yrs**
*SEE CHARGE # 1*

**EXHIBIT 5**

| Documents | 12-CR-00201 |
|---|---|
| **CALENDAR ORDER** entered on **04/19/2012** | |
| **DISTRICT COURT FILE** filed on **04/19/2012**<br>    12-F-200 | |
| **INDICTMENT** filed on **04/19/2012** | |
| **ORDER OF CONTINUANCE** entered on **05/30/2012**<br>    ARRAIGN. ON JUNE 20, 2012 | |
| **CONDITIONS OF RELEASE PENDING TRIAL** filed on **08/22/2012** | |
| **CONDITIONS OF RELEASE PENDING TRIAL** filed on **08/27/2012** | |
| **ORDER SETTING BOND** entered on **09/06/2012** | |
| **CONDITIONS OF RELEASE PENDING TRIAL** filed on **09/06/2012** | |
| **ORDER FOR DISCOVERY** entered on **09/07/2012** | |
| **ORDER OF CONTINUANCE** entered on **09/07/2012**<br>    PC 10-3-12/ JT 10-25-12 | |
| **DISCOVERY** filed on **09/07/2012** | |
| **COMMONWEALTH OFFER ON A PLEA OF GUILTY** filed on **10/03/2012** | |
| **ENTRY OF GUILTY PLEA** filed on **10/03/2012** | |
| **JUDGMENT ON PLEA OF GUILTY** entered on **10/09/2012** | |
| **ORDER OF COMMITMENT** entered on **11/08/2012** | |
| **CREDIT FOR TIME SERVED** filed on **11/08/2012** | |
| **JUDGMENT / SENTENCE - PLEA OF GUILTY** entered on **11/13/2012** | |
| **ORDER OF PROBATION** entered on **11/13/2012** | |
| **CONDITIONS OF RELEASE PENDING TRIAL** filed on **03/05/2013** | |
| **AFFIDAVIT TO MODIFY/REVOKE PROBATION** filed on **03/06/2013**<br>    ADENA LUEHRMANN - P & P - SUPERV. REPORT | |
| **CONDITIONS OF RELEASE PENDING TRIAL** filed on **03/08/2013** | |
| **ORDER SETTING BOND** entered on **03/21/2013**<br>    AND CONDITIONS OF RELEASE | |
| **ORDER OF INDIGENCY** entered on **03/21/2013** | |
| **ORDER OF CONTINUANCE** entered on **03/21/2013**<br>    4-3-13 | |
| **AFFIDAVIT OF INDIGENCY** filed on **03/21/2013** | |
| **CONDITIONS OF RELEASE PENDING TRIAL** filed on **03/22/2013** | |
| **ORDER OF COMMITMENT** entered on **04/03/2013** | |
| **ORDER - OTHER** entered on **04/05/2013**<br>    IN LIEU OF REVOCATION, DEF SHALL REMAIN IN JAIL UNTIL AN INPATIENT BED DATE IS AVAILABLE & SUCC. COMPLETE ALL PHASES OF TREATMENT. DEF SHALL REMAIN ON PROBATION | |
| **ORDER - OTHER** entered on **06/24/2013**<br>    6-25-2013 DEF. SHALL BOARD A BUS TRAVELING TO CINTI. OHIO - HE SHALL BE RELEASED FROM CASEY CO. 1 HR PRIOR TO DEPATURE OF BUS - DEF SHALL TRAVEL IMMEDIATELYT TO JEFFRY CUNDIFF SEE ORDER FAXEDTO CASEY | |
| **AFFIDAVIT TO MODIFY/REVOKE PROBATION** filed on **02/10/2014**<br>    P&P- ADENA LUEHRMANN | |
| **SUPPLEMENTAL FILING** filed on **02/27/2014**<br>    P&P | |
| **ORDER OF INDIGENCY** entered on **05/07/2014**<br>    GRANTED | |
| **AFFIDAVIT OF INDIGENCY** filed on **05/07/2014** | |
| **ORDER OF CONTINUANCE** entered on **05/08/2014**<br>    05-21-2014 | |

| | |
|---|---|
| **ORDER OF CONTINUANCE** entered on **05/21/2014** | |
| **ORDER OF CONTINUANCE** entered on **05/21/2014** | |
| **ORDER OF PROBATION** entered on **06/03/2014** | |

| Events | 12-CR-00201 |
|---|---|

**REVOCATION HEARING** scheduled for **05/21/2014 01:00 PM** in room **4B** with **HON. ANTHONY W. FROHLICH**

**REVOCATION HEARING** scheduled for **05/07/2014 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**
BOONE

> **Super Memo**
>
> *05/09/2014*
>
> *TRANSFER Crt ROOM 4B - 4TH FLOOR COURTHOUSE with FROHLICH, HON. ANTHONY W. 05/21/2014 01:00 PM REVOCATION HEARING*

**REVOCATION HEARING** scheduled for **04/03/2013 01:00 PM** in room **4B** with **HON. ANTHONY W. FROHLICH**
BOONE

**REVOCATION HEARING** scheduled for **03/20/2013 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**
BOONE

> **Super Memo**
>
> *03/26/2013*
>
> *TRANSFER Crt ROOM 4B - 4TH FLOOR COURTHOUSE with FROHLICH, HON. ANTHONY W. 04/03/2013 01:00 PM EVIDENTIARY HEARING{BOONE}*

**SENTENCING** scheduled for **11/07/2012 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**
BOONE

**PRETRIAL CONFERENCE** scheduled for **10/03/2012 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**
BOONE

**ARRAIGNMENT** scheduled for **09/05/2012 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**
BOONE

> **Super Memo**
>
> *09/07/2012*
>
> *ADD A PARTY , =PD APPOINTED*
> *CONTINUE CRT 4B ROOM 4B - 4TH FLOOR COURTHOUSE 10/03/2012 09:00 AM PRETRIAL CONFERENCE{BOONE}*
> *CONTINUE CRT 4B ROOM4B - 4TH FLOORCOURTHOUSE 10/25/2012 09:00 AM JURY TRIAL{BOONE}*

**ARRAIGNMENT** scheduled for **06/20/2012 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**

> **Super Memo**
>
> *06/22/2012*
>
> *CASH BOND $25,000.00*
> *BENCH WARRANT (NO PRINT) ACTIVE FTA CASH BOND $25,000.00 1,2,3{$25,000 COB}*
> *CONTINUE CRT 4B ROOM 4B - 4TH FLOOR COURTHOUSE 09/05/201209:00 AM REVIEW{WARRANT REVIEW}*

**ARRAIGNMENT** scheduled for **05/23/2012 09:00 AM** in room **4B** with **HON. ANTHONY W. FROHLICH**
4-30-12 SUMMONS RETURNED UNSERVED/ NO LONGER

> **Super Memo**
>
> *05/25/2012*
>
> *Continue Crt 4B ROOM 4B - 4TH FLOOR COURTHOUSE 06/20/2012 09:00 AM ARRAIGNMENT*

| | |
|---|---|
| **JURY TRIAL** in room **4B** with **HON. ANTHONY W. FROHLICH** | |
| *JT REMANDED 10-25-2012 PLEA* | |

| **Case Cross Reference** | **12-CR-00201** |
|---|---|
| **GRAND JURY** cross reference on **04/19/2012** to **CIRCUIT 12-F-00200** | |

| **Images** | **12-CR-00201** |
|---|---|
| There are no images found for this case. | |

**\*\*\*\* End of Case Number : 12-CR-00201 \*\*\*\***