UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072-DLB-CJS

**JEFFREY CUNDIFF** ) **PLAINTIFF**
)
)
**V.** )
)
**DOUGLAS ULLRICH, et al.,** ) **DEFENDANTS**

**PROPOSED ORDER**

Upon Motion of Plaintiff, Jeffrey Cundiff and the Court being sufficiently advised and informed, IT IS HEREBY ORDERED that Defendant's Motions in Limine (Doc. 50) is DENIED and Plaintiff is not precluded from introducing evidence of or from other lawsuits against Defendant.

**SO ORDERED THIS ___ DAY OF _____, 2023.**

_____
JUDGE UNITED STATES DISTRICT COURT

Copies to Counsel