UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072-DLB-CJS

**JEFFREY CUNDIFF**                                                                              **PLAINTIFF**

**v.**

**DOUGLAS ULLRICH, et al.**                                        **DEFENDANTS**

**PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Plaintiff, Jeffrey Cundiff, by and through counsel, respectfully moves the Court, pursuant to 28 U.S.C. § 2241, for an order directing the Commonwealth of Kentucky Department of Corrections (KDOC) to transport him to the Covington Division of the Eastern District to be present for his trial and, if the Court so wishes, his pretrial hearing.

An inmate can file a writ of habeas corpus when it is necessary to bring him into court to testify or for a trial. 28 U.S.C. § 2241(c)(5) (2008). This Court has set a final pretrial conference on February 9, 2024 with a trial to follow on February 26, 2024. Plaintiff is currently incarcerated at Green River Correctional Complex under the custody of the KDOC. As the plaintiff in this case, his presence at the pretrial conference is needed so that his attorneys may properly counsel him on the proceedings. Jeffrey is also a witness in this case whose testimony will be critical to the trial of the case. It is common practice for courts to grant writs of Habeas Corpus Ad Testificandum when a prisoner is necessary for the trial or to provide testimony.

For these reasons, Plaintiff requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to The US Marshall Service, Tim Lane (Warden of the Green River Correctional Complex), and/or any other law enforcement officials to transport Plaintiff to the Northern Division of the Eastern District Court of Kentucky for the purpose of attending his pretrial

conference on February 9, 2024 and his trial on February 26, 2024. Currently, Plaintiff's Counsel has transmitted an email to Green River Correctional Complex Offender Information Supervisor Teresa K. Moore regarding the pending transportation, and she is looking into it, but still requires an order.

Respectfully submitted,

/s/ Benjamin T. D. Pugh
BENJAMIN T.D. PUGH (KY 94032)(OH 0086781)
CHRISTOPHER D. ROACH (KY 95007)
PUGH & ROACH, ATTORNEYS AT LAW, PLLC
28 West Fifth Street
Covington, KY 41011
Tel: (859) 291-5555
Fax: (859) 287-2600
Email: tom@prlaw.legal; chris@prlaw.legal
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

/s/ Benjamin T. D. Pugh
BENJAMIN T.D. PUGH
PUGH & ROACH, ATTORNEYS AT LAW, PLLC