**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:21-CV-00072-DLB-CJS**

**JEFFREY CUNDIFF**                                        **PLAINTIFF**

**v.**

**DOUGLAS ULLRICH, et al.**                               **DEFENDANTS**

---

**PROPOSED ORDER OF HABEAS CORPUS AD TESTIFICANDUM**

---

Plaintiff, having petitioned the Court for a Writ of Habeas Corpus Ad Testificandum, Defendants being not opposed to the motion, and the Court being in all ways duly and sufficiently advised, the Court finds the motion should be GRANTED.

**IT IS HEREBY ORDERED**, that Plaintiff be brought before the Court to be present for his trial, and as directed by Court.

SO ORDERED THIS _____ DAY OF _____, 2023.


                                        _____
                                        JUDGE UNITED STATES DISTRICT COURT