UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072-DLB

**JEFFREY CUNDIFF**                                                                                          **PLAINTIFF**

**v.**

**DOUGLAS ULLRICH,** *et al.*                                                                          **DEFENDANTS**

---

## AGREED STATEMENT OF THE CASE

---

This case stems from a search that Defendant, Covington Police Officer Douglas Ullrich, conducted of Plaintiff, Jeffrey Cundiff, during a traffic stop on June 8, 2020.

Mr. Cundiff claims that Officer Ullrich violated his rights under the Fourth Amendment of the United States Constitution by searching his person during the traffic stop when Officer Ullrich searched under Mr. Cundiff's clothing and fondling his genitals and performing a body cavity search by inserting his finger into his anus. Additionally, Mr. Cundiff claims that the real reason Officer Ullrich conducted the search was to retaliate against Mr. Cundiff for calling Officer Ullrich a "dick sucker," which, if true, may violate Mr. Cundiff's First Amendment rights.

Officer Ullrich denies that he conducted the search to retaliate against Mr. Cundiff, and claims he conducted the search because he had probable cause to believe that Mr. Cundiff had drugs hidden under his clothing. And, Officer Ullrich denies that he gratuitously fondled Mr. Cundiff's genitals or inserted a finger into Mr. Cundiff's anus during the search.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey C. Mando* | */s/ Christopher D. Roach* *(per authorization)* |
| Jeffrey C. Mando, Esq. (#43548) | Christopher D. Roach |
| Jennifer L. Langen, Esq. (#87960) | Benjamin T.D. Pugh |
| ADAMS LAW, PLLC | PUGH & ROACH, ATTORNEYS AT LAW |
| 40 West Pike Street | 28 West Fifth Street |
| Covington, KY  41011 | Covington, KY 41011 |
| 859.394.6200 | 859.392.7200 – Fax | 859.291.5555 |
| jmando@adamsattorneys.com | chris@prlaw.legal |
| jlangen@adamsattorneys.com | tom@prlaw.legal |
| | |
| *Attorneys for Defendant, Douglas Ullrich, in his individual capacity as a Covington, Kentucky Police Officer* | *Attorneys for Plaintiff, Jeffrey Cundiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on this **9th** day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.