UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Civil Minutes-General

**Cov. Civ. 21-72-DLB-CJS**          **AT COVINGTON**          **2/9/2024**

**Style: Jeffrey Cundiff v. Douglas Ullrich, et al.**

PRESENT:  **HON. DAVID L. BUNNING, U.S. DISTRICT JUDGE**

| **Lynn Voskuhl** | **Elaine Haberer** | **Zhina Kamali** |
| --- | --- | --- |
| Deputy Clerk | Court Reporter | Law Clerk |

**Plaintiff**
Jeffrey Cundiff (not present)

**Attorneys for Plaintiff**
Benjamin Pugh
Christpher Roach

**Defendant**
Officer Douglas Ullrich (not present)

**Attorneys for Defendant**
Jeffrey Mando
Casmire Thornberry

**PROCEEDINGS: PRETRIAL CONFERENCE/MOTION HEARING**

This matter was called for Final Pretrial Conference and to discuss Defendant's Motion in Limine (Doc. # 50), and Plaintiff's Motion in Limine (Doc. # 51). After hearing from the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1) Defendant's motion to exclude evidence of medical expenses and motion to exclude the testimony of Dr. Elana Harris (Doc. # 50) are **DENIED AS MOOT**, per representation of counsel.

2) Defendant's motion to exclude evidence of alleged similar conduct (Doc. # 50) is **GRANTED** for the reasons stated on the record.

3) Plaintiff's motion to exclude evidence of prior convictions (Doc. # 51) is **GRANTED IN PART and DENIED IN PART** for the reasons stated on the record. Specifically:

   a. Evidence of the conviction of Strangulation in the First Degree in violation of KRS 508.170 and Being a Convicted Felon in Possession of a Handgun in violation of KRS 527.040 (Com. v. Cundiff, Kenton Circuit Case No. 22-CR-00454) is **PERMISSIBLE** for the limited purposes of impeachment and consideration of emotional damages.

    b. Evidence of the conviction of Operating a Motor Vehicle Under the Influence of Alcohol or Drugs in violation of KRS 189A.010(5)(A) (Com. v. Cundiff, Kenton District Court Case No. 20- T-03864) is **EXCLUDED**;

    c. Evidence of the conviction of Receiving Stolen Property Up to $10,000 in violation of KRS 514.110(b), Tampering With Physical Evidence in violation of KRS 524.100, and Possession of a Controlled Substance in the First Degree in violation of KRS 218A.1415 (Com. v. Cundiff, Kenton Circuit Court Case No. 18-CR-00602) is **PERMISSIBLE** for the limited purposes of impeachment and consideration of emotional damages.

    d. Evidence of the conviction of Theft by Unlawful Taking in violation of KRS 514.030(2) (Com. v. Cundiff, Kenton District Court Case No. 18-F-01796) is **EXCLUDED**; and,

    e. Evidence of the conviction of Possession of a Controlled Substance in the First Degree in violation of KRS 218A.1415 (Com. v. Cundiff, Boone Circuit Court Case No. 12-CR-00201) is **EXCLUDED.** Evidence of the conviction of Giving a Police Officer a False Name or Address in violation of KRS 523.110(1) (Com. v. Cundiff, Boone Circuit Court Case No. 12-CR-00201) is **PERMISSIBLE** for the limited purposes of impeachment and consideration of emotional damages.

4) Defense counsel shall prepare a limiting instruction for the Court to give to the jury related to the evidence of prior convictions.

5) Any stipulations must be signed by all parties and counsel.

6) Trial exhibits are due to chambers **not later than February 23, 2024**.

7) Jury Trial **shall remain scheduled for Monday, February 26, 2024 at 9:00 a.m. with counsel present at 8:30 a.m.** The Court has set aside three (3) days. **The Clerk shall summon 35 jurors for the jury trial**. The Court will seat eight (8) jurors with no alternatives. After all strikes for cause, the Court will identify fourteen (14) jurors. From this pool of fourteen (14) jurors, each side will have three (3) peremptory challenges to exercise. The first eight (8) jurors that are not stricken will be the panel.

cc. All COR                                                     Initials of Deputy Clerk: **lv**

TIC: 50 mins.