Eastern District of Kentucky
FILED

FEB 15 2024

AT ASHLAND
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00072-DLB-CJS

**JEFFREY CUNDIFF**                                   **PLAINTIFF**

**v.**

**DOUGLAS ULLRICH, et al.**                           **DEFENDANTS**

---

## ORDER TO TRANSPORT JEFFREY CUNDIFF

---

Plaintiff, having communicated with both Green River Correctional Complex and the Kenton County Detention Center, being specifically instructed by representatives of both to secure an Order to Transport Jeffrey Cundiff, Inmate No. 260150, with dates and times for transportation, and the Court being in all ways duly and sufficiently advised, the Court ORDERS Plaintiff be brought before the Court to be present for his trial, and

**IT IS HEREBY ORDERED**, as follows:

1. Green River Correctional Complex is ordered to transport Jeffrey Cundiff to Kenton County Detention Center on Friday, February 23, 2024, and then transport him back on Thursday, February 29, 2024.

2. Kenton County Detention Center is ordered to transport Jefferey Cundiff from Kenton County Detention Center to United States Courthouse, 35 West 5th Street, Covington, KY 41011-1401 as follows: Monday February 26, 2024 arrive 8 a.m.; depart 5 p.m.; Tuesday February 27, 2024 arrive 8 a.m.; depart 5 p.m.; Wednesday February 28, 2024 arrive 8 a.m.; depart 5 p.m.

THIS 15th DAY OF FEBURARY, 2024.

Signed By:
*David L. Bunning*
United States District Judge
**JUDGE DAVID L. BUNNING**
**UNITED STATES DISTRICT COURT JUDGE**