**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:21-CV-00072-DLB**

**JEFFREY CUNDIFF**                                                **PLAINTIFF**

**v.**

**DOUGLAS ULLRICH,** *et al.*                                  **DEFENDANTS**

**ORDER**

Upon Motion of the Defendant, Douglas Ullrich, and the Court being sufficiently advised and informed, IT IS HEREBY ORDERED that Defendant's Supplemental Motion in Limine be and is GRANTED and Plaintiff is precluded from eliciting testimony about, introducing evidence related to, or referencing the disposition of the traffic citation he received following the traffic stop of June 8, 2020, because the disposition of the citation is not relevant to the issues for trial.

SO ORDERED this _____ day of February, 2024

_____
HON. DAVID L. BUNNING
U.S. District Court Judge