**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 21-72-DLB-CJS**

**JEFFREY CUNDIFF**                                                                                   **PLAINTIFF**

**v.**                                                         **ORDER**

**DOUGLAS ULLRICH**                                                                                   **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

On Sunday, February 25, 2024, the undersigned was contacted by lead counsel for both parties in this matter to advise that Defendant Ullrich was ill. After conducting a brief, unrecorded telephone conference with Jeff Mando for Defendant and Tom Pugh for Plaintiff, and reviewing both counsel's and the Court's schedule, the Court continued the jury trial in this matter one week. Accordingly,

**IT IS ORDERED** that the **Jury Trial** in this matter is hereby **CONTINUED** to **Monday, March 4, 2024 at 9:00 a.m. in Covington, with counsel present at 8:30 a.m.**

This 25th day of February, 2024.



Signed By:
*David L. Bunning*   DB
United States District Judge