**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**CRIMINAL MINUTES - TRIAL DAY 1**

**Cov. Civ. 21-72-DLB-CJS**          at **COVINGTON**          **03/04/2024**

**Style:  Jeffrey Cundiff v. Douglas Ullrich**

**Present:   HON. DAVID L. BUNNING, JUDGE**

| | | |
|---|---|---|
| **Stacie Gabbard** | **LisaWiesman** | **Zhina Kamali** |
| Deputy Clerk | Court Reporter | Law Clerk |

**Benjamin Pugh/Christopher Roach**
**Attorneys present for Plaintiff Jeffrey Cundiff**

**Jeffrey Mando**
**Attorney present for Defendant Douglas Ullrich**

---

**DOCKET ENTRY: Defendant's Supplemental Motion in Limine (DE 71) is GRANTED, per the reasons stated on the record.**

---

[X]    **The following jurors were present and qualified by the Court:**
       **241, 271, 287 & 288**

[X]    **VOIR DIRE continued and concluded.**

[X]    **JURY TRIAL.  The jury impaneled and sworn is as follows:**
       **(1)  269**          **(2) 194**
       **(3)  232**          **(4) 221**
       **(5)  188**          **(6) 200**
       **(7)  234**          **(8) 271**

[X]    **Preliminary Instructions given to Jury.**

[X]    **Opening Statements Given by Counsel.**

[X]    **Introduction of evidence for Plaintiff began but not concluded.**

[X]    **Trial continued to Tuesday, March 5, 2024 at 8:30 a.m. (counsel at 8:15 a.m.)**

cc: USA/USPO/USM                                    Deputy Clerk's Initial: *SLG*

| TIC | 6 | 40 |
|---|---|---|