UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL MINUTES - TRIAL DAY 2

**Cov. Civ. 21-72-DLB-CJS**            at **COVINGTON**                  **03/05/2024**

**Style: Jeffrey Cundiff v. Douglas Ullrich**

**Present:   HON. DAVID L. BUNNING, JUDGE**

| **Stacie Gabbard** | **Lisa Wiesman** | **Zhina Kamali** |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerk |

**Benjamin Pugh/Christopher Roach**
**Attorneys present for Plaintiff Jeffrey Cundiff**

**Jeffrey Mando**
**Attorney present for Defendant Douglas Ullrich**

**DOCKET ENTRY:**
1. **Defendant's oral motion for Directed Verdict at the conclusion of Plaintiff's case in chief is DENIED for the reasons stated in open court.**
2. **Defendant's renewed oral motion for Directed Verdict made at the close of all the proof is DENIED for the reasons previously stated in open court.**

[X]   JURY TRIAL.  The jury impaneled and sworn is as follows:
   (1)  269         (2) 194
   (3)  232         (4) 221
   (5)  188         (6) 200
   (7)  234         (8) 271

[X]   Introduction of evidence for Plaintiff resumed and concluded. Plaintiff rests.

[X]   Defendant's case-in-chief began and concluded. Defense rests.

[X]   Closing arguments of Plaintiff and Defendant.

[X]   Instructions read to the Jury.

[X]   Jury retires to deliberate at 2:47 p.m.

[X]   Jury Question No. 1 at 3:50 p.m. Question and Court's Answer provided to Jury.  Clerk shall file same in the record and docket as Jury Question No. 1.

[X]     **Jury returns with a verdict at 4:06 p.m.**

[X]     **JURY VERDICT. SEE SIGNED VERDICT.**

[X]     **Judgment in favor of Defendant will be entered separately.**

cc: USA/USPO/USM                                         Deputy Clerk's Initial: **_SLG_**

| TIC | 4 | 43 |