21-CV-72

Juror Question #1

3:00pm

Eastern District of Kentucky
FILED
MAR -5 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

If it's protocol to search inside of underwear of all vehicle occupants, why didn't the female officer search inside Megan's underwear and buttucks?

#269

Members of The Jury —

You are to decide the case based on the evidence that was presented and in the context of the jury instructions provided to you.

Judge David Bunning
5 March 24
3:50 p.m.