AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

FILED
MAR - 6 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Jeffrey Cundiff )
*Plaintiff* )
v. ) Civil Action No. 2:21-cv-72-DLB-CJS
Douglas Ullrich )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Consistent with the Jury Verdict (See Doc. # 83), Judgment is hereby entered in favor of Defendant Douglas Ullrich. Plaintiff shall recover nothing from Defendant.

This action was *(check one)*:

☑ tried by a jury with Judge David L. Bunning _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 6 March 24



Signed By:
*David L. Bunning*
United States District Judge